**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>EASTERN DISTRICT OF TEXAS<br>BEAUMONT DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Action Restoration, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Pro-Tech Cleaning & Restoration Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **76-0591039** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**5215 Twin City Hwy. N**<br>**Port Arthur, TX**  ZIP CODE **77642** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE |
|---|

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Check one box:   Chapter 11 Debtors

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

### Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

### Check all applicable boxes:

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)                                                                                                    Page 2

| **Voluntary Petition**  *(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Action Restoration, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**  (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**  (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  **X**_____<br>                                                                                                Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?  ☐  Yes, and Exhibit C is attached and made a part of this petition.  ☑  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)  ☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.  If this is a joint petition:  ☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**  (Check any applicable box.) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.  ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.  ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**  (Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)  _____  (Name of landlord that obtained judgment)  _____  (Address of landlord)  ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and  ☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.  ☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)). |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 11.2.0.3, ID 1116556580)*

B1 (Official Form 1) (04/13)                                                                            Page 3

| Voluntary Petition | Name of Debtor(s): **Action Restoration, Inc.** |
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

Telephone Number (If not represented by attorney)
_____

Date
_____

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  **/s/ Callan C. Searcy**

**Callan C. Searcy**                    Bar No. **24075523**

**Searcy & Searcy, P.C.**
**P.O Box 3929**
**Longview, TX 75606**

Phone No. **(903) 757-3399**        Fax No. **(903) 757-9559**

12/11/2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Action Restoration, Inc.**

X  **/s/ Susan Rising**
Signature of Authorized Individual

**Susan Rising**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**12/11/2014**
Date

Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| ACTION RESTORATION, INC. | § | No. |
| | § | |
| | § | |
| **DEBTOR(S)** | § | Chapter 11 |

**CORPORATE RESOLUTION**

The Board of Directors of Action Restoration, Inc. has adopted the following resolution:

WHEREAS, it is in the best interest of Action Restoration, Inc. to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of the United States Bankruptcy Code;

Be It Therefore Resolved that Susan Rising, President of Action Restoration, Inc. as an authorized representative of Action Restoration, Inc., is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of Action Restoration, Inc.

Be It Further Resolved that Susan Rising is authorized and directed to appear in all bankruptcy proceedings on behalf of Action Restoration, Inc., and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of Action Restoration, Inc. in connection with such bankruptcy case;

Susan Rising  is authorized to take all such actions, make all such filings and execute and deliver all such documents and instruments as he determines appropriate to carry into force and effect the foregoing resolutions.

Dated:  12/11/14

By:  /s/ Susan Rising
Printed Name:  Susan Rising
Title:  President

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

IN RE:   **Action Restoration, Inc.**                          Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| E-Therm Inc. 180 Canada Larga Rd. Ventura, CA 93001 | | Lawsuit | *Contingent Unliquidated Disputed* | **$3,500,000.00** |
| Third Coast Bank SSB 20202 Hwy. 59 North Humble, TX 77338 | | Commercial Loan | | **$1,535,922.83** **Value: $827,700.00** |
| Garrett McKenzie-V 736 N Western Ave. Lake Forest, IL 60045 | | Vendor | | **$253,662.59** |
| Liner Grode Stein Yankelevitz Sunshine R 1100 Glendon Avenue / 14th Floor Los Angeles, CA 90024 | | Attorney Fees | | **$163,903.49** |
| Bank of America Credit Card PO Box 15796 Wilmington, DE 19886 | | Credit Card | | **$123,426.70** |
| Rising, Susan 6524 Garnet Ave. Port Arthur, TX 77640 | | Wages | | **$68,603.40** |

B4 (Official Form 4) (12/07)

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

IN RE:   **Action Restoration, Inc.**

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pavecon, Ltd.<br>P. O. Box 535457<br>Grand Prairie, TX 75053-5457 | | Vendor | | **$48,870.00** |
| Diaster Solutions International Inc.<br>P O Box 933648<br>Atlanta, GA 31193 | | Vendor | | **$45,000.00** |
| Wells Fargo<br>420 Montgomery St.<br>San Francisco, CA 94104 | | Line of Credit | | **$40,504.75** |
| Action Renovation Services, Inc.<br>5332 Twin City Hwy<br>Port Arthur, TX 77642 | | Vendor | | **$30,168.25** |
| American Express<br>PO Box 650448<br>Dallas, TX 75265 | | Credit Card | | **$18,005.51** |
| Hertz Equipment Rental Corp.<br>P.O. Box 650280<br>Dallas, TX 75265 | | Vendor | | **$17,961.12** |
| American Express Credit Card<br>PO Box 360001<br>Fort Lauderdale, FL 33336 | | Credit Card | | **$11,967.11** |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

IN RE:  **Action Restoration, Inc.**

Case No.

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service Austin, TX 78774 | | 941 Payroll Taxes | | **$11,439.77** |
| HRSS 9494 SW Parkway Houston, TX 77074 | | Vendor | | **$11,250.00** |
| BKW Environmental Services 2330 Pasadena Blvd Pasadena, TX 77502 | | Vendor | | **$10,491.03** |
| Hebert, Aaron 6599 Garnet Ave. Port Arthur, TX 77640 | | Wages | | **$9,927.27** |
| Property Restoration, Inc. 6194 Thompson Rd., #B Syracuse, NY 13206 | | vendor | | **$8,740.00** |
| ARAMSCO P.O. Box 8500 Philadelphia, PA 19178-3956 | | Vendor | | **$8,045.17** |
| Sheffield Financial PO Box 580229 Charlotte, NC 28258 | | Loan | | **$5,818.90** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

IN RE:   **Action Restoration, Inc.**                                              Case No.

                                                                                            Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.

Date:__**12/11/2014**_____              Signature:__ **/s/ Susan Rising**_____
                                                                                                  *Susan Rising*
                                                                                                  **President**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

IN RE:                                                          CHAPTER    **11**

**Action Restoration, Inc.**


DEBTOR(S)                                                    CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Stanley Rising<br>6424 Garnet Ave.<br>Port Arthur, TX 77640 | 49% | | |
| Susan Rising<br>6424 Garnet Ave.<br>Port Arthur, TX 77640 | 51% | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **President** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.


Date:_ **12/11/2014** _____          Signature:_ **/s/ Susan Rising** _____
                                                                    _**Susan Rising**_
                                                                    **President**

B6A (Official Form 6A) (12/07)

In re  **Action Restoration, Inc.**                                        Case No. _____

                                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Action Restoration, Inc.**                                    Case No. _____

(if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Petty Cash | | $10,873.17 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Commercial Checking Account #xxxx0364 in the name of Action Restoration Inc. d/b/a Pro-Tech Cleaning & Restoration Inc. located at Wells Fargo Bank, N.A. | | $65,628.73 |
| | | Joint Checking Account #xxxx9308 in the names of Action Restoration, Inc., Robin Steele, Aaron Hebert and Susan Rising located at Gulf Credit Union | | $279.64 |
| | | Joint Savings Account #xxxx9308 in the names of Action Restoration, Inc., Robin Steele, Aaron Hebert and Susan Rising located at Gulf Credit Union | | $115.59 |
| | | Joint Christmas Account #xxxx9308 in the names of Action Restoration, Inc., Robin Steele, Aaron Hebert and Susan Rising located at Gulf Credit Union | | $81.17 |
| | | Payroll Account #xxxx8779 in the name of Action Restoration, Inc. located at Third Coast Bank SSB | | $0.00 |
| | | Operating Account #xxxx8761 in the name of Action Restoration, Inc. located at Third Coast Bank SSB | | $30,402.27 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Funds on Deposit with PEX Cards (pre-paid Visa cards) - SEE ATTACHED EXHIBIT A | | $6,757.72 |
| | | Worker's Compensation deposit | | $5,000.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Action Restoration, Inc.**                                    Case No. _____

                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Pre-paid Blue Cross Blue Shield Insurance | $1,967.21 |
| | | Pre-paid Insurance | $45,260.92 |
| | | Blue Cross Blue Shield Insurance | $0.00 |
| | | Colonial Life Insurance | $0.00 |
| | | Workers Compensation Insurance | $0.00 |
| | | General Liability Insurance Policy with Everest Indemnity Insurance Company | $0.00 |
| | | Umbrella Insurance Policy with Everest Indemnity Insurance Company | $0.00 |
| | | Insurance Policy with Alterra America Insurance Company | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Action Restoration, Inc.**                                    Case No. _____

                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable -- SEE ATTACHED EXHBIT B | | $2,329,765.30 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Action Restoration, Inc.**                                      Case No. _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Motor vehicles, etc. -- SEE ATTACHED EXHIBIT C | | $457,995.00 |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Action Restoration, Inc.**                                        Case No. _____
                                                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment, furnishings, supplies, etc. -- SEE ATTACHED EXHIBIT D | $217,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery, equipment, etc. -- SEE ATTACHED EXHIBIT C | $2,831,975.00 |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Lawsuit styled Action Restoration vs. Boswell, et al filed in the Walton County Florida Circuit Court, Case No. 14-CA-637 | Unknown |
| | | Lawsuit styled Action Restoration vs. The Parish of Jefferson Petition on Open Account in the 24th Judicial District Court for the Parish of Jefferson, Case No. 740861 | Unknown |
| | | Notes Receivable with Alan Bihm | $1,887.00 |
| | | Notes Receivable with Ivan Garcia | $6,900.00 |
| | | Notes Receivable with Triangle Heavy Haul | $27,596.85 |
| | | Potential malpractice lawsuit against James E. Wimberley | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Action Restoration, Inc.**                                      Case No. _____

                                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | and the law firm of McPherson, Hughes, Bradley, Wimberly, Steele & Chatelain | |
| | | Note Receivable with BRRW Real Estate Development, LLC | $948,000.00 |
| | | Potential lien foreclosure suit against Stanley Rising, Bodre Rising, James Wimberley, Todd Bryson and BRRW Real Estate Development, LLC secured by UCC liens ATTACHED HERETO AS EXHIBITS E-I | Unknown |

                              _____5_____ continuation sheets attached          **Total  >**   **$6,987,985.57**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re **Action Restoration, Inc.**                                    Case No. _____

                                                                                                  (If known)


# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT


Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)


| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re **Action Restoration, Inc.**          Case No. _____

                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Jefferson County Tax Assessor**<br>**c/o Terry Wuenschel**<br>**PO Box 2112**<br>**Beaumont, TX 77704** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property taxes - paid by Debtor per Lease**<br>COLLATERAL:<br>**Real Property owned by 5215 Corporation**<br>REMARKS:<br><br>VALUE: **$827,700.00** | | | | $31,954.39 | |
| ACCT #:<br><br>**Terry Kramer - Tax Assessor**<br>**Kendall Appraisal District**<br>**118 Market Ave.**<br>**Boerne, TX 78006** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Personal Property taxes**<br>COLLATERAL:<br>**furniture, fixtures, etc.**<br>REMARKS:<br><br>VALUE: **$217,500.00** | | | | $11,240.69 | |
| ACCT #: **6338**<br><br>**Third Coast Bank SSB**<br>**20202 Hwy. 59 North**<br>**Humble, TX 77338** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Commercial Loan**<br>COLLATERAL:<br>**Real & Personal Property**<br>REMARKS:<br>**Lien against real property owned by 5215 Corporation.**<br><br>VALUE: **$827,700.00** | | | | $1,535,922.83 | $708,222.83 |
| ACCT #:<br><br>**Third Coast Bank SSB**<br>**20202 Hwy. 59 North**<br>**Humble, TX 77338** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business loan**<br>COLLATERAL:<br>**Equipment & A/R**<br>REMARKS:<br>**UCC filed**<br><br>VALUE: **$5,837,235.30** | | | | $1,238,896.10 | |
| | | Subtotal (Total of this Page) > | | | | $2,818,014.01 | $708,222.83 |
| | | Total (Use only on last page) > | | | | | |

_____1_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Action Restoration, Inc.**                                   Case No. _____

                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Representing: Third Coast Bank SSB | | | CT Lien Solutions PO Box 29071 Glendale, CA 91209 | | | | Notice Only | Notice Only |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

|  | AMOUNT OF CLAIM | UNSECURED PORTION |
|---|---|---|
| Subtotal (Total of this Page) > | $0.00 | $0.00 |
| Total (Use only on last page) > | $2,818,014.01 | $708,222.83 |
|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re **Action Restoration, Inc.**                              Case No. _____
                                                                                      (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____6_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **Action Restoration, Inc.**                                    Case No. _____
                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Adams, Thomas W.**<br>**PO Box 11438**<br>**College Station, TX 77842** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $2,358.89 | $2,358.89 | $0.00 |
| ACCT #:<br>**Bailey, Brian**<br>**6220 Jackson Blvd.**<br>**Groves, TX 77619** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $1,826.37 | $1,826.37 | $0.00 |
| ACCT #:<br>**Bihm, John A.**<br>**1715 Spurlock Rd.**<br>**Nederland, TX 77627** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $2,000.00 | $2,000.00 | $0.00 |
| ACCT #:<br>**Carter, Christopher**<br>**6898 Washington**<br>**Groves, TX 77619** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $3,302.24 | $3,302.24 | $0.00 |
| ACCT #:<br>**Carter, James**<br>**399 Butler**<br>**Vidor, TX 77662** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $1,796.91 | $1,796.91 | $0.00 |
| ACCT #:<br>**Carter, Thomasina**<br>**6898 Washington**<br>**Groves, TX 77619** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $666.00 | $666.00 | $0.00 |

Sheet no. _____1_____ of _____6_____ continuation sheets          Subtotals (Totals of this page) >   | $11,950.41 | $11,950.41 | $0.00 |
attached to Schedule of Creditors Holding Priority Claims

Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13) - Cont.

In re **Action Restoration, Inc.**                               Case No. _____
                                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Castillo, John**<br>**8527 Celia Dr.**<br>**Beaumont, TX 77705** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $1,148.16 | $1,148.16 | $0.00 |
| ACCT #:<br>**Fontine, Taylor**<br>**3803 Hwy. 1131**<br>**Vidor, TX 77662** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $556.49 | $556.49 | $0.00 |
| ACCT #:<br>**Gallien, Kyle**<br>**385 Ellis Ln.**<br>**Vidor, TX 77662** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $984.32 | $984.32 | $0.00 |
| ACCT #:<br>**Garcia, Ivan**<br>**2555 95th St., Apt. 713**<br>**Port Arthur, TX 77642** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $1,392.60 | $1,392.60 | $0.00 |
| ACCT #:<br>**Gomez, Raul**<br>**4396 Sullivan St.**<br>**Beaumont, TX 77705** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $1,169.85 | $1,169.85 | $0.00 |
| ACCT #:<br>**Grabel, Dakota**<br>**2645 11th St.**<br>**Port Neches, TX 77651** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $28.50 | $28.50 | $0.00 |

Sheet no. ____**2**____ of ____**6**____ continuation sheets          Subtotals (Totals of this page) >   $5,279.92 | $5,279.92 | $0.00
attached to Schedule of Creditors Holding Priority Claims

Total >
**(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)**

Totals >
**(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)**

B6E (Official Form 6E) (04/13) - Cont.

In re **Action Restoration, Inc.**                                    Case No. _____

                                                                                          (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Greer, Jimmy**<br>**290 Weiss Bluff**<br>**Vidor, TX 77662** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $2,265.04 | $2,265.04 | $0.00 |
| ACCT #:<br>**Hebert, Aaron**<br>**6599 Garnet Ave.**<br>**Port Arthur, TX 77640** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $9,927.27 | $9,927.27 | $0.00 |
| ACCT #:<br>**Klingman, Darrel**<br>**3012 Seattle**<br>**Nederland, TX 77627** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $3,597.72 | $3,597.72 | $0.00 |
| ACCT #:<br>**Manzo, Leonardo**<br>**8700 Rutgers**<br>**Nederland, TX 77627** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $360.00 | $360.00 | $0.00 |
| ACCT #:<br>**McNeal, James**<br>**305 Canyon Loop**<br>**Boerne, TX 78006** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $1,925.00 | $1,925.00 | $0.00 |
| ACCT #:<br>**Orta, Rudy**<br>**1419 Marshall Ave.**<br>**Nederland, TX 77627** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $171.90 | $171.90 | $0.00 |

Sheet no. ____**3**____ of ____**6**____ continuation sheets          Subtotals (Totals of this page) >   | $18,246.93 | $18,246.93 | $0.00 |
attached to Schedule of Creditors Holding Priority Claims

                                                                  Total >
                                              **(Use only on last page of the completed Schedule E.**
                                              **Report also on the Summary of Schedules.)**

                                                                  Totals >
                                              **(Use only on last page of the completed Schedule E.**
                                              **If applicable, report also on the Statistical Summary**
                                              **of Certain Liabilities and Related Data.)**

B6E (Official Form 6E) (04/13) - Cont.

In re **Action Restoration, Inc.**                                    Case No. _____
                                                                                      (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Reyes, Valentin**<br>**3909 4th St.**<br>**Port Arthur, TX 77642** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $1,016.60 | $1,016.60 | $0.00 |
| ACCT #:<br>**Rising, Stan**<br>**6524 Garnet Ave.**<br>**Port Arthur, TX 77640** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $1,833.33 | $1,833.33 | $0.00 |
| ACCT #:<br>**Rising, Susan**<br>**6524 Garnet Ave.**<br>**Port Arthur, TX 77640** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $68,603.40 | $12,475.00 | $56,128.40 |
| ACCT #:<br>**Spinks, Caleb**<br>**4641 Rice Farm Rd.**<br>**Port Arthur, TX 77642** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $1,427.61 | $1,427.61 | $0.00 |
| ACCT #:<br>**Steele, Robin**<br>**15760 Hamilton Pool Rd.**<br>**Austin, TX 78738** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $2,444.44 | $2,444.44 | $0.00 |
| ACCT #:<br>**Therrien, Felicia**<br>**2645 11st St.**<br>**Port Arthur, TX 77642** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $1,182.40 | $1,182.40 | $0.00 |

Sheet no. ____**4**____ of ____**6**____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotals (Totals of this page) > | $76,507.78 | $20,379.38 | $56,128.40 |

Total >
**(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)**

Totals >
**(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)**

B6E (Official Form 6E) (04/13) - Cont.

In re **Action Restoration, Inc.**                                      Case No. _____

                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Trejo, Antonio R.**<br>**5257 12th St.**<br>**Port Arthur, TX 77642** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $1,235.00 | $1,235.00 | $0.00 |
| ACCT #:<br>**Valencia, Luis**<br>**3039 40th St.**<br>**Port Arthur, TX 77642** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | $1,979.75 | $1,979.75 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**5**____ of ____**6**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $3,214.75 | $3,214.75 | $0.00 |

Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13) - Cont.

In re **Action Restoration, Inc.**                                      Case No. _____
                                                                                      (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Internal Revenue Service**<br>**Austin, TX 78774** | | DATE INCURRED:<br>CONSIDERATION:<br>**941 Payroll Taxes**<br>REMARKS: | | | | **$11,439.77** | **$11,439.77** | **$0.00** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**6**____ of ____**6**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | **$11,439.77** | **$11,439.77** | **$0.00** |

| | |
|---|---|
| Total > | **$126,639.56** | | |

**(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)**

| | |
|---|---|
| Totals > | | **$70,511.16** | **$56,128.40** |

**(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07)

In re   **Action Restoration, Inc.**        Case No. _____
                                                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Absolute Gutters, Inc.**<br>**4505 N Twin City Hwy**<br>**Nederland, TX 77627** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $275.00 |
| ACCT #:<br>**Acadian Hardwoods of Texas, Inc.**<br>**645 Canary Street**<br>**Rose City, TX 77662** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $432.01 |
| ACCT #:<br>**Action Renovation Services, Inc.**<br>**5332 Twin City Hwy**<br>**Port Arthur, TX 77642** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $30,168.25 |
| ACCT #:<br>**Actually Clean Floor & Furniture, LLC**<br>**PO Box 14331**<br>**SPRINGFIELD, MO 65814** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | | **Unknown** |
| **Representing:**<br>**Actually Clean Floor & Furniture, LLC** | | **Peter Craig Riley**<br>**PO Box 998**<br>**Cedar Rapids, IA 52406** | | | | **Notice Only** |
| ACCT #:<br>**Advance Auto Parts/AAP Finiancial Servic**<br>**P.O. Box 742063**<br>**Atlanta, GA 30374-2063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $136.27 |
| | | | | Subtotal > | | $31,011.53 |
| | | | | Total > | | |

_____15_____ continuation sheets attached

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Action Restoration, Inc.**                    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **9004**<br>**American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,373.79 |
| ACCT #: **2004**<br>**American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $18,005.51 |
| ACCT #: **1009**<br>**American Express Credit Card**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $11,967.11 |
| Representing:<br>**American Express Credit Card** | | **American Express Credit Card**<br>**PO Box 981531**<br>**El Paso, TX 79998** | | | | **Notice Only** |
| ACCT #: **1181**<br>**American Express Credit Card**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **Unknown** |
| ACCT #: **5190**<br>**American Express Credit Card**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **Unknown** |

Sheet no. ____1____ of ____15____ continuation sheets attached to          Subtotal >          $31,346.41
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Action Restoration, Inc.**                          Case No. _____

                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **ARAMSCO** <br> **P.O. Box 8500** <br> **Philadelphia, PA 19178-3956** | | DATE INCURRED: <br> CONSIDERATION: <br> **Vendor** <br> REMARKS: | | | | $8,045.17 |
| ACCT #: <br> **Arthur J Gallagher** <br> **700 West Prien Lake Road** <br> **Lake Charles, LA 70601** | | DATE INCURRED: <br> CONSIDERATION: <br> **Vendor** <br> REMARKS: | | | | $100.00 |
| ACCT #: <br> **AT&T** <br> **PO Box 105414** <br> **Atlanta, GA 30348** | | DATE INCURRED: <br> CONSIDERATION: <br> **Fax Security Alarm** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **AT&T Long Distance** <br> **PO Box 5017** <br> **Carol Stream, IL 60197** | | DATE INCURRED: <br> CONSIDERATION: <br> **Fax Security Alarm** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Bailey-Buchanan Masonry, Inc.** <br> **2002 Magnolia Ave** <br> **Port Neches, TX 77651** | | DATE INCURRED: <br> CONSIDERATION: <br> **Vendor** <br> REMARKS: | | | | $3,710.00 |
| ACCT #:   6101 <br> **Bank of America** <br> **PO Box 851001** <br> **Dallas, TX 75285** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $12.99 |

Sheet no. ___2___ of ___15___ continuation sheets attached to          **Subtotal >**          **$11,868.16**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                **(Report also on Summary of Schedules and, if applicable, on the**
                                **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Action Restoration, Inc.**                                      Case No. _____
                                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **8864**<br>**Bank of America Credit Card**<br>**PO Box 15796**<br>**Wilmington, DE 19886** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Authorized Users: Thomas Adams, Brian Bailey, Christopher Carter, Aaron Hebert, Carl Holzapfel, Scott Klingman, Sue Maciel, James** | | | | **$123,426.70** |
| | | **McNeil, Scott Phillips, Susan Rising** | | | | |
| **Representing:**<br>**Bank of America Credit Card** | | **Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998** | | | | **Notice Only** |
| ACCT #:<br>**BKW Environmental Services**<br>**2330 Pasadena Blvd**<br>**Pasadena, TX 77502** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$10,491.03** |
| ACCT #:<br>**Blue Cross Blue Shield of Texas-N**<br>**1001 E. Lookout Dr.**<br>**Richardson, TX 75082** | | DATE INCURRED:<br>CONSIDERATION:<br>**health insurance company**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Carquest Auto Parts**<br>**5225 39th Street**<br>**Groves, TX 77619** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$25.79** |

Sheet no. ____**3**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$133,943.52**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Action Restoration, Inc.**                                    Case No. _____

                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**City of Boerne**<br>**PO Box 1677**<br>**Boerne, TX 78006** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**City of Port Arthur Water**<br>**PO Box 1089**<br>**Port Arthur, TX 77641** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**CMS IP Technologies**<br>**PO Box 12130**<br>**Beaumont, TX 77726** | | DATE INCURRED:<br>CONSIDERATION:<br>**Email hosting**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Coastal Waste Disposal, Inc.**<br>**5065 Washington Blvd**<br>**Beaumont, TX 77707** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$1,513.52** |
| ACCT #:<br>**Colonial Insurance**<br>**PO Box 1365**<br>**Columbia, SC 29202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Supplemental Health Insurance**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Community Bank of Texas**<br>**4749 Twin City Hwy**<br>**Port Arthur, TX 77642** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$407.50** |

Sheet no. ___4___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$1,921.02**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Action Restoration, Inc.**                                        Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Dabney Garage Doors**<br>**P. O. Box 7**<br>**Port Neches, TX 77651** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $1,743.36 |
| ACCT #:<br>**Diaster Solutions International Inc.**<br>**P O Box 933648**<br>**Atlanta, GA 31193** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $45,000.00 |
| ACCT #:<br>**Disa Inc.**<br>**P O Box 120314**<br>**Dallas, TX 75312-0314** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $735.37 |
| ACCT #:<br>**Distribution International**<br>**P.O. Box 972531**<br>**Dallas, TX 75397-2531** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $2,187.41 |
| ACCT #:<br>**E-Therm Inc.**<br>**180 Canada Larga Rd.**<br>**Ventura, CA 93001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | X | X | X | $3,500,000.00 |
| **Representing:**<br>**E-Therm Inc.** | | **E-Therm, Inc.**<br>**c/o Sean M. Kneafsey**<br>**Kneafsey & Friend**<br>**800 Wilshire Blvd., Ste. 710**<br>**Los Angeles, CA 90017** | | | | **Notice Only** |

Sheet no. ____**5**____ of ____**15**____ continuation sheets attached to          Subtotal >    **$3,549,666.14**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                Total >
                                                    **(Use only on last page of the completed Schedule F.)**
                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Action Restoration, Inc.**                           Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Eastex Rubber & Gasket Co., Inc.**<br>**Box 1240**<br>**Nederland, TX 77627** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $73.56 |
| ACCT #:<br>**Entergy**<br>**PO Box 8104**<br>**Baton Rouge, LA 70891** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utility Co.**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Fastenal**<br>**P.O. Box 978**<br>**Winona, MN 55987-0978** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $641.01 |
| ACCT #:<br>**Fred Millers**<br>**2808 Nederland Ave.**<br>**Nederland, TX 77627** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $74.20 |
| ACCT #:<br>**Garrett McKenzie-V**<br>**736 N Western Ave.**<br>**Lake Forest, IL 60045** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $253,662.59 |
| ACCT #:<br>**GE Capital**<br>**PO Box 740423**<br>**Baton Rouge, LA 70891** | | DATE INCURRED:<br>CONSIDERATION:<br>**Boerne Printer Lease**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____6____ of ____15____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $254,451.36

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Action Restoration, Inc.**                                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Great America Financial Services**<br>**PO Box 660831**<br>**Dallas, TX 75266** | | DATE INCURRED:<br>CONSIDERATION:<br>**Telephone Equip Lease - Boerne**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Guardian Force**<br>**1204 N. Hwy. 69**<br>**Nederland, TX 77627** | | DATE INCURRED:<br>CONSIDERATION:<br>**Security Alarm**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**GVTC**<br>**1221 South Main St.**<br>**Boerne, TX 78006** | | DATE INCURRED:<br>CONSIDERATION:<br>**Internet**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**HCTRA**<br>**P.O. Box 4440**<br>**Houston, TX 77210** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$312.13** |
| ACCT #:<br>**Hertz Equipment Rental Corp.**<br>**P.O. Box 650280**<br>**Dallas, TX 75265** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$17,961.12** |
| ACCT #:<br>**Home Depot Credit Services**<br>**P.O. Box 9121**<br>**Des Moines, IA 50368-9121** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$281.15** |

Sheet no. ___7___ of ___15___ continuation sheets attached to            Subtotal >            **$18,554.40**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                         Total >
                                          **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Action Restoration, Inc.**                                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **HRSS** <br> **9494 SW Parkway** <br> **Houston, TX 77074** | | DATE INCURRED: <br> CONSIDERATION: <br> **Vendor** <br> REMARKS: | | | | **$11,250.00** |
| ACCT #: <br> **Industrial Safety Training Council** <br> **324 Hwy. 69** <br> **Nederland, TX 77627** | | DATE INCURRED: <br> CONSIDERATION: <br> **Vendor** <br> REMARKS: | | | | **$946.42** |
| ACCT #: <br> **IPFS** <br> **PO Box 730223** <br> **Dallas, TX 75373** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Insurance** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **JanPak Supply Solutions** <br> **P O Box 844727** <br> **Dallas, TX 75284-4727** | | DATE INCURRED: <br> CONSIDERATION: <br> **Vendor** <br> REMARKS: | | | | **$299.39** |
| ACCT #: <br> **Liner Grode Stein Yankelevitz Sunshine R** <br> **1100 Glendon Avenue / 14th Floor** <br> **Los Angeles, CA 90024** | | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: <br> **Lawsuit with E-Therm, Inc.** | | | | **$163,903.49** |
| ACCT #: <br> **Lowe's Companies, Inc.** <br> **Box 530954** <br> **Atlanta, GA 30353-0954** | | DATE INCURRED: <br> CONSIDERATION: <br> **Vendor** <br> REMARKS: | | | | **$2,231.78** |

Sheet no. ____8____ of ____15____ continuation sheets attached to                          Subtotal >   **$178,631.08**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                                                    (Use only on last page of the completed Schedule F.)
                                          (Report also on Summary of Schedules and, if applicable, on the
                                          Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Action Restoration, Inc.**                                   Case No. _____
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**M&D Supply**<br>**855 S. 23rd St.**<br>**Beaumont, TX 77707** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $125.50 |
| ACCT #:<br>**Mannings Office Solutions**<br>**1510 N. 7th St.**<br>**Beaumont, TX 77703** | | DATE INCURRED:<br>CONSIDERATION:<br>**Printer**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Mansfield Oil**<br>**1025 Airport Parkway S.W.**<br>**Gainesville, GA 30501** | | DATE INCURRED:<br>CONSIDERATION:<br>**Fuel Bi-Weekly**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**McGown Oil Company**<br>**P.O. Box 388**<br>**Winnie, TX 77665-0388** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $2,030.02 |
| ACCT #:<br>**McKinney Trailer Rentals**<br>**8400 E. Stauson Ave**<br>**Pico Rivera, CA 90660** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $318.75 |
| ACCT #:<br>**Milton's Lube & Inspection**<br>**5217 Twin City Hwy**<br>**Port Arthur, TX 77642-6022** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $289.80 |

Sheet no. ____9____ of ____15____ continuation sheets attached to                                   Subtotal >           $2,764.07
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            Total >
                                    (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable, on the
                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Action Restoration, Inc.**                                   Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Modica Bros.**<br>**3615 Washington Blvd.**<br>**Beaumont, TX 77705** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $1,586.00 |
| ACCT #:<br>**National Networks**<br>**PO Box 6485**<br>**Lake Charles, LA 70606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Telephone/Server Communications**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Oak Hills Pest Control**<br>**107 Parkway**<br>**Boerne, TX 78006** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $102.84 |
| ACCT #:<br>**Occucare International**<br>**321 W San Augustine**<br>**Deer Park, TX 77536** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $100.00 |
| ACCT #:<br>**Office Depot**<br>**P.O.Box 689020**<br>**Des Moines, IA 50368-9020** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $214.23 |
| ACCT #:<br>**Pavecon, Ltd.**<br>**P. O. Box 535457**<br>**Grand Prairie, TX 75053-5457** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $48,870.00 |

Sheet no. ____**10**____ of ____**15**____ continuation sheets attached to          Subtotal >          **$50,873.07**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                                     (Use only on last page of the completed Schedule F.)
                         (Report also on Summary of Schedules and, if applicable, on the
                              Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Action Restoration, Inc.**                                    Case No. _____
                                                                                  (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Pleat, Perry & Ritchie, PA**<br>**4477 Legendary Drive #202**<br>**Destin, FL 32541** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Prime Choice Rentals**<br>**6795 Patillo Road**<br>**Beaumont, TX 77705** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$50.17** |
| ACCT #:<br>**Property Restoration, Inc.**<br>**6194 Thompson Rd., #B**<br>**Syracuse, NY 13206** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$8,740.00** |
| ACCT #:<br>**Quill Corporation**<br>**P.O. Box 37600**<br>**Philadelpia, PA 19100-0600** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$487.11** |
| ACCT #:<br>**Ritter Lumber Co.**<br>**P.O. Box 1265**<br>**Nederland, TX 77627** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$490.36** |
| ACCT #:<br>**Ryder Transportation Services**<br>**P. O. Box 96723**<br>**Chicago, IL 60693-6023** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$1,037.80** |

Sheet no. ____11____ of ____15____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$10,805.44**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Action Restoration, Inc.**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **4209**<br>**Sheffield Financial**<br>**PO Box 580229**<br>**Charlotte, NC 28258** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **$5,818.90** |
| ACCT #:<br>**Sherwin Williams**<br>**4420 Twin City Hwy**<br>**Groves, TX 77619** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$2,471.02** |
| ACCT #:<br>**Sierra Springs**<br>**P.O. Box 660579**<br>**Dallas, TX 75266-0579** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$22.45** |
| ACCT #:<br>**Sprint**<br>**PO Box 4181**<br>**Carol Stream, IL 60197** | | DATE INCURRED:<br>CONSIDERATION:<br>**Cell Phone - Boerne**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Staples Advantage**<br>**P.O. Box 83689**<br>**Chicago, IL 60696-3689** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$642.76** |
| ACCT #:<br>**Star 2 Star**<br>**600 Tallevast Rd., #202**<br>**Sarasota, FL 34243** | | DATE INCURRED:<br>CONSIDERATION:<br>**VOIP Telephone**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**12**____ of ____**15**____ continuation sheets attached to                    Subtotal >    **$8,955.13**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Action Restoration, Inc.**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Susan & Stanley Rising**<br>**6524 Garnet Ave.**<br>**Port Arthur, TX 77640** | | DATE INCURRED:<br>CONSIDERATION:<br>**business loan**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Texas Department of State Health Svc.**<br>**PO Box 149347**<br>**Austin, TX 78714** | | DATE INCURRED:<br>CONSIDERATION:<br>**Administrative expense**<br>REMARKS: | | | | **$250.00** |
| ACCT #:<br>**Texas Gas Service**<br>**PO Box 219913**<br>**Kansas City, MO 64121** | | DATE INCURRED:<br>CONSIDERATION:<br>**Natural Gas**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Tiger Offshore Rentals**<br>**P. O. Box 790**<br>**Beaumont, TX 77704-0790** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$3,985.77** |
| ACCT #:<br>**Todd Bryson**<br>**PO Box 1146**<br>**Nederland, TX 77627** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuits**<br>REMARKS: | X | X | X | **$0.00** |
| **Representing:**<br>**Todd Bryson** | | **Dan Ducote, Jr.**<br>**905 Orleans St.**<br>**Beaumont, TX 77701** | | | | **Notice Only** |

Sheet no. ____13____ of ____15____ continuation sheets attached to                    Subtotal >    **$4,235.77**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      Total >
                                                        (Use only on last page of the completed Schedule F.)
                                                        (Report also on Summary of Schedules and, if applicable, on the
                                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Action Restoration, Inc.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **Todd Bryson** | | **Todd Bryson** **25772 Hwy. 365** **Nederland, TX 77627** | | | | **Notice Only** |
| ACCT #: **Triangle Clinic, LLC.** **3128 Saba Ln.** **Port Neches, TX 77651** | | DATE INCURRED: CONSIDERATION: **Vendor** REMARKS: | | | | **$112.00** |
| ACCT #: **United Rentals Inc.** **P.O. Box 840514** **Dallas, TX 75284-014** | | DATE INCURRED: CONSIDERATION: **Vendor** REMARKS: | | | | **$2,767.01** |
| ACCT #: **Verizon** **PO Box 5029** **Wallingford, CT 06492** | | DATE INCURRED: CONSIDERATION: **Cell Phone - Port Arthur** REMARKS: | | | | **Notice Only** |
| ACCT #: **Waste Mgmt. of Texas, Inc.** **P.O. Box 660345** **Dallas, TX 75266-0345** | | DATE INCURRED: CONSIDERATION: **Vendor** REMARKS: | | | | **$4,677.77** |
| ACCT #: **2806** **Wells Fargo** **420 Montgomery St.** **San Francisco, CA 94104** | X | DATE INCURRED: CONSIDERATION: **Line of Credit** REMARKS: | | | | **$40,504.75** |

Sheet no. ___14___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$48,061.53**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Action Restoration, Inc.**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **Wells Fargo** | | **Wells Fargo** **PO Box 560948** **Charlotte, NC 28256** | | | | **Notice Only** |
| ACCT #: **West End Hardware** **5110 Twin City Hwy** **Groves, TX 77619** | | DATE INCURRED: CONSIDERATION: **Vendor** REMARKS: | | | | $81.30 |
| ACCT #: **Xactware** **P.O. Box 30196** **New York, NY 10087** | | DATE INCURRED: CONSIDERATION: **Vendor** REMARKS: | | | | $811.88 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ____15____ of ____15____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal >** | **$893.18** |
| **Total >** | **$4,337,981.81** |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Action Restoration, Inc.**                              Case No. _____

                                                                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **5215 Corporation**<br>5215 N. Twin City Hwy.<br>Port Arthur, TX 77642 | Lease of Real Property located at 5215 Twin City Hwy., Port Arthur, TX. - SEE ATTACHED EXHIBIT J<br>Contract to be ASSUMED |
| **GE Capital**<br>PO Box 740423<br>Baton Rouge, LA 70891 | Boerne Printer Lease<br>Contract to be ASSUMED |
| **Great America Financial Services**<br>PO Box 660831<br>Dallas, TX 75266 | Telephone Equip Lease - Boerne<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re **Action Restoration, Inc.**                                      Case No. _____

                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **5215 Corporation**<br>5215 Twin City Hwy.<br>Port Arthur, TX 77642 | **Third Coast Bank SSB**<br>20202 Hwy. 59 North<br>Humble, TX 77338 |
| **5400 Associates Corporation**<br>5215 Twin City Hwy.<br>Port Arthur, TX 77642 | **Third Coast Bank SSB**<br>20202 Hwy. 59 North<br>Humble, TX 77338 |
| **5500 Development, LLC**<br>5215 Twin City Hwy.<br>Port Arthur, TX 77642 | **Third Coast Bank SSB**<br>20202 Hwy. 59 North<br>Humble, TX 77338 |
| **Robin Steele**<br>15760 Hamilton Pool Rd.<br>Austin, TX 78738 | **American Express**<br>PO Box 650448<br>Dallas, TX 75265 |
| **Stan Rising**<br>6524 Garnet Ave.<br>Port Arthur, TX 77640 | **Todd Bryson**<br>PO Box 1146<br>Nederland, TX 77627 |
| **Susan & Stanley Rising**<br>6524 Garnet Ave.<br>Port Arthur, TX 77640 | **Third Coast Bank SSB**<br>20202 Hwy. 59 North<br>Humble, TX 77338 |
| **Susan & Stanley Rising**<br>6524 Garnet Ave.<br>Port Arthur, TX 77640 | **Third Coast Bank SSB**<br>20202 Hwy. 59 North<br>Humble, TX 77338 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Action Restoration, Inc.**                                    Case No. _____
                                                                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Susan & Stanley Rising**<br>6524 Garnet Ave.<br>Port Arthur, TX 77640 | **Wells Fargo**<br>420 Montgomery St.<br>San Francisco, CA 94104 |
| **Susan Rising**<br>6524 Garnet Ave.<br>Port Arthur, TX 77640 | **Todd Bryson**<br>PO Box 1146<br>Nederland, TX 77627 |
| **Susan Rising**<br>6524 Garnet Ave.<br>Port Arthur, TX 77640 | **Sheffield Financial**<br>PO Box 580229<br>Charlotte, NC 28258 |
| **Susan Rising**<br>6524 Garnet Ave.<br>Port Arthur, TX 77640 | **Bank of America**<br>PO Box 851001<br>Dallas, TX 75285 |
| **Susan Rising**<br>6524 Garnet Ave.<br>Port Arthur, TX 77640 | **American Express**<br>PO Box 650448<br>Dallas, TX 75265 |
| **Wells Fargo Bank, N.A.** | **Todd Bryson**<br>PO Box 1146<br>Nederland, TX 77627 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

In re:  **Action Restoration, Inc.**                    CASE NO

                                                        CHAPTER   **11**


## BUSINESS INCOME AND EXPENSES


SEE ATTACHED FINANCIAL STATEMENT

3:23 PM

12/10/14

Accrual Basis

**Action Restoration, Inc.**

**Balance Sheet**

**As of November 30, 2014**

FINANCIAL STATEMENT

|  | Nov 30, 14 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10500 · Gulf Credit Union-Checking | 569.75 |
| 10600 · Gulf Credit Union-Savings | 115.59 |
| 10700 · Gulf Credit Union-Xmas | 81.17 |
| 11000 · Third Coast-Payroll | -26,606.05 |
| 11100 · Third Coast-Operating | 54,529.74 |
| 11120 · Petty Cash - Port Arthur | 10,873.17 |
| 11300 · Wells Fargo Checking - Boerne | -157.07 |
| 11500 · PEX Card | 12,154.32 |
| **Total Checking/Savings** | 51,560.62 |
| **Accounts Receivable** | |
| 15000 · Accounts Receivable | 2,328,845.03 |
| **Total Accounts Receivable** | 2,328,845.03 |
| **Other Current Assets** | |
| 12101 · Note Receivable from Employee | |
| 12102 · Alan Bihm | 1,887.00 |
| 12104 · Ivan Garcia | 6,900.00 |
| **Total 12101 · Note Receivable from Employee** | 8,787.00 |
| 12103 · Note Receivable - Triangle Heav | 27,596.85 |
| 15100 · Allowance for Doubtful Accounts | -254,496.89 |
| 16200 · Prepaid Expenses | |
| 16201 · Legal Retainers | |
| Boneau & Lewis - Bryson | 11,609.95 |
| Lederer Weston Craig- Iowa | 4,037.84 |
| Liner - E-Therm | 7,810.09 |
| Pleat, Perry & Ritchie - FL | 7,157.04 |
| Searcy & Searcy | 61,717.00 |
| **Total 16201 · Legal Retainers** | 92,331.92 |
| 16200 · Prepaid Expenses - Other | 28,500.00 |
| **Total 16200 · Prepaid Expenses** | 120,831.92 |
| 16202 · Workers Comp Deposit | 5,000.00 |
| 16203 · Prepaid BCBS Insurance | 1,967.21 |
| 16210 · Prepaid Insurance | 45,260.92 |
| 16300 · Sales Tax Recoverable | |
| 16310 · Allowance for Bad Debts | -74,000.00 |
| 16300 · Sales Tax Recoverable - Other | 371,365.40 |
| **Total 16300 · Sales Tax Recoverable** | 297,365.40 |
| 16400 · Undeposited Funds | 5,586.57 |
| 16600 · Payroll Advance | 300.00 |
| **Total Other Current Assets** | 258,198.98 |
| **Total Current Assets** | 2,638,604.63 |
| **Fixed Assets** | |
| 17100 · Fixed Assets - Boerne | |
| 17110 · Furniture & Equipment - Boerne | 42,163.15 |
| 17120 · Vehicles - Boerne | 1,774.00 |
| 17100 · Fixed Assets - Boerne - Other | 46,744.19 |
| **Total 17100 · Fixed Assets - Boerne** | 90,681.34 |

* Unaudited and unreviewed year end financial statement

**3:23 PM**

**12/10/14**

**Accrual Basis**

## Action Restoration, Inc.
# Balance Sheet
### As of November 30, 2014

|  | Nov 30, 14 |
|---|---:|
| **17200 · Furniture & Fixtures** | |
| **17210 · Computers** | 54,558.61 |
| **17220 · Equipment-Boerne Office** | 10,750.59 |
| **17230 · Fencing** | 36,644.86 |
| **17240 · ProTech Acquisition** | 177,500.00 |
| **17250 · Signage** | 2,550.37 |
| **17260 · Travel Trailers** | 254,023.90 |
| **17270 · Vehicles** | 1,503,235.68 |
| **17200 · Furniture & Fixtures - Other** | 39,815.77 |
| **Total 17200 · Furniture & Fixtures** | 2,079,079.78 |
| **17300 · Leasehold Improvements** | 142,865.88 |
| **17400 · Machinery & Equipment** | |
| **17410 · Cable/Wiring** | 37,420.95 |
| **17420 · Capital Equipment** | 4,248,513.37 |
| **17430 · DeHumidifiers** | 324,300.00 |
| **17440 · Equipment-Current Year** | 196,231.34 |
| **17450 · Generators** | 32,511.98 |
| **17460 · Phone System** | 36,298.83 |
| **17470 · Water Out Units** | 704,774.00 |
| **17400 · Machinery & Equipment - Other** | 177,274.76 |
| **Total 17400 · Machinery & Equipment** | 5,757,325.23 |
| **17900 · Accumulated Depreciation** | -7,496,176.31 |
| **Total Fixed Assets** | 573,775.92 |
| **Other Assets** | |
| **Richard King - Vehicle 25** | 802.00 |
| **19050 · Bond Asset** | 2,600.04 |
| **19100 · Revolving Line of Credit** | |
| **19110 · 5215 Corporation** | -1,177,247.61 |
| **19120 · 5215 RE Development** | 212.40 |
| **19130 · 5336 RE Development** | 2,153,476.59 |
| **19140 · Action Renovation Services** | 4,960.00 |
| **19160 · Bodre Rising** | 20,448.18 |
| **19170 · BRRW Real Estate Development** | 948,691.64 |
| **19180 · Rising Ranch and Rice Farm** | 418,965.27 |
| **19190 · Robin Rising Steele** | 1,887.21 |
| **19200 · Stan & Susan Rising** | 31,436.65 |
| **19210 · Todd Bryson** | 14.00 |
| **19220 · BioSafe Solutions** | 3,400.27 |
| **19230 · Medecon** | 1,030.00 |
| **19240 · 5500 Development** | -504,805.31 |
| **19250 · 5400 Associates** | -560,145.04 |
| **19260 · SASRE** | 1,251.87 |
| **Total 19100 · Revolving Line of Credit** | 1,343,576.12 |
| **Total Other Assets** | 1,346,978.16 |
| **TOTAL ASSETS** | **4,559,358.71** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **20000 · Accounts Payable** | 704,740.58 |
| **Total Accounts Payable** | 704,740.58 |
| **Credit Cards** | |
| **21100 · American Express CC** | |
| **21120 · AmExp-Blue** | 35.00 |
| **Total 21100 · American Express CC** | 35.00 |

* Unaudited and unreviewed year end financial statement

3:23 PM

12/10/14

Accrual Basis

# Action Restoration, Inc.
# Balance Sheet
### As of November 30, 2014

|  | Nov 30, 14 |
|---|---|
| **21150 · AMEX Corp - Credit Card** | |
| **21151 · Hebert - 94193** | -17,174.37 |
| **21152 · Rising - 91181** | 76.85 |
| **21154 · Hebert - 1000** | -205.40 |
| **Total 21150 · AMEX Corp - Credit Card** | -17,302.92 |
| **21200 · Bank of America CC** | |
| **21230 · BofA-9036-Hebert** | 3,953.37 |
| **21251 · BofA-4474-Rising** | 36.64 |
| **21281 · BofA-9207-Adams** | 75.00 |
| **21340 · BofA-8373-Holzapfel** | 31.98 |
| **21200 · Bank of America CC - Other** | 114,546.20 |
| **Total 21200 · Bank of America CC** | 118,643.19 |
| **21360 · BOA  Motorsports - 6101** | -793.03 |
| **21362 · BOA Motorsports - 7624** | 4,245.79 |
| **Total Credit Cards** | 104,828.03 |
| **Other Current Liabilities** | |
| **24000 · Accrued Commissions** | |
| **24001 · Aaron Hebert** | 7,543.94 |
| **24002 · Susan Rising** | 66,403.40 |
| **24004 · Christopher Carter** | 1,104.89 |
| **24005 · Scott Klingman** | 1,104.89 |
| **24006 · Jimmy Greer** | 837.04 |
| **Total 24000 · Accrued Commissions** | 76,994.16 |
| **24030 · LOC - Wells Fargo Business** | 38,448.00 |
| **24031 · CBOT-5258** | 79,028.12 |
| **24040 · LOC-Third Coast-0002** | 1,203,336.18 |
| **24070 · Payroll Liabilities** | 111.69 |
| **24071 · Health Insurance Payable** | |
| **Colonial** | 456.66 |
| **Total 24071 · Health Insurance Payable** | 456.66 |
| **24072 · WC Payable** | 2,130.16 |
| **24073 · Legal Shield** | 130.05 |
| **24080 · Sales Tax Payable** | 48,003.90 |
| **Total Other Current Liabilities** | 1,448,638.92 |
| **Total Current Liabilities** | 2,258,207.53 |
| **Long Term Liabilities** | |
| **27400 · Sheffield Financial - Exmark** | 3,394.30 |
| **27500 · Great  America-Telephone** | 10,179.69 |
| **Total Long Term Liabilities** | 13,573.99 |
| **Total Liabilities** | 2,271,781.52 |
| **Equity** | |
| **30300 · Paid-In Capital** | 544,898.69 |
| **30400 · Retained Earnings** | 2,397,366.94 |
| **31400 · Shareholder Distributions** | -561,743.57 |
| **Net Income** | -93,066.13 |
| **Total Equity** | 2,287,455.93 |
| **TOTAL LIABILITIES & EQUITY** | **4,559,237.45** |

* Unaudited and unreviewed year end financial statement

3:22 PM

12/10/14

Accrual Basis

## Action Restoration, Inc.
## Profit & Loss
### December 2013 through November 2014

|  | Dec '13 - Nov 14 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 40100 · Services | 5,110,979.45 |
| **Total Income** | 5,110,979.45 |
| **Cost of Goods Sold** | |
| 50100 · Labor Costs-COGS | |
| 50101 · Direct Payroll-COGS | 442,293.29 |
| 50102 · Indirect Payroll-COGS | 34,125.00 |
| 50103 · Sales Commissions-COGS | 173,884.63 |
| 50106 · Health Insurance-COGS | -3,024.25 |
| 50107 · Education Expense-COGS | 23,909.15 |
| 50108 · Travel Expense-COGS | 9.25 |
| 50109 · Travel Meals-COGS | 518.86 |
| 50110 · Automobile Expense-COGS | 51,992.40 |
| **Total 50100 · Labor Costs-COGS** | 723,708.33 |
| 50200 · Materials Costs-COGS | |
| 50201 · Cost of Services-COGS | 656,207.50 |
| 50202 · Indirect Cost of Services-COGS | 2,735.93 |
| 50200 · Materials Costs-COGS - Other | 36,198.61 |
| **Total 50200 · Materials Costs-COGS** | 695,142.04 |
| 50300 · Equipment Costs-COGS | |
| 50301 · Equipment Repairs-COGS | 4,335.48 |
| 50302 · Freight Cost-COGS | 24,897.60 |
| 50300 · Equipment Costs-COGS - Other | 46,737.83 |
| **Total 50300 · Equipment Costs-COGS** | 75,970.91 |
| 50400 · Subcontractors-COGS | 415,262.76 |
| 50500 · Commissions-COGS | 72,953.70 |
| 50600 · Other Direct Costs | 7,761.86 |
| **Total COGS** | 1,990,799.60 |
| **Gross Profit** | 3,120,179.85 |
| **Expense** | |
| 70110 · Advertising | 59,316.61 |
| 70120 · Auto Expense | |
| 70130 · Auto Maint. & Repairs | 27,162.02 |
| 70120 · Auto Expense - Other | 22,574.42 |
| **Total 70120 · Auto Expense** | 49,736.44 |
| 70140 · Bank Service Charges | 30,603.83 |
| 70150 · Bad Debt Expense | 28,439.53 |
| 70155 · Bond Expense | 750.00 |
| 70160 · Computer Expense | 29,404.07 |
| 70169 · Contract Labor | 132,573.80 |
| 70170 · Contributions & Donations | 8,119.53 |
| 70190 · Depreciation | 216,000.00 |
| 70200 · Dues & Subscriptions | 55,994.78 |
| 70210 · Education Expense | 1,949.68 |
| 70220 · Entertainment | 7,561.39 |
| 70230 · Equipment Expense/Repairs | 16,901.28 |
| 70240 · Fuel | 121,226.25 |
| 70250 · Gifts | 17,419.43 |
| 70260 · Insurance | |
| 70262 · WC | 29,134.97 |
| 70263 · Health Insurance | 29,442.87 |
| 70260 · Insurance - Other | 128,895.26 |
| **Total 70260 · Insurance** | 187,473.10 |

* Unaudited and unreviewed year end financial statement

**3:22 PM**

**12/10/14**

**Accrual Basis**

## Action Restoration, Inc.
# Profit & Loss
### December 2013 through November 2014

| | Dec '13 - Nov 14 |
|---|---:|
| 70267 · Legal Settlements | 23,769.46 |
| 70268 · Late Fees | 1,482.09 |
| 70270 · Licenses/Permits | 21,821.77 |
| 70280 · Meals | 14,716.31 |
| 70290 · Medical Expense | 5,050.96 |
| 70300 · Office Supplies | 3,289.06 |
| 70305 · Office Expense | 12,582.44 |
| 70310 · Payroll | |
|    70326 · Bonuses | 74,543.85 |
|    70328 · Payroll Taxes | 128,258.75 |
|    70330 · Salaries & Wages | 955,188.17 |
| **Total 70310 · Payroll** | **1,157,990.77** |
| 70340 · Postage and Delivery | 4,624.19 |
| 70350 · Professional Fees | 351,842.29 |
| 70360 · Rental Expenses | 217,374.54 |
| 70362 · Repairs and Maintenance | 18,042.00 |
| 70364 · Selling Exp | 20,226.66 |
| 70370 · Taxes | |
|    70372 · Sales Tax Expense | 29,670.37 |
|    70373 · Tax Penalties | 826.04 |
|    70374 · IFTA Taxes | 1,361.34 |
|    70375 · Property Taxes | 860.45 |
|    70370 · Taxes - Other | 18,336.36 |
| **Total 70370 · Taxes** | **51,054.56** |
| 70380 · Telephone | 44,560.35 |
| 70390 · Travel Costs | |
|    70392 · Travel Meals | 59,276.16 |
|    70390 · Travel Costs - Other | 66,117.99 |
| **Total 70390 · Travel Costs** | **125,394.15** |
| 70410 · Utilities | 50,099.86 |
| 70420 · Shop Supplies | 34,633.60 |
| 70450 · Mertzon | 29,972.41 |
| 70460 · Reimbursed Expenses | 5,269.45 |
| 99999 · Adjustment | 0.00 |
| **Total Expense** | **3,157,266.64** |
| **Net Ordinary Income** | **-37,086.79** |
| Other Income/Expense | |
|   Other Income | |
|     80100 · Other Income | 80,053.34 |
|     80110 · Interest Income | 8,044.85 |
|     80120 · Gain/Loss on Sale of Asset | 37,728.65 |
|   **Total Other Income** | **125,826.84** |
|   Other Expense | |
|     80210 · Ask My Accountant | 0.00 |
|     80220 · Interest Expense | 181,806.18 |
|   **Total Other Expense** | **181,806.18** |
| **Net Other Income** | **-55,979.34** |
| **Net Income** | **-93,066.13** |

* Unaudited and unreviewed year end financial statement

B 6 Summary (Official Form 6 - Summary) (12/14)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

In re  **Action Restoration, Inc.**                              Case No.

                                                                Chapter    **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 6 | $6,987,985.57 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $2,818,014.01 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 7 | | $126,639.56 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $4,337,981.81 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 35 | $6,987,985.57 | $7,282,635.38 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Action Restoration, Inc.**                                                    Case No. _____

                                                                                            (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**37**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **12/11/2014**_____          Signature __**/s/ Susan Rising**_____
                                                                    **Susan Rising**
                                                                    **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

In re:  **Action Restoration, Inc.**                                          Case No.  _____

                                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,110,000.00** | **2014 YTD - Gross receipts or sales from operation of business** |
| **$4,028,262.99** | **2013 - Gross receipts or sales from operation of business** |
| **$5,028,072.00** | **2012 - Gross receipts or sales from operation of business** |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$50,000.00** | **2014 - Sold real property in Jefferson County located at 314 Hill Terrace, Nederland, TX 77627** |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **\*\*\*\* SEE ATTACHED EXHIBIT K** | | | |

None ☑

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☐

c.  All debtors: List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **\*\*\*\* SEE ATTACHED EXHBIT L** | | | |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

In re:  **Action Restoration, Inc.**                                    Case No.  _____

                                                                                  (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Case No. 740861 Action Restoration vs. The Parish of Jefferson Petition on Open Account** | | **24th Judicial District Court for the Parish of Jefferson** | **Pending** |
| **Case No. 14-CA-637 Action Restoration vs. Boswell, et al** | | **Walton County Florida Circuit Court** | **Pending** |
| **Case No. 56-2012-004234570CU-BC-VTA ADRS Case No. 13-5356 E-Therm, Inc. vs. Action Restoration, Inc.** | | **Superior Court of the State of California for the County of Ventura** | **Pending** |
| **Case No. 13-1811 Linn County No. LACV070849 Actually Clean Floor & Furniture, LLC vs. Action Restoration, Inc.** | | **Supreme Court of Iowa** | **Pending** |
| **Case No. D-0195592 Todd Bryson vs. Action Restoration, Inc., Stan Rising and Susan Rising** | | **136th Judicial Court, Jefferson County, TX** | **Pending** |
| **Case No. B-196373 Todd Bryson vs. Wells Fargo Bank, N.A. and Action Restoration, Inc.** | | **60th Judicial Court, Jefferson County, TX** | **Pending** |

---

None ☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☑

a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

In re:   **Action Restoration, Inc.**                                        Case No. _____
                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

None
☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 7. Gifts

None
☑ List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 8. Losses

None
☑ List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 9. Payments related to debt counseling or bankruptcy

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Searcy & Searcy, P.C.**<br>**PO Box 3929**<br>**Longview, TX 75605** | **10/2014** | **Debtor paid a retainer of $61,717.00 which will be held in trust until approval of attorney's fees and expenses by the Bankruptcy Court. Searcy & Searcy, P.C. will file a fee application for allowance of all fees and expenses incurred in this case, including any fees and expenses incurred in excess of the initial pre-petition retainer.** |

---

## 10. Other transfers

None
☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Shalon Allen and David Ong**<br><br>**No Relationship** | **11/2014** | **Sold residential property located at 314 Hill Terrace, Nederland, TX 77627 described as Lot 30 in Block Two of Hillcrest Terrace Addition in Jefferson County.** |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

In re: **Action Restoration, Inc.**                                      Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

**Value: $50,000.00**

---

None ☑   b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Community Bank of Texas | Business Checking Account #xxxx1923 in the name of Action Restoration, Inc. | $0 closed 02/2014 |
| Community Bank of Texas | Business Tiered Money Market Account #xxxx1931 in the name of Action Restoration, Inc. | $0 closed 05/2014 |

---

### 12. Safe deposit boxes

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑   List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☑   If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

In re:   **Action Restoration, Inc.**                                   Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None ☐

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Tax ID #76-0591039 Action Restoration, Inc. 5215 Twin City Hwy. N Port Arthur, TX 77642** | **Real Property Restoration & Remediation** | **12/09/1998 to present** |

---

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

In re:   **Action Restoration, Inc.**                                    Case No.   _____

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☐   a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NAME AND ADDRESS**                                    **DATES SERVICES RENDERED**
**HRSS, LLP**                                                    **2010 - Present**
**Sabeen Zuberi**
**9494 Southwest Frwy., Suite 500**
**Houston, TX 77074**

---

None
☑   b. List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

**NAME**                                                         **ADDRESS**
**Debtor and HRSS, LLP**                                **5215 Twin City Hwy.**
                                                                       **Port Arthur, TX 77642**

                                                                       **and**

                                                                       **9494 Southwest Frwy., Suite 500**
                                                                       **Houston, TX 77074**

---

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

**NAME AND ADDRESS**                                    **DATE ISSUED**
**Third Coast Bank SSB**
**20202 Hwy. 59 North**
**Humble, TX 77338**

**Community Bank of Texas**
**4749 Twin City Hwy**
**Port Arthur, TX 77642**

---

### 20. Inventories

None
☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

B7 (Official Form 7) (04/13)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

In re:   **Action Restoration, Inc.**                                                  Case No.   _____
                                                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None
☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☐   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Stanley Rising<br>6424 Garnet Ave.<br>Port Arthur, TX 77640 | Vice President/Assistant Secretary | 49% stock ownership |
| Susan Rising<br>6424 Garnet Ave.<br>Port Arthur, TX 77640 | President/Secretary | 51% stock ownership |
| Aaron Hebert | Assistant Secretary/Account Manager | N/A |
| Thomas Willie Adams | Vice President of Technical Services/R&D | N/A |
| Robin Rising Steele | Assistant Secretary | N/A |

### 22. Former partners, officers, directors and shareholders

None
☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None
☐   b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

| NAME, ADDRESS AND TITLE | DATE OF TERMINATION |
|---|---|
| Todd Bryson, CEO<br>PO Box 1146<br>Nederland, TX 77627 | Quit January 2014 |

---

### 23. Withdrawals from a partnership or distributions by a corporation

None
☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| SEE ATTACHED EXHIBIT L | | |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

In re:  **Action Restoration, Inc.**                                    Case No.  _____

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

None
☑

**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

None
☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  __12/11/2014_____            Signature  __/s/ Susan Rising_____

                                                                                **Susan Rising
                                                                                President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571*



**Action Restoration, Inc.**    $2,054.97         👤 Aaron Hebert    Logout         *pexcard*

Dashboard | Cards | Account | Transfers | Reports | Administrators

**Business summary** | Business profile

## Business summary

| | |
|---|---|
| PEX Account balance | $2,054.97 |
| Current card balance | $4,601.12 |
| Current total available funds | $6,656.09 |

| | |
|---|---|
| Total available funds at 12am (EST) this morning | $6,757.72 |
| Current total available funds | $6,656.09 |
| Change in total available funds since 12am (EST) | -$101.63 |

| | |
|---|---|
| Total card balance at 12am (EST) | $4,702.75 |
| Current card balances | $4,601.12 |
| **Card spend since 12am** | **-$307.20** |

| | |
|---|---|
| Total ledger balance at 12am (EST) | $6,977.86 |
| Total card ledger balance at 12am (EST) | $4,922.89 |
| Current ledger card balances | $4,682.36 |

| | |
|---|---|
| Pending ACH transfers | $0.00 |

| | |
|---|---|
| Total number of cards at 12am (EST) | 13 |
| Total number of cards now | 13 |

| | |
|---|---|
| Number of administrators | 2 |

EXHIBIT A

Terms and conditions    Privacy policy    Cardholder agreement    Services agreement    FAQ    Referrals    Contact Us

© 2014 PEX Card. All rights reserved.
This Card is issued by The Bancorp Bank pursuant to a license from Visa U.S.A. Inc. The Bancorp Bank; Member FDIC.
v3.3.2 (2014-11-23)



EXHIBIT B

5:23 PM

12/10/14

## Action Restoration, Inc.
# A/R Aging Summary
### As of November 30, 2014

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Hamdan, Ali | 0.00 | 2,950.61 | 0.00 | 0.00 | 0.00 | 2,950.61 |
| Rexco Scaffolding and Insulation, INC | 0.00 | 8,960.00 | 0.00 | 0.00 | 0.00 | 8,960.00 |
| A & L Sanchez Painting and Construction | 0.00 | 9,150.00 | 0.00 | 8,295.00 | 0.00 | 17,445.00 |
| Rudy & Morris | 541.26 | 0.00 | 0.00 | 0.00 | 0.00 | 541.26 |
| BP Amoco Chemical | 6,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,500.00 |
| Lamar Institute of Technology | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 |
| Cushman Wakefeild of Texas | 19,900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19,900.00 |
| Brock Enterprises LA | 0.00 | 25,343.49 | 0.00 | 0.00 | 0.00 | 25,343.49 |
| Jackson, Mrs | 0.00 | 5,339.35 | 0.00 | 0.00 | 0.00 | 5,339.35 |
| Touchtone Communities LLC | 0.00 | 3,146.84 | 0.00 | 0.00 | 0.00 | 3,146.84 |
| Sumrall A/C | 0.00 | 11,970.00 | 0.00 | 0.00 | 0.00 | 11,970.00 |
| Jones, Lang, LaSalle | 0.00 | 0.00 | 3,884.02 | 0.00 | 0.00 | 3,884.02 |
| Delta Response & Restoration | 0.00 | 84,445.83 | 0.00 | 0.00 | 0.00 | 84,445.83 |
| Ninth Avenue Station | 0.00 | 0.00 | 4,853.36 | 0.00 | 0.00 | 4,853.36 |
| Finney, LaWanda | 0.00 | 3,897.00 | 0.00 | 0.00 | 0.00 | 3,897.00 |
| US Joiner | 3,950.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,950.00 |
| Chateau Du Lac | 0.00 | 0.00 | 0.00 | 0.00 | 60,211.00 | 60,211.00 |
| Delcambre, Chris | 0.00 | 0.00 | 0.00 | 0.00 | 2,054.67 | 2,054.67 |
| Simon, Florence | 0.00 | 0.00 | 0.00 | 0.00 | 14,600.51 | 14,600.51 |
| Port Arthur ISD | 0.00 | 2,954.61 | 0.00 | 2,555.00 | 0.00 | 5,509.61 |
| Innovations in Managment | 9,890.14 | 2,991.98 | 0.00 | 0.00 | 0.00 | 12,882.12 |
| G.L. Barron Company, INC | 0.00 | 0.00 | 0.00 | 0.00 | 6,237.50 | 6,237.50 |
| Barnett Chapel Church of God in Christ | 222.42 | 0.00 | 0.00 | 74.14 | 5,175.91 | 5,472.47 |
| Orta, Rudy R. | 0.00 | 0.00 | 0.00 | 0.00 | 106.64 | 106.64 |
| RestorX of Texas | 6,565.36 | 778.89 | 0.00 | 0.00 | 0.00 | 7,344.25 |
| University of Houston Downtown | 0.00 | 0.00 | 0.00 | 0.00 | 6,160.00 | 6,160.00 |
| DryTime Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 17,824.95 | 17,824.95 |
| Action Restoration | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Action Restoration of Panhandle Florida | 0.00 | 0.00 | 0.00 | 0.00 | 304,479.30 | 304,479.30 |
| American Campus Communities | 0.00 | 0.00 | 0.00 | 0.00 | 303.56 | 303.56 |
| Anadarko Petroleum Corporation | 5,057.89 | 19,240.59 | 0.00 | 0.00 | 0.00 | 24,298.48 |
| ASE Services-1 | 0.00 | 0.00 | 0.00 | 0.00 | 17,644.43 | 17,644.43 |
| Baptist Hospitals of Southeast Texas | 5,556.12 | 145,557.50 | 0.00 | 31,522.50 | 10,220.00 | 192,856.12 |
| E.I. du Pont de Nemours and Company | 71,475.00 | 0.00 | 0.00 | 0.00 | 525.00 | 72,000.00 |
| Frost Bank | 10,532.73 | 0.00 | 0.00 | 0.00 | 0.00 | 10,532.73 |
| Garrett McKenzie-C | 0.00 | 0.00 | 0.00 | 0.00 | 50,435.42 | 50,435.42 |
| H.B. Neild | 8,900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,900.00 |
| Jefferson Parish | 0.00 | 0.00 | 0.00 | 0.00 | 135,361.53 | 135,361.53 |
| Nederland ISD | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 |
| Triton Renovation, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 780,437.23 | 780,437.23 |
| University of Texas San Antonio | 164,622.00 | 13,111.52 | 202,212.00 | 9,840.50 | 0.00 | 389,786.02 |
| **TOTAL** | **314,912.92** | **339,838.21** | **210,949.38** | **52,287.14** | **1,411,777.65** | **2,329,765.30** |

EXHIBIT C

Action Restoration Inc

As of: 10/09/2012

| Ref# | Qty | Item | Description | Cond. | FMV | OLV | FSLV |
|---|---|---|---|---|---|---|---|
| 1 | 1 | DRYING UNIT | 2001, Waterout Convectant Drying System, propane/electric, 16' enclosed trailer, S# 006065 | G | $42,500 | $34,000 | $24,000 |
| 2 | 2 | DRYING UNIT | 2003, Waterout Convectant Drying System, propane/electric, 16' enclosed trailer, S#004628, 0015 | UKN | $95,000 | $76,000 | $53,000 |
| 3 | 12 | DRYING UNIT | 2004, Waterout Convectant Drying System, propane/electric, 16' enclosed trailer, S# 3255, 3825, 3631, 5116, 3827, 5117, 5115, 5121, 5126, 5248, 5918, 5119 | G/UKN | $556,000 | $445,000 | $311,500 |
| 4 | 7 | DRYING UNIT | 2005, Waterout Convectant Drying System, propane/electric, 16' enclosed trailer, S# 6161, 2574, 2636, 2575, 2634, 2635, 2633 | G/UKN | $385,000 | $310,000 | $215,500 |
| 5 | 6 | DRYING UNIT | 2006, Waterout Convectant Drying System, propane/electric, 16' enclosed trailer, S#0727, 1537, 1538, 1757, 1990, 1991 | G/UKN | $360,000 | $305,000 | $214,000 |
| 6 | 3 | DRYING TRAILERS | 2007 Drysmart Drying trailers, (3) Port Arthur (circa 2007) | G | $86,000 | $70,000 | $50,000 |
| 7 | 2 | DRYING TRAILERS | 2008, Waterout Mod. YD 9000 Super Drying Trailer w/35 KW generator, 200 gal. fuel tank, 9000 cfm waterout units, 32' Gooseneck trailer, hoses and etc Port Arthur | G | $228,000 | $185,000 | $130,000 |
| 8 | 5 | TRAILERS | 2004, (2) Action Take 3 Car Trailers, (2) 2005, Action Take 3 Car Trailer, (1) 2002 Kaufman Car Trailer, 50' in length Goose Neck, Vin#'s 1T9TS50384B540182, 53274B40063, 53255B540015, 53255B540161, 1R9FW53312135226 | G/UKN | $50,000 | $40,000 | $28,000 |
| 9 | 1 | TRAILERS | 2006, Elim enclosed trailer (command center) w/heat, air, electric, communication center and etc, Vin# 5PKUELK296W052247 | UKN | $10,500 | $8,400 | $5,900 |
| 10 | 6 | TRAILERS | Circa 2005 (3) Jayco Eagle travel trailers w/slide out, CA 2006, (2) Jayco Jayflight hitch pull travel trailers, (1) 2008, Jayco Eagle travel trailer w/slideout, Vin#'s 1UCJCJ02R651LM0079, 061EJ0398, 551L80640, 161EM0591, X61EM0587, 381SZ0455-(4) Port Arthur, (1) Gulf Port, (1) Boerne | G/UKN | $109,000 | $87,000 | $61,000 |

The WFA Group/ARI12me

ME - 1

Action Restoration Inc

As of: 10/09/2012

| Ref# | Qty | Item | Description | Cond. | FMV | OLV | FSLV |
|------|-----|------|-------------|-------|-----|-----|------|
| 11 | 1LOT | UTILITY TRAILERS | To include (29) 1991-2007, 12'-24'enclosed and flatbed utility trailers and etc-Port Arthur | G/UKN | $70,000 | $56,000 | $39,000 |
| 12 | 2 | TRAILERS | To Include the following: (2) Wabash 52' drop deck trailers, Vin#'s 1JJV532WSXL600863, 482VXTL368729, -Port Arthur | G | $33,150 | $26,500 | $18,500 |
| 13 | 2091 | AIR MOVERS | Circa 2007, Phoenix/Viking 2700 fpm low amp centrifugal air movers, (34) Lake Charles, (700) Panhandle, (24) Corpus Christi, (18) Gulf Port, (882) Port Arthur, Phoenix Axial air movers, (27) Panhandle, (10) Corpus Christi, (22) Gulf Port, (374) Port Arthur | G/UKN | $267,000 | $215,000 | $150,000 |
| 14 | 795 | DEHUMIDIFIERS | Circa 2007, Phoenix XTREME X250 High Capacity Dehumidifiers, (19) Lake Charles, (111) Panhandle, (5) Ft Hood, (15) Gulf Port, (17) Corpus Christi, (628) Port Arthur | G/UKN | $1,250,000 | $1,000,000 | $700,000 |
| 15 | 9 | OZONE GENERATORS | Circa 2007, Sonozaire Mod. 630A Ozone Generators (1) Lake Charles, (8) Port Arthur | G/UKN | $13,500 | $11,000 | $7,550 |
| 16 | 1 | GENERATOR | 2009, Magnum MMG 180 trailer mount generator, Vin# 1Z9GT102191198149 | G | $38,350 | $31,000 | $21,500 |
| 17 | 1 | GENERATOR | 2009, Magnum Whisper Watt 180 trailer mount generator, Vin# 1Z9GT102391198184 | G | $55,700 | $44,550 | $31,100 |
| 18 | 2 | GENERATOR | 2009, Magnum MMG 80 trailer mount generators, Vin# 1Z9GT102X91198151, 053549 | G | $39,000 | $31,275 | $22,000 |
| 19 | 1 | GENERATOR | 2009, Ingersoll Rand Mod. G460 410KW trailer mount generator, S# 04600008893 | G | $56,000 | $45,000 | $31,000 |
| 20 | 2 | GENERATOR | Circa 2008, Broadcrown 150KW trailer mount generators, CD6068H730749, CD6068H765414 | G/UKN | $49,500 | $39,500 | $27,500 |
| 21 | 1 | GENERATOR | 2005, Ingersoll Rand Mod. S230 skid mount generator, S# 34947UI0A70 | G | $25,500 | $20,500 | $14,250 |

ME - 2

Action Restoration Inc

As of: 10/09/2012

| Ref# | Qty | Item | Description | Cond. | FMV | OLV | FSLV |
|---|---|---|---|---|---|---|---|
| 22 | 1 | GENERATOR | Circa 2008 Iveco 225 KW trailer mount generator, S# F101-00106243 | UKN | $30,000 | $24,000 | $17,000 |
| 23 | 1 | GENERATOR | Circa 2008, Specialty Lighting Boss JD 40 65 KW trailer mount generator, S# G-99-5-1017 | UKN | $15,000 | $12,000 | $8,500 |
| 24 | 1 | GENERATOR | Circa 2008, Marathon Electric Magna Max DVR 65 KW trailer mount generator, S# LM2438810504 | UKN | $15,000 | $12,000 | $8,500 |
| 25 | 1 | GENERATOR | Circa 2008, Magnum 35 KW trailer mount generator, S# 0144328 | UKN | $11,500 | $9,200 | $6,425 |
| 26 | 44 | CLIMINATION UNITS | Circa 2006 Waterout Big Dog 4.5 ton Mod. APF1136K000E climination/dehumidifier units | G | $90,000 | $72,000 | $50,000 |
| 27 | 2 | EXTRACTORS | Circa 2007, Custom made Extreme extractors | G | $9,100 | $7,300 | $5,100 |
| 28 | 1LOT | GENERATORS | To include the following: (28) Home Power 9000, (5) Porter Cable 5500 watt, (4) Multi Power 2500 watt, portable generators | G/UKN | $57,500 | $46,000 | $32,000 |
| 29 | 37 | VACUUMS | Circa 2008 Pullman-Holt Mod 102 Hepa 12 gallon wet/dry Vacuums | G/UKN | $26,750 | $21,350 | $15,000 |
| 30 | 101 | AIR SCRUBBERS | 2008, Phoenix Guardian Air Scrubbers-(4) Lake Charles, (5) Panhandle, (23) Ft Hood, (2) Corpus Christi, (88) Port Arthur | G/UKN | $110,000 | $88,000 | $61,500 |
| 31 | 10 | HEATERS | Circa 2007 Safe Heat Mod. 5000 500000 btu heater | G | $22,500 | $18,000 | $12,500 |
| 32 | 7 | CLEANERS | Circa 2007 Roto Brush Mod. AIR duct cleaning units | G | $33,500 | $27,000 | $19,000 |
| 33 | 6 | CLEANERS | 2008, carpet cleaners, (2) King Cobra, (2) Ninjas, (2) Esteam | G | $19,000 | $15,000 | $10,500 |
| 34 | 11 | CAMERAS | Circa 2007 Flir B2 & Fluk Tir 1 Thermal Image Cameras, (2) Lake Charles, (3) Fluk TIR 1 Panhandle, (6) Port Arthur | UKN | $46,500 | $37,000 | $26,000 |

ME - 3

The WFA Group/ARI12me

Action Restoration Inc

As of: 10/09/2012

| Ref# | Qty | Item | Description | Cond. | FMV | OLV | FSLV |
|---|---|---|---|---|---|---|---|
| 35 | 2 | ULTRASONIC UNITS | 2006, Smorants custom made Lil Beaver and Lil Circanuck ultrasonic cleaning units | G | $7,650 | $6,150 | $4,300 |
| 36 | 1LOT | POWER PANELS | (27) Square D 200 amp 20 circuit portable power panels | G/UKN | $29,000 | $23,500 | $16,500 |
| 37 | 1 | AIR COMPRESSOR | 2006, Ingersoll Rand Mod. XP 375 WIR trailer mount air compressor, S# 368924UCQ1657 | G | $10,500 | $8,325 | $5,825 |
| 38 | 1 | FORKLIFT | Circa 2006 Yale Mod. GLP110MJNGBV110 11000 lb lift, w/sideshift, S# Unk | G | $22,000 | $17,675 | $13,250 |
| 39 | 1 | FOAM UNIT | 2008, Intelgard McCircaw compressed air back pack foam unit | G | $2,050 | $1,650 | $1,150 |
| 40 | 7 | FOAM UNIT | 2008, Intelgard Merlin self contained portable/cart compressed air units | G | $25,200 | $20,150 | $14,000 |
| 41 | 1 | BBQ UNIT | 2008, Southern Prairie Stainless Steel trailer pull rotating gas/wood fired bbq unit, S# 159BU12106M743467 | UKN | $16,000 | $12,500 | $8,750 |
| 42 | 1 | SKID STEER | 2006, Bobcat Mod. T180 tracked skid steer w/grapple, bucket and forks, Vin# 527513307 | UKN | $19,500 | $15,675 | $11,000 |
| 43 | 1 | SKID STEER | 2005, Caterpillar Mod. 257B tracked skid steer, Vin# TSK02267 | G | $18,500 | $14,750 | $10,300 |
| 44 | 1 | EXCAVATOR | 2006, Takeuchi Mini Tracked Mod. TB125 excavator, S# 125764 | G | $18,000 | $14,500 | $10,000 |
| 45 | 1 | DOZER | 2004, Case Mod. 850K tracked dozer, S# CAL00446 | UKN | $40,000 | $32,000 | $22,500 |
| 46 | 1 | LIFT | 1994, Case Mod. 586E 6000 lb rough terrain forklift, S#JJG0213363 | UKN | $9,600 | $7,650 | $5,375 |
| 47 | 320 | PROPANE TANKS | 15 gallon carbon steel propane tanks (for Drysmart & Waterout drying trailers) | G | $50,500 | $40,500 | $28,250 |

ME - 4

Action Restoration Inc

As of: 10/09/2012

| Ref# | Qty | Item | Description | Cond. | FMV | OLV | FSLV |
|------|-----|------|-------------|-------|-----|-----|------|
| 48 | 1 | AIR SYSTEM | 2009, Biopure Hydroxyl generator clean air system | UKN | $25,000 | $19,850 | $13,875 |
| 49 | 10 | AIR SCRUBBERS | 2009, Predator Mod. 600 min air scrubbers | G/UKN | $8,000 | $6,500 | $4,500 |
| 50 | 11 | AIR SYSTEM | 2009, Hydroxyl Mod. MDU clean air systems | UKN | $6,000 | $4,800 | $3,350 |
| 51 | 19 | AIR SYSTEM | 2012, Syclone Negative Air Machine/Air Scrubber w/filter S#'s C07X2193, 2192, 2201, 2200, 2206, 2205, 2199, 2198, 2197, 2196, 2204, 2207,2191, 2190, C04X1294, 1295, C05X1714 | G/UKN | $11,200 | $9,500 | $7,550 |
| 52 | 1 | GENERATOR | 2009, Kubota SQ Series 28 KW generator, S# Unk | UKN | $11,500 | $9,200 | $6,440 |
| 53 | 40 | FOGGERS | Cyclone Ultra Flex 3000 ULV Foggers | G | $26,500 | $21,000 | $15,000 |
| 54 | 10 | FOGGERS | 2010, Sanitize Systems Sanicloud MST-1 Foggers and (1) back pack | G/UKN | $19,500 | $15,500 | $11,000 |
| 55 | 51 | DEHUMIDIFIERS | (41) Dri-Eaz 1200 F203, (10) Drizair 2000 F232 dehumidifiers | G | $70,000 | $56,000 | $39,000 |
| 56 | 1 | SODA UNIT | Armex Accustrip Baking Soda Blaster w/Schmidtt water separator | G | $19,500 | $15,500 | $11,000 |
| 57 | 1 | MEDIA UNIT | Pro Blast CRS Media Blast 100 lb portable w/water separator | G | $8,800 | $7,050 | $4,950 |
| 58 | 1 | TRAILERS | 2002, Fontaine 50 ton lowboy 3 axle drop neck trailer, Vin# 13NE504052351428 0 | G | $21,500 | $17,250 | $12,000 |
| 59 | 1 | TRAILERS | 2006, Texas Brut 10 yard utility dump trailer, Vin# 17XFG20266106696 2 | G | $12,000 | $9,600 | $6,750 |
| 60 | 2 | TRAILERS | (2) Gooseneck trailers, 2002 Bourg, 2008 Cargo, Vin#'s 4J1FS14262B008199, 5NHUTB6296W054610 | UKN | $13,500 | $11,000 | $7,600 |
| 61 | 1 | TRAILERS | 2001, Cargo Craft 16' Goose Neck Air Duct trailer w/Roto Brush, double sink, water tanks, electric, collection tank, Vin# 4D6EB14201C002230 | G | $5,500 | $4,400 | $3,100 |

The WFA Group/ARl12me

ME - 5

Action Restoration Inc

As of: 10/09/2012

| Ref# | Qty | Item | Description | Cond. | FMV | OLV | FSLV |
|---|---|---|---|---|---|---|---|
| 62 | 1 | TRAILERS | 2007, Forrest 36' Enclosed Goose Neck Trailer, being converted for asbestos removal not completed, VIN 5NHUCMM2184Y056969 | G | $8,500 | $6,800 | $4,750 |
| 63 | 1 | TRAILERS | 1992, Clement end dump pup trailer, Vin# 1CQDB12B6NM110142 | UKN | $4,500 | $3,550 | $2,500 |
| 64 | 1 LOT | MISC EQUIPMENT | To include the following; (2) Roll Seal Polar Coolers, Ezgo Cart F102, Ezgo Cart K301, (3) Inject A Dry, Gremlin Air assembly, Wolverine Rug Beater, Typhoon wet/dry vac, Garmin Nuvi GPS, (61) GPS for trailer tracking, GPS for vehicle tracking, Polaris RZR utility vehicle, Welsh pumps, (5) Air Oasis, carpentry tools and equipment, remediation equipment, JLG 2032E2 Scissor Lift , S# 006600201640, pressure washers and etc | G/UKN | $178,000 | $142,500 | $100,000 |
| 65 | 1 LOT | ROLLING STOCK | See Exhibit A, attached | | $528,580 | $563,215 | $457,995 |
| | | TOTAL | | | $5,552,630 | $4,607,815 | $3,289,935 |
| | | **Value Conclusion** | | | $5,553,000 | $4,608,000 | $3,290,000 |

The WFA Group/ARI12me

ME - 6

Action Restoration                    EXHIBIT A                                                  As Of: 10/09/12

| ID | Description | Vin# | Cond. | FMV | OLV | FSLV |
|---|---|---|---|---|---|---|
| 82 | 2007, Freightliner MZ 106 Custom Goose Neck w/strobe lights GPS and etc BUILT IN 2009 | 1FVAFCDK77HY20396 | G | $85,000 | $72,250 | $58,000 |
| 12 | 1996 Ford E250 Cargo Van | 1FTHE24H9THA64298 | G | $1,075 | $875 | $675 |
| 22 | 1997 Freightliner FL60 24' box, 2500 lb Maxon | 1FV6GFFC8VH755727 | G | $12,150 | $9,720 | $7,775 |
| 24 | 1998 GMC G2500 Cargo Van | 1GTGG25W6W1025863 | F | $1,550 | $1,250 | $1,000 |
| 25 | 1999 GMC W4500 24' box, 2500 lb Maxon | J8DC4B156X7005193 | G | $10,000 | $8,000 | $6,400 |
| 26 | 1999 Ford E350 Cargo Van | 1FTSE34F7XHA26086 | G | $2,325 | $1,850 | $1,500 |
| 29 | 1999 Ford E150 Cargo Van | 1FTRE1423XHA72252 | UKN | $1,775 | $1,420 | $1,135 |
| 34 | 1996 Kenworth W900B 14 Yd. Dump Truck | 1NKWLB9X4TS722396 | UKN | $27,000 | $21,500 | $17,275 |
| 38 | 2000 Dodge Ram 3500 Quad Cab, Duals | 1B7MC3364YJ186769 | UKN | $5,650 | $4,520 | $3,615 |
| 42 | 2002 Chevrolet C22500 HD Crew Cab 4wd | 1GCHK23132FZ15434 | G | $9,635 | $7,700 | $6,175 |
| 48 | 2006 Chevrolet C2500 HD Crew cab 4wd | 1GCHK23D76F193101 | G | $19,075 | $15,260 | $12,200 |
| 49 | 2000 Ford E350 14' box truck | 1FDWE35L5YHA13111 | G | $3,115 | $2,500 | $2,000 |
| 50 | 2002 Ford F350 Super Cab, Duals | 1FTWX32F42EC80553 | G | $11,800 | $9,450 | $7,550 |
| 53 | 2002 Dodge Ram 1500 | 3D7HA18N62G148258 | UKN | $3,550 | $2,850 | $2,275 |
| 54 | 2006 GMC G2500 Cargo Van | 1GCGG29U861222171 | G | $8,350 | $6,675 | $5,350 |
| 55 | 2007 Isuzu NPR 16' box truck | JALC4B1657700 3606 | G | $22,500 | $18,000 | $14,500 |
| 56 | 2007 Isuzu NPR 16' box truck | JALC4B1637700 3507 | G | $22,500 | $18,000 | $14,500 |
| 57 | 2007Chevrolet 6500 24' flat bed truck | 1GBJ6C1347F402158 | G | $25,500 | $20,500 | $16,320 |
| 59 | 2005 Scion | JTLKT32485400 3444 | G | $7,550 | $6,050 | $4,825 |
| 61 | 2003 Chevrolet C3500 Crew Cab, duals | 1GCJC33123F250018 | G | $17,115 | $13,700 | $10,950 |
| 62 | 2007 Dodge Ram 3500 Quad Cab Cummings | 3D7ML48A37G777281 | G | $20,300 | $16,250 | $13,000 |
| 63 | 2007 GMC G3500 Ext. Cargo Van | 1GAHG39U771145717 | G | $10,500 | $8,400 | $6,720 |
| 64 | 1999 Peterbilt 379, Sleeper, Strobes | 1XP5DB9X9XD505364 | G | $24,000 | $19,200 | $15,360 |
| 65 | 2000 Toyota RAV4 | JT3GP10V5Y7074971 | UKN | $3,550 | $2,850 | $2,275 |
| 67 | 2006 Chevrolet C1500 Crew Cab | 2GCEC13T661129642 | UKN | $16,000 | $12,800 | $10,250 |
| 68 | 2008 Chevrolet G1500 Ext. Cargo Van | 1GCFG15X0811034091 | G | $10,230 | $8,175 | $6,550 |
| 69 | 2008 Dodge Ram 3500 Quad Cab, Duals | 3D7ML48A88G2094118 | G | $22,055 | $17,645 | $14,115 |
| 70 | 2008 Dodge Ram 3500 Quad Cab, Duals | 3D7ML48A68G204117 | G | $22,055 | $17,645 | $14,115 |
| 71 | 2008 Chevrolet 2500 HD Crew Cab Z71 | 1GCHK23698F188275 | G | $20,830 | $16,665 | $13,335 |

WFA Group/ARI12me                                                                                A - 1

Action Restoration

EXHIBIT A

As Of: 10/09/12

| ID | Description | Vin# | Cond. | FMV | OLV | FSLV |
|---|---|---|---|---|---|---|
| 73 | 2008 Lexus LS 600HL | JTHDU46FX85006720 | UKN | $47,225 | $40,145 | $34,125 |
| 74 | 2002 Isuzu FTR LSE 24' box, 2500 lb Maxon | 4GTJ71372J700782 | G | $16,250 | $13,000 | $10,500 |
| 75 | 2002 Isuzu FTR LSE 24' box, 2500 lb Maxon | 4GTJ7C1372J700815 | G | $16,250 | $13,000 | $10,500 |
| 76 | 2006 Hummer H3 | 5GTDM13676816S104 | G | $14,150 | $11,320 | $9,050 |
| 77 | 2009 Dodge Ram 2500 Quad Cab | 3D7KR28L59G511243 | UKN | $18,950 | $15,160 | $12,125 |
| 78 | 2008 Chevrolet 1500 Express Van | 1GCFG1FX881167665 | G | $12,675 | $10,150 | $8,115 |
| 79 | 2008 Chevrolet 3500 Ext. Express Van 15 pass. | 1GAHG39K381113265 | G | $15,250 | $12,200 | $9,750 |
| 80 | 2009 Chevrolet C2600 LT Suburban | 1GNFC26079R180193 | G | $26,095 | $20,875 | $16,700 |
| 83 | 2012 Ford F350 King Ranch duals | 1FT8W3CT7CEA20875 | UKN | $45,350 | $40,815 | $36,775 |
| 84 | 2011 Ford E350XL Passenger van | 1FBSS3BL5BD38323 | UKN | $17,000 | $14,450 | $12,275 |
| Boerne 3 | 1988 Chevrolet G20 Passenger van | 2GCEG25H5J4151187 | UKN | $500 | $400 | $320 |
| Boerne 4 | 1996 Ford E450 box truck | 1FDLE47G6THA59189 | UKN | $8,000 | $6,400 | $5,120 |
| Boerne 5 | 1997 Chevrolet K3500 Cheyenne 4wd | 1GCHK33R9VF004657 | UKN | $4,500 | $3,600 | $2,900 |
| | | | | | | |
| | | **TOTAL DOLLAR VALUE THIS REPORT** | | **$528,580** | **$563,215** | **$457,998** |

WFA Group/ARI12me

A - 2


SDC10042


SDC10002


SDC10003


SDC10005


SDC10006


SDC10007


SDC10008


SDC10009


SDC10010


SDC10011


SDC10012


SDC10013


SDC10014


SDC10015


SDC10016


SDC10017


SDC10018


SDC10019


SDC10020


SDC10021


SDC10022


SDC10023


SDC10024


SDC10025


SDC10026


SDC10027


SDC10029


SDC10030


SDC10032


SDC10033


SDC10035


SDC10036


SDC10037


SDC10038


SDC10039

EXHIBIT D

Contents                    12/10/2014
5215 Twin City Hwy

Total Value Per JCAD          $217,500.00

| Room Name | Quantity | Equipment, supplies, furniture, etc. | Market Value |
|---|---|---|---|
| Lynn's Office | 2 | Metal filing cabinets | |
| | 2 | Pre-fab cabinets | |
| | 1 | Shelf | |
| | 2 | Reg. chairs | |
| | 1 | Rolling Chair | |
| | 1 | HP Vivera printer dell desktop | |
| | 1 | Dell desktop | |
| | 1 | Samsung monitor - 20" | |
| | 1 | Sharp monitor - 14" (TV? ) | |
| | 1 | Ativa HD Pro 2000 shredder | |
| Thomasina's Office | 1 | Pre-fab filing cabinet | |
| | 1 | Shelf | |
| | 7 | Metal filing cabinets | |
| | 1 | Portable table | |
| | 1 | Rolling chair | |
| | 1 | Regular chair | |
| | 1 | HP desktop | |
| | 1 | Samsung monitor - 23" | |
| | 1 | Ativa HD Pro 2000 shredder | |
| Aaron's Office | 1 | Desk made in place | |
| | 1 | Cabinet made in place | |
| | 3 | TV's - 42" | |
| | 1 | Mac - 21" | |
| | 1 | Couch | |

Contents                    12/10/2014
5215 Twin City Hwy

| Room Name | Quantity | Equipment, supplies, furniture, etc. | Market Value |
|---|---|---|---|
| Brian's Office | 1 | Rolling chair | |
| | 1 | Regular chair | |
| | 1 | Couch | |
| | 1 | HP Z210SFF desktop | |
| | 1 | Dell monitor - 20" | |
| | 1 | Epson moviemate - 72 projector | |
| Scott's Office | 1 | HP desktop | |
| | 1 | Dell monitor | |
| | 2 | Regular chairs | |
| | 1 | Rolling chair | |
| Alan's Office | 1 | Toshiba satellite lap top | |
| | 1 | Stainless stool | |
| | 1 | Rolling chair | |
| | 1 | Regular chair | |
| Middle Office | 2 | Desks | |
| | 1 | Bench seat | |
| | 3 | Metal filing cabinets | |
| | 2 | Double pre-fab filing cabinets | |
| | 2 | Single pre-fab filing cabinets | |
| Copy Room | 1 | Toshiba E studio 2555c printer | |
| | 1 | Brother MFC-8860DH printer | |
| | 1 | Desk | |
| | 1 | Stainless rolling table w/ stool | |

| Sue's Old Office | 1 | Post Base FP postage meter | |
|---|---|---|---|
| | 4 | Metal filing cabinets | |
| | 1 | Pre-fab filing cabinet | |
| | 1 | Rolling chair | |

Contents            12/10/2014
5215 Twin City Hwy

| Room Name | Quantity | Equipment, supplies, furniture, etc. | Market Value |
|---|---|---|---|
| Employee Office | 5 | Rolling Charis | |
| | 1 | Couch | |
| | 4 | Desks | |
| | 3 | Metal filing cabinets | |
| | 12 | Lockers | |
| | 1 | Sanyo  42" TV | |
| | 1 | Toshiba DVD player SD-4990 | |
| | 1 | Dell Studio PP39L laptop | |
| Lounge | 1 | Couch | |
| | 1 | Glass coffee table | |
| | 2 | Shelves | |
| | 1 | End table | |
| | 1 | HE water dispenser | |
| | 1 | Sharp 14" monitor (TV ? ) | |
| Chris's Office | 1 | HP Desktop | |
| | 1 | HP W2207 monitor | |
| | 1 | Samsun monitor - 20" | |
| | 1 | Metal filing cabinet | |
| | 1 | Stainless table with stool | |
| | 1 | Rolling chair | |
| Front side | | | |
| | 2 | Desks  made | |
| | 1 | Cabinet made | |
| | 4 | Shelves | |
| | 6 | Metal filing cabinets | |

Contents            12/10/2014
5215 Twin City Hwy

| Room Name | Quantity | Equipment, supplies, furniture, etc. | Market Value |
|---|---|---|---|
| Front Entrance | 1 | Ultra vision Hitachi 20" TV | |
| | 1 | Sanyo Vizon 20" TV | |
| | 1 | Jura Capresso | |
| Susan's Office | 1 | Frigidaire mini fridge | |
| | 3 | Cabinets | |
| | 1 | Rolling chair | |
| | 1 | Couch | |
| | 1 | Desk | |
| | 1 | 21" Mac | |
| | 1 | HP printer | |
| Kitchen and Side Office | 1 | Rolling chair | |
| | 1 | Fellowes Power shred 420 shredder | |
| | 1 | Panasonic microwave | |
| | 1 | Jenn-Air electric stove | |
| | 1 | Keurig coffee maker | |
| | 1 | Jura Impressa C5 | |

| | | |
|---|---|---|
| 1 | Frigidaire side by side | |
| 1 | Pre-fab cabinet | |
| 1 | Glass table with 5 chairs | |
| 1 | Vizio 42" TV | |
| 1 | JVC 42" TV | |
| 1 | Stainless table with 2 stools | |
| 1 | HP Photo Smart premium printer | |
| 1 | | |
| Raul's Area | 1 | Desk | |
| 1 | Dell desktop | |
| 1 | Dell monitor - 20" | |

**Contents**            12/10/2014
**5215 Twin City Hwy**

| Room Name | Quantity | Equipment, supplies, furniture, etc. | Market Value |
|---|---|---|---|
| Rudy's Office | 1 | Metal filing cabinet | |
| | 1 | HP Vivera printer | |
| | 1 | Macbook - 20" | |
| | 1 | Samsung 60" TV | |
| | 3 | Rolling chairs | |
| | 1 | Desk | |
| | 7 | Small table | |
| | 17 | Black chairs | |
| | 18 | White chairs | |
| | 2 | Shelves | |
| | 1 | Cabinet | |
| | 1 | Counter top | |
| | 1 | Samsung refrigerator | |

UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**EXHIBIT E**

A. NAME & PHONE OF CONTACT AT FILER (optional)
Action Restoration, Inc. 4099621647

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Action Restoration, Inc.
5215 Twin City Hwy
Port Arthur, TX 77642
USA

**FILING NUMBER:** 14-0014417517
FILING DATE: 05/07/2014     09:11 AM
DOCUMENT NUMBER: 543140030003
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **Rising** | **Stanley** | **Wayne** | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **6524 Garnet ave.** | **Port Arthur** | **TX** | **77640** | **USA** |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR **Action Restoration, Inc.** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **5215 Twin City Hwy.** | **Port Arthur** | **TX** | **77642** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
(A) Member interest in BRRW Real Estate Development LLC ("BRRW") issued in the
name of Stanley Rising reflecting Twenty Five (25%) interest and bearing
Certificate No. 2"

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY

UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

EXHIBIT F

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Action Restoration, Inc. 4099621647

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Action Restoration, Inc.
5215 Twin City Hwy
Port Arthur, TX 77642
USA

**FILING NUMBER:** 14-0014418144
**FILING DATE:** 05/07/2014      09:13 AM
**DOCUMENT NUMBER:** 543140030004
**FILED: Texas Secretary of State**
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | |
|---|---|---|
| 1a. ORGANIZATION'S NAME | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| **Rising** | **Bodre** | **Mack** | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **5755 College St.** | **Beaumont** | **TX** | **77707** | **USA** |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | |
|---|---|---|
| 2a. ORGANIZATION'S NAME | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| | |
|---|---|
| 3a. ORGANIZATION'S NAME | |
| **Action Restoration, Inc.** | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **5215 Twin City Hwy.** | **Port Arthur** | **TX** | **77642** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
(A) Member interest in BRRW Real Estate Development LLC ("BRRW") issued in the name of Bodre Rising reflecting Twenty Five (25%) interest and bearing Certificate No. 3"

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY

**UCC FINANCING STATEMENT**

**FOLLOW INSTRUCTIONS**

| EXHIBIT G |
| --- |

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Action Restoration, Inc. 4099621647

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Action Restoration, Inc.
5215 Twin City Hwy
Port Arthur, TX 77642
USA

**FILING NUMBER: 14-0014418528**
FILING DATE: 05/07/2014      09:15 AM
DOCUMENT NUMBER: 543140030005
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual
Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form
UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
| --- | --- | --- | --- | --- | --- |
| OR | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| **Wimberley** | **James** | **E** | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| **3489 FM 1136** | **Orange** | **TX** | **77632** | | **USA** |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual
Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form
UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
| --- | --- | --- | --- | --- | --- |
| OR | | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| | | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| | | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
| --- | --- | --- | --- | --- | --- |
| OR | **Action Restoration, Inc.** | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| | | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| **5215 Twin City Hwy.** | **Port Arthur** | **TX** | **77642** | | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
(A) Member interest in BRRW Real Estate Development LLC ("BRRW") issued in the
name of James Wimberley reflecting Twenty Five (25%) interest and bearing
Certificate No. 4"

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

EXHIBIT H

UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Action Restoration, Inc. 4099621647

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Action Restoration, Inc.
5215 Twin City Hwy
Port Arthur, TX 77642
USA

**FILING NUMBER:** 14-0014415474
**FILING DATE:** 05/07/2014    09:06 AM
**DOCUMENT NUMBER:** 543140030002
**FILED: Texas Secretary of State**
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | **Bryson** | **Todd** | **David** | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **25772 FM 365** | **Beaumont** | **TX** | **77705** | **USA** |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **Action Restoration, Inc.** | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **5215 Twin City Hwy.** | **Port Arthur** | **TX** | **77642** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
(A) Member interest in BRRW Real Estate Development LLC ("BRRW") issued in the name of Todd Bryson reflecting Twenty Five (25%) interest and bearing Certificate No. 1"

(B) Common Stock interest in 5400 Associates, Inc. ("5400") issued in the name of Todd Bryson reflecting Fifty (50%) interest, 500 shares of $1.00 par value common stock and bearing Certificate No. 2"

(C) Member interest in 5500 Real Estate Development LLC ("5500") issued in the name of Todd Bryson reflecting Forty Nine (49%) interest, including 4900 member units and bearing certificate No. 2

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box.
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing
7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

EXHIBIT I

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Action Restoration, Inc. 4099621647

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Action Restoration, Inc.
5215 Twin City Hwy
Port Arthur, TX 77642
USA

**FILING NUMBER:** 14-0014419397
**FILING DATE:** 05/07/2014      09:17 AM
**DOCUMENT NUMBER:** 543140030006
**FILED: Texas Secretary of State**
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **BRRW Real Estate Development LLC** | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **3120 Central Mall Drive** | **Port Arthur** | **TX** | **77642** | **USA** |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **Action Restoration, Inc.** | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **5215 Twin City Hwy.** | **Port Arthur** | **TX** | **77642** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
(A) Member interest in BRRW Real Estate Development LLC ("BRRW") issued in the name of Todd Bryson reflecting Twenty Five (25%) interest and bearing Certificate No. 1"

(B) Member interest in BRRW Real Estate Development LLC ("BRRW") issued in the name of Stanley Rising reflecting Twenty Five (25%) interest and bearing Certificate No. 2"

(C) Member interest in BRRW Real Estate Development LLC ("BRRW") issued in the name of Bodre Rising reflecting Twenty Five (25%) interest and bearing Certificate No. 3"

(D) Member interest in BRRW Real Estate Development LLC ("BRRW") issued in the name of James Wimberley reflecting Twenty Five (25%) interest and bearing Certificate No. 4"

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

## LEASE AGREEMENT

THIS AGREEMENT ("Agreement") is entered into as of the 1st day of April, 2002, between ACTION RESTORATION, INC., a Texas corporation, qualified to do business in Texas ("Tenant"), and 5215 CORPORATION, a Texas corporation ("Landlord").

## W I T N E S S E T H :

WHEREAS, Tenant desires to lease from Landlord and Landlord desires to lease to Tenant the Premises located at 5215 Twin City Highway, Port Arthur, Texas  77640, under the terms and conditions as provided herein.

NOW, THEREFORE, in consideration of the Recitals which shall be deemed to be a substantive part of this Agreement, the mutual covenants, promises, agreements, representations and warranty contained in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Landlord hereby demises and leases the Premises to Tenant, and Tenant hereby leases the Premises from Landlord.

## ARTICLE 1
## LEASE OF THE PREMISES AND TERM

1.01.   <u>Lease of the Premises</u>.  On the terms and conditions stated herein, Landlord hereby demises and leases the Premises to Tenant, and Tenant hereby leases the Premises from Landlord located at 5215 Twin City Highway, Port Arthur, Texas  77640.

1.02.   <u>Term of Lease</u>.  The term of this lease is five (5) years, beginning on April 1, 2002, (the "Effective Date"), and ending on the fifth anniversary of the Effective Date, unless terminated sooner as provided in this Agreement.   Additionally, Tenant shall have three (3) options to renew the lease, with each option being for an additional five (5) years  term to begin at the end of the initial lease term or any renewal term, as the case may be, upon the same terms as the original lease, subject only to market or other adjustments to the lease fixed rent as authorized by Section 2.01 hereinafter.

1.03.   <u>Holdover</u>.  If Tenant holds over and continues in possession of the Premises after the lease term (or any extension) expires, Tenant will be considered to be occupying the Premises "at will," subject to all the terms of this Lease Agreement.

## ARTICLE 2
### RENT

2.01.   <u>Fixed Rent</u>.   Tenant shall pay Landlord monthly rent in the amount of Twenty Thousand and NO/100 Dollars ($20,000.00) per month, in advance on or before the first day of each month.   If the lease term commences on a day other than the first day of a calendar month, or ends on a day other than the last day of a calendar month, then the Fixed Rent for such month shall be prorated on the basis of one thirtieth (1/30th) of the monthly Fixed Rent for each day of such month.   In the event of renewal of the lease pursuant to Section 1.02 above, the fixed rent may be modified by Landlord to reflect current market conditions existing at the time of renewal.   Said modified rent, based upon market conditions, shall become effective at upon sixty (60) days notice to Tenant of (i) the amount of the modified rent and (ii) documentation reflecting the market conditions supporting the modified rent.   Absent such analysis, the parties agree that the fixed rent shall increase NOT LESS THAN ten percent (10%) at each renewal period authorized by Section 1.02 hereinabove.

1.02.   <u>Taxes and Assessments as Additional Rent</u>.

    a.   In addition to the fixed rent specified in § 2.01, Tenant will pay in full all real property taxes, special assessments, and governmental charges of any kind imposed on the Premises during the lease term, including any special assessments imposed on or against the Premises for constructing or improving public works.   This additional rent is payable directly to the entity imposing the tax, assessment, or charge at least thirty (30) days before the date payment is due.   Tenant will provide Landlord with a receipt or other evidence of payment for each tax, assessment, or charge paid as soon as a receipt or other evidence is available to Tenant.

    b.   Tenant may, at its own expense, contest any tax or assessment for which it is responsible under subparagraph a.   Except as provided in subparagraph c, Tenant need not pay the tax, assessment, or charge while the contest is pending.   Except as provided in subparagraph c, Tenant may prevent landlord from paying any tax, assessment, or charge that Tenant is contesting under this subparagraph, pending resolution of the contest, by depositing with Landlord the full amount of the tax or assessment, plus the amount of any penalty that might be imposed for failing to make timely payment and one (1) year of interest at the rate imposed by the entity levying the tax or assessment.   When the contest is resolved, Tenant may use the money deposited with Landlord to pay any tax or assessment, plus any penalty or interest, due under the final resolution and keep any balance of the deposit.   If the deposit is insufficient to pay these amounts, Tenant must immediately pay the balance due to entity imposing the tax, assessment, or charge.

    c.   Notwithstanding subparagraph b, Landlord may pay, or require Tenant to pay, any tax, assessment, or charge for which Tenant is responsible under subparagraph a, pending resolution of Tenant's contest of the tax, assessment, or charge, if payment is demanded by a holder of a mortgage on the Premises or if failing to pay will subject all or part of the Premises to forfeiture or loss.   Tenant's obligation under this section does

not apply to any liens that may arise as a result of the Environmental Remediation.

**ARTICLE 3**
**USE OF PREMISES**

2.01.   Tenant's Warranty Regarding Use.   Tenant represents and warrants to Landlord that Tenant intends to use the Premises exclusively for (i) operations related to Tenant's construction, renovation, remediation and restoration business and/or (ii) storage and warehousing facilities related to the foregoing business.

3.02.   a.   Tenant may not use, or permit using, the Premises in any manner that results in waste of Premises or constitutes a nuisance or for any illegal purpose.   Tenant, at its own expense, will comply, and will cause its officers, employees, agents, and invitees to comply, with all applicable laws, ordinances and governmental rules and regulations concerning the use of the Premises, including Hazardous Materials Laws.

b.   Tenant, at its sole cost, must comply with all Hazardous Materials Laws in connection with Tenant's use of the Premises.

c.   "Hazardous Materials" means any substance, material or waste that is or becomes regulated by any local governmental agency, the State of Texas, or the federal government, including, but not limited to, any material or substance that is (1) designated as a "hazardous substance" pursuant to Section 311 of the Clean Water Act, 33 U.S.C. § 1251 et seq., or listed pursuant to Section 307 of the Clean Water Act, 33 U.S.C. § 1317, (2) defined as a "hazardous substance" pursuant to Section 101 of the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9601 et seq., (3) defined as a "hazardous waste" pursuant to Section 1004 of the Resource Conservation and Recovery Act, 42 U.S.C. § 6901 et seq., (4) petroleum, (5) asbestos, and (6) polychlorinated biphenyls.

d.   "Hazardous Materials Laws" means any federal, state, or local statute, ordinance, order, rule, or regulation of any type relating to the storage, handling, use, or disposal of any Hazardous Materials, the contamination of the environment, or any removal of such contamination, including, without limitation, those statutes referred to in subparagraph c.

2.03.   Environmental Reporting Requirements.

a.   Tenant must promptly supply Landlord with copies of all notices, reports, correspondence, and submissions made by Tenant to the United States Environmental Protection Agency, the United States Occupational Safety and Health Administration, or any other local, state or federal authority that requires submission of any information concerning environmental matters or hazardous materials pursuant to hazardous materials laws.

b.       Tenant must promptly notify Landlord in advance of any scheduled meeting between Tenant and any of the agencies specified in subparagraph a.

c.       Tenant must promptly notify Landlord as to any liens threatened or attached against the Premises pursuant to any environmental law.  If an environmental lien is filed against the Premises, Tenant must, within 30 days from the date on which the lien is placed against the Premises, and at any rate before the date on which any governmental authority begins proceedings to sell the Premises pursuant to a lien, either:  (1) pay the claim and remove the lien from the Premises; or (2) furnish either (a) a bond satisfactory to the Landlord in the amount of the claim on which the lien is based, or (b) other security satisfactory to the Landlord in an amount sufficient to discharge the claim on which the lien is based.

**ARTICLE 4**
**REPAIRS AND MAINTENANCE**

3.01.   Repairs and Maintenance by Tenant.  Tenant will, throughout the lease term and any extensions of it, at its own expense and risk, maintain the Premises and all improvements on them in the condition in which they were delivered, including, but not limited to, making all repairs and replacements necessary to keep the Premises and improvements in the condition in which they were delivered, reasonable wear and tear excepted.  All maintenance, repairs, and replacements required by this section must be performed promptly when required.

3.02.   Tenant's Failure to Repair or Maintain.  If Tenant fails to perform its obligation to repair, replace, or maintain, as set forth in § 4.01, within a reasonable time after notice from Landlord of the need for the repair, replacement or maintenance, Landlord may enter the Premises and make the repairs or replacements, or perform the maintenance, or have the repairs or replacements made or maintenance performed, at its own expense.   On Landlord's notice to Tenant of the performance and cost of any maintenance, repairs or replacements under this section, Tenant must immediately reimburse Landlord for any reasonable costs incurred by Landlord under this section, together with interest on the sum at the highest legal rate from the date of the notice until the date paid by Tenant to Landlord.

**ARTICLE 5**
**UTILITIES AND GARBAGE REMOVAL**

4.01.   Utility Charges.  Tenant will pay all utility charges for water, electricity, heat, gas and telephone service used in and about the Premises during the lease term.  Tenant will pay the charges directly to the utility company or municipality furnishing the service before the charges are delinquent.

4.02.   Garbage Removal.  Tenant will pay for all garbage removal from the Premises during the lease term.

## ARTICLE 6
## ALTERATIONS, ADDITIONS AND IMPROVEMENTS

5.01.  <u>Consent of Landlord</u>.  Tenant may not make any alterations, additions, or improvements to the Premises without Landlord's prior written consent.  Landlord may not unreasonably withhold such consent.

5.02.  <u>Property of Landlord</u>.  All alterations, additions, or improvements made by Tenant will become Landlord's property when the lease terminates. However, Landlord may, when the lease terminates, remove any alterations, additions, and improvements made by Tenant and any other property it placed in the Premises, and charge Tenant the cost of removal plus interest.

5.03  <u>Alterations Required by Accessibility Laws</u>.  If any alterations, additions, or improvements to the Premises are mandated by legal requirements related to accessibility by persons with disabilities ("accessibility alterations"), Tenant is responsible for making them.  This allocation of responsibility for compliance with such legal requirements is a material inducement for the parties to enter this lease.

## ARTICLE 7
## TRADE FIXTURES AND SIGNS

6.01.  <u>Trade Fixtures</u>.  Tenant may, at all times, erect or install shelves, bins, machinery, equipment, or other trade fixtures, in, on, or about the Premises, if Tenant complies with all applicable governmental laws, ordinances, and regulations regarding the fixtures, Tenant may remove all trade fixtures when this lease terminates, if Tenant is not in default under the lease and the fixtures can be removed without structural damage to the building.  Tenant must repair any damage to the premises caused by removing trade fixtures, and all the repairs must be completed before the lease terminates.  Any trade fixtures not removed by Tenant when this lease terminates are considered abandoned by Tenant and will automatically become Landlord's property.  If any trade fixture installed by Tenant is abandoned when the lease terminates, Tenant must pay Landlord any reasonable expense actually incurred by landlord to remove the fixture from the Premises, less the fair market value of the fixture once removed, if the fixture is removed within thirty (30) days after Tenant has surrendered possession of the Premises or before any subsequent tenant enters the Premises or Landlord uses the trade fixtures.

6.02.  <u>Signs</u>.  Tenant may erect signs on any portion of the Premises, including, but not limited to, the exterior walls, subject to applicable laws, ordinances and regulations.  Tenant must remove all signs when this lease terminates and repair any damage resulting from erecting or removing the signs.

## ARTICLE 8
## MECHANIC'S LIEN

Tenant will not permit any mechanic's lien to be placed on the Premises or improvements on the Premises.  Tenant will promptly pay any mechanic's lien that is filed on the Premises or on improvements located on the Premises.  If default in payment of the lien continues for twenty (20) days after Landlord's written notice to Tenant, Landlord may, at its option, pay the lien or any portion of it without inquiring into its validity.  Any amounts Landlord pays to remove a mechanic's lien caused by Tenant to be filed against the Premises or improvements on them, including expenses and interest, are due from Tenant to Landlord and must be repaid to Landlord immediately on rendition of notice, together with interest at ten (10) percent annually until repaid.

## ARTICLE 9
## INSURANCE AND INDEMNITY

8.01.   Property Insurance.  Tenant must, at its own expense during the lease term and during any extension term, keep all buildings and improvements on the Premises insured against loss or damage by fire or theft, with extended coverage, to include direct loss by windstorm, hail, explosion, riot or riot attending a strike, civil commotion, aircraft, vehicles and smoke in the total amounts of not less than the full fair insurable value of the buildings and improvements.  The insurance is to be carried by one or more insurance companies authorized or admitted to do business in Texas.  The insurance policy or policies must name both Landlord and Tenant as insureds.  The policies must provide that any proceeds for loss or damage to buildings or to improvements are payable to Landlord's mortgagee or solely to Landlord, who will use the sum for repair and restoration purposes.

8.02.   Liability Insurance.  Tenant, at its own expense, must provide and maintain in force during the lease term and during any extension term, liability insurance in the amount of $500,000.00.  This insurance is to be carried by one or more insurance companies authorized or admitted to transact business in Texas.  The policy must cover Landlord as well as Tenant, for any liability for property damage or personal injury arising from Tenant's occupying or Landlord's owning the Premises.

8.03.   Remedy for Failure to Provide Insurance.  Tenant must furnish Landlord with certificates of all insurance required by this article.  If Tenant does not provide the certificates within 30 days after obtaining possession, or if Tenant allows any insurance required under this article to lapse, Landlord may, at its option, take out and pay the premiums on the necessary insurance to comply with Tenant's obligations under this article.  Landlord is entitled to reimbursement from Tenant for all amounts spent to procure and maintain the insurance, with interest at the rate of ten (10) percent annually from the date Tenant receives landlord's notice of payment until reimbursement.

8.04.   Tenant's Environmental Indemnity.  Landlord and Tenant have agreed, if requested by Tenant, to share the cost of and conduct a Phase I environmental study on the subject property prior to Tenant taking possession of the same.  Landlord hereby represents and warrants that it is solely responsible

for whatever remediation efforts and expense may be found necessary, if any, by the Phase I study in order to bring the property to an acceptable environmental condition prior to Tenant taking possession of same. Landlord further agrees to undertake such measures at its own expense and that this lease is entered into by both parties contingent to Landlord's fulfilling such obligation. Tenant shall not be responsible for the remediation of any contamination which occurred before Tenant's possession of the lease property. Tenant must indemnify, defend and hold harmless Landlord from and against all claims, liabilities, losses, damages, and costs, foreseen or unforeseen, including without limitation counsel, engineering and other professional or expert fees, that Landlord may incur by reason of Tenant's action or inaction with regard to Tenant's obligations under Articles 3 and 4 of this Lease Agreement and which occur subsequent to Tenant's possession of the lease property. This section survives the expiration or earlier termination of this lease.

8.05. <u>Hold-Harmless Clause</u>. Tenant will indemnify and hold Landlord harmless against any claims, demands, damages, costs, and expenses, including reasonable attorney's fees for defending claims and demands, arising from (i) the conduct or management of Tenant's business on the Premises or (ii) its use of them, from any breach by Tenant of any conditions of this Lease Agreement; or (iii) from any act of negligence of Tenant, Landlord, its agents, contractors, employees, subtenants, concessionaires, or licensees in or about the Premises. If any action or proceeding is brought against Landlord by reason of any such claim, Tenant, on notice from Landlord, will defend the action or proceeding by counsel acceptable to Landlord. It is expressly acknowledged that Tenant is indemnifying Landlord from the Landlord's own negligence, including, active or passive negligence.

### ARTICLE 10
### DAMAGE OR DESTRUCTION OF PREMISES

9.01. <u>Notice to Landlord</u>. If the Premises, or any structures or improvements on them, are damaged or destroyed by fire, tornado, or other casualty, Tenant must immediately give Landlord written notice of the damage or destruction, including a general description of the damage and, as far as known to Tenant, the cause of the damage.

9.02. <u>Total Destruction</u>. If the building on the Premises is totally destroyed by fire, tornado, or other casualty by other than the negligence, gross negligence, or intentional tort of Tenant or any person in or about the Premises with Tenant's express or implied consent, or if it is so damaged that rebuilding or repairs cannot reasonably be completed within thirty (30) days and the damage exceeds the insurance recovery, this lease will terminate, and rent will be abated for the unexpired portion of this lease, effective as of the date of written notification as provided in § 10.01.

9.03. <u>Partial Destruction</u>. If the building or other improvements on the Premises are damaged by fire, tornado, or other casualty by other than the negligence, gross negligence, or intentional tort of Tenant or any person in or about the Premises with Tenant's express or implied consent, but not to such an extent that rebuilding or repairs cannot reasonably be completed within thirty (30)

working days and the damage exceeds the insurance recovery, this lease will not terminate except as follows:

a.    If the Premises are partially destroyed before the final six (6) months of the lease term, Landlord must, at its sole cost and risk, proceed immediately to rebuild or repair the damaged buildings and improvements to substantially the condition they were in before the damage.  If the damage renders the Premises untenantable in whole or in part, the rent payable during the period in which they are untenantable will be adjusted equitably.  If Landlord fails to complete the rebuilding or repairs within thirty (30) working days from the date of Tenant's written notification to Landlord of the damage, Tenant may terminate this lease by written notification to Landlord.  On the notification, all rights and obligations under this lease will cease.

b.    If the Premises are partially destroyed during the final six (6) months of the lease term, Landlord need not rebuild or repair them.  If Landlord elects not to rebuild or repair and the damage rendered the Premises untenantable in whole or in part, Tenant may terminate the lease or continue it with the rent for the remainder of the lease period adjusted equitably.

c.    Except as may otherwise be disclosed to Tenant in any written al audit report delivered to Tenant prior to Tenant's possession of the lease property, no Hazardous Materials, pollutants or toxic substances have been placed, dumped, deposited or buried upon, in or under the Premises, there have been no leaks of petroleum, toxic or Hazardous Materials from any underground storage tank facilities and there in no contaminated soil, as defined by federal, state and/or local laws or regulations in, upon or under the Premises by reason of any such wastes, pollutants, toxins, substances or facilities.

## ARTICLE 11
## CONDEMNATION

10.01. <u>Total Condemnation</u>.  If, during the lease term or any extension term, all of the Premises are taken for any public or quasi-public use under any governmental law, ordinance or regulation, or by right of eminent domain, or are sold to the condemning authority under threat of condemnation, this Lease Agreement will terminate, and the rent will be abated during the unexpired portion of this Lease Agreement, effective as of the date the condemning authority takes the Premises.

10.02. <u>Partial Condemnation</u>.  If less than all, but more than thirty (30) percent, of the Premises is taken for any public or quasi-public use under any governmental law, ordinance, or regulation, or by right of eminent domain, or is sold to the condemning authority under threat of condemnation, Tenant may terminate the lease by giving Landlord written notice within thirty (30) days after the entity exercising the power of condemnation takes possession of the condemned portion.  In addition, if thirty (30) percent of the parking area, of the Premises is taken for any public or quasi-public use under any governmental law,

ordinance, or regulation or by right of eminent domain, or is sold to the condemning authority under threat of condemnation, Tenant may terminate this Lease Agreement by giving Landlord written notice within thirty (30) days after the entity exercising the power of condemnation takes possession of the condemned portion.

If the Premises are partially condemned and Tenant fails to exercise the option to terminate this Lease Agreement under this section, or if less than thirty (30) percent of the Premises is condemned, this lease will not terminate, but Tenant may, at its sole expense, restore and reconstruct the building and other improvements situated on the Premises to make them reasonably tenantable and suitable for the uses for which the Premises are leased.  The fixed rent payable under § 2.01 of this lease will be adjusted equitably during the unexpired portion of this Lease Agreement.

10.03.  <u>Condemnation Award</u>.  Landlord and/or Landlord's mortgagee is entitled to receive and retain the entire award in any condemnation proceedings, except for any portion attributable to trade fixtures, which Tenant is entitled to receive and retain.  The termination of this Lease Agreement will not affect the right to this award.

## ARTICLE 12
## <u>DEFAULT</u>

11.01.  <u>Tenant's Default</u>.  If Tenant allows the rent to be in arrears more than fifteen (15) days after written notice of the delinquency, or remains in default under any other condition of this Lease Agreement for thirty (30) days after written notice from Landlord, Landlord may, at its option, without notice to Tenant, terminate this Lease Agreement, or, in the alternative, Landlord may reenter and take possession of the Premises and remove all persons and property without being considered guilty of any manner of trespass and may (but is not required to) relet the Premises (or any part of them) for all or any part of the remainder of the lease term or any extension, to a party satisfactory to Landlord and at the monthly rental as Landlord can secure with reasonable diligence.  If Landlord cannot relet after reasonable efforts to do so or if the monthly rental is less than the rental Tenant was obligated to pay under this lease (or any renewal of it) plus the expense of reletting, then Tenant must pay Landlord the amount of deficiency, based upon a net present value calculation for the remainder of the Lease Term.

11.02.  <u>Landlord's Lien</u>.  If Tenant defaults in paying rent or any other sum due from Tenant to Landlord under this Lease Agreement, Landlord has a lien on all fixtures, chattels or other property of any description belonging to Tenant that are placed in, or become a part of, the Premises as security for rent due and to become due for the remainder of the current lease term and any other sum Tenant owes Landlord.  This lien is not in lieu of, nor in any way affects, the statutory landlord's lien but is in addition to that lien, and Tenant grants Landlord a security interest in all of Tenant's property placed in or on the Premises for purposes of this contractual lien.  This does not prevent Tenant's selling any merchandise in the ordinary course of business free of such Landlord's lien.  If Landlord exercises the option to terminate the leasehold, reenter, and relet the Premises as provided in the preceding paragraph and given Tenant reasonable

notice of the intent to take possession and an opportunity for hearing on the matter, Landlord may take possession of all of Tenant's property on the Premises and sell it at public or private sale after giving Tenant reasonable notice of the time and place of any public sale or of the time after which any private sale is to be made, for cash or on credit, for the prices and terms that Landlord considers best, with or without having the property present at the sale.  The proceeds of the sale will be applied first to the necessary and proper expense of removing, storing and selling the property, then to the payment of any rent due or to become due under this Lease Agreement; any balance will be paid to Tenant.

11.03.  <u>Landlord's Default</u>.  If Landlord defaults in performing any term or covenant that Landlord must perform under this Lease Agreement, Tenant may, after not fewer than fifteen (15) days' notice to Landlord, remedy the default by any necessary action and, in connection with the remedy, may pay expenses and employ counsel.  Landlord must, on demand, pay Tenant all sums expended, or obligations incurred, by Tenant in connection with remedying Landlord's default.

11.04.  <u>Cumulative Remedies</u>.   All Landlord's and Tenant's rights and remedies under this Article are cumulative, and none will exclude any other right or remedy provided by law or any other provision of this Lease Agreement.  All the consistent rights and remedies may be exercised and enforced concurrently and whenever occasion for their exercise arises.

11.05.  <u>Waiver of Breach</u>.  All Landlord's or Tenant's waiving a breach of this Lease Agreement by the other party does not constitute a continuing waiver or a waiver of any subsequent breach.

## ARTICLE 13
## <u>INSPECTION BY LANDLORD</u>

Tenant will permit Landlord and its agents, representatives, and employees to enter the Premises at all reasonable times for the purpose of inspection or any other purpose necessary to protect Landlord's interest in the Premises or to perform Landlord's duties under this Lease Agreement.

## ARTICLE 14
## ASSIGNMENT AND SUBLEASE

Tenant may not sublet, assign, encumber, or otherwise transfer this Lease Agreement, or any right or interest in it or in the Premises or the improvements on them, without Landlord's written consent.  If Tenant sublets, assigns, encumbers, or otherwise transfers its rights or interests in this Lease Agreement or in the Premises or the improvements on them without Landlord's written consent, Landlord may, at its option, declare this Lease Agreement terminated.  If Landlord consents in writing to an assignment, sublease, or other transfer of all or any of Tenant's rights under this Lease Agreement, the assignee or subtenant must assume all of Tenant's obligations under this Lease Agreement, and Tenant will remain liable for every obligation under this Lease Agreement.  Landlord may not arbitrarily or unreasonably withhold consent under this section.  Landlord may assign or transfer any of its interests under this Lease Agreement.  On transfer, and on the transferee's assumption of its obligations, Landlord shall remain liable for its obligations under this Lease Agreement.

## ARTICLE 15
## MISCELLANEOUS

14.01.  Notices and Addresses.  Any notice or communication required or permitted hereunder will be given in writing, sent by (i) personal delivery or (ii) U.S. mail, postage prepaid, registered or certified, return receipt requested or (iii) by telefax, prepaid telegram or telex provided that such telefax, telegram or telex is confirmed by delivery service or by mail in the manner previously described, addressed as follows:

To Landlord:    5215 Corporation
c/o James E. Wimberley
Registered Agent and Attorney-in-Fact
  for 5215 Corporation
3120 Central Mall Drive
Port Arthur, TX  77642

To Tenant:    Action Restoration, Inc.
ATTN:  TODD BRYSON
5215 Twin City Highway
Port Arthur, TX  77640

14.02.  Parties Bound.  This Agreement binds, and inures to the benefit of, the parties to the lease and their respective heirs, executors, administrators, legal representatives, successors, and assigns when this agreement permits.

15.03.  Texas Law to Apply.  This Agreement is to be construed under Texas law, and all obligations of the parties created by this lease are performable in Jefferson County, Texas.

14.04.  Arbitration.  In the event any dispute or controversy arising out of this Agreement cannot be settled by the parties, such controversy or dispute shall be submitted to arbitration in Jefferson County, Texas, and for this purpose each party hereby expressly consents to such arbitration in such place.  In the event the parties cannot mutually agree upon an arbitrator and procedure to

settle their dispute or controversy within fifteen (15) days after written demand by one of the parties for arbitration, then the dispute or controversy shall be arbitrated by a single arbitrator pursuant to the then-existing rules and regulations of the American Arbitration Association governing commercial transactions.  The decision of the arbitrator shall be binding upon the parties hereto for all purposes, and judgment to enforce any such binding upon the parties hereto for all purposes, and judgment to enforce any such binding decision may be entered in District Court, Jefferson County, Texas (and for this purpose each party hereby expressly and irrevocably consents to the jurisdiction of said court).  At the request of either party, arbitration proceedings shall be conducted in the utmost secrecy.  In such case, all documents, testimony and records shall be received, heard and maintained by the arbitrator in secrecy, available for inspection only by either party and by their attorneys and experts who shall agree, in advance and in writing, to receive all such information in secrecy.  In all other respects, the arbitration shall be conducted pursuant to the Uniform Arbitration Act as adopted in the State of Texas and the then-existing rules and regulations of the American Arbitration Association governing commercial transactions to the extent such rules and regulations are not consistent with such Act or this Agreement.

14.05.  <u>Legal Construction</u>.  If one or more of the provisions contained in this Agreement are for any reason held by a court of competent jurisdiction to be invalid, illegal, or unenforceable in any respect, the invalidity, illegality, or unenforceability will not affect any other provision of this Agreement, which will be construed as if it had not included the invalid, illegal or unenforceable provision.

14.06.  <u>Prior Agreements Superseded</u>.  This Agreement constitutes the parties' sole agreement and supersedes any prior understandings or written or oral agreements between the parties with respect to the subject matter.

14.07.  <u>Amendment</u>.  No amendment, modification, or alteration of this Agreement is binding unless in writing, dated subsequent to the date of this agreement, and duly executed by the parties.

14.08.  <u>Right and Remedies Cumulative</u>.  The rights and remedies provided by this lease are cumulative, and either party's using any right or remedy will not preclude or waive its right to use any other remedy.  These rights and remedies are in addition to any other rights the parties may have by law, statute, ordinance or otherwise.

14.09.  <u>Attorney's Fees and Costs</u>.  If, as a result of either party's breaching this agreement, the other party employs an attorney to enforce its rights under this lease, then the breaching or defaulting party will pay the other party the reasonable attorney's fees and costs incurred to enforce the lease.

14.10.  <u>Force Majeure</u>.  Neither Landlord nor Tenant is required to perform any term or covenant in the Lease Agreement so long as performance is delayed or prevented by force majeure, which includes acts of God, strikes, lockouts, material or labor restrictions by any governmental authority, civil riot,

floods, and any other cause not reasonably within Landlord's or Tenant's control and that Landlord or Tenant cannot, by exercising due diligence and paying money, prevent or overcome, in whole or part.

14.11. <u>Time of Essence</u>.   Time is of the essence of this Agreement.

14.12. <u>No Recording</u>.   The parties each agree that neither this Agreement nor any memoranda or notice thereof shall be recorded.

14.13. <u>Specific Performance</u>.   The parties agree that it is impossible to measure in money the damages which will accrue to a party hereto by reason of a failure to perform any of the obligations under this Agreement.   Therefore, if any party hereto institutes any action or proceeding to enforce the provisions of this Agreement, any party against whom such action or proceeding is brought hereby waives the claim or defense that such party has or have an adequate remedy at law.

EXECUTED on this the 31st day of March, 2002.

"LANDLORD"

5215 CORPORATION, a Texas corporation

BY:_____

ITS:_____

"TENANT"

ACTION RESTORATION, INC. a Texas corporation

BY:_____

ITS:_____

EXECUTED on this the 31st day of March, 2002.

"LANDLORD"

5215 CORPORATION, a Texas corporation

BY: _Susan Rising_____

ITS: _Secretary / V.P._____

"TENANT"

ACTION RESTORATION, INC. a Texas corporation

BY: _____

ITS: _President_____

**Action Restoration, Inc.**
**Account QuickReport**
**As of December 11, 2014**


EXHIBIT K

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **10500 · Gulf Credit Union-Checking** | | | | | | |
| Bill Pmt -Check | 11/06/2014 | Debit | Action Renovation Services, Inc. | | 20000 · Accounts Payable | -600.00 |
| Check | 11/14/2014 | Debit | Texas Comptroller of Public Accounts | | 70370 · Taxes | -18,723.99 |
| Bill Pmt -Check | 12/02/2014 | | Boneau & Lewis, P.L.L.C. | | 20000 · Accounts Payable | -9,039.20 |
| Total 10500 · Gulf Credit Union-Checking | | | | | | -28,363.19 |
| **10600 · Gulf Credit Union-Savings** | | | | | | |
| Bill Pmt -Check | 10/01/2014 | Debit | Action Renovation Services, Inc. | | 20000 · Accounts Payable | -1,000.00 |
| Total 10600 · Gulf Credit Union-Savings | | | | | | -1,000.00 |
| **10700 · Gulf Credit Union-Xmas** | | | | | | |
| Bill Pmt -Check | 10/20/2014 | Debit | Action Renovation Services, Inc. | | 20000 · Accounts Payable | -3,500.00 |
| Total 10700 · Gulf Credit Union-Xmas | | | | | | -3,500.00 |
| **11900 · Third Coast-Payroll** | | | | | | |
| Check | 11/14/2014 | Debit | IRS | | 70373 · Tax Penalties | -539.19 |
| Liability Check | 10/23/2014 | E-pay | Texas Workforce Commission | 07-697182-0 QB Tracking # 207739627 | 24070 · Payroll Liabilities | -670.19 |
| Paycheck | 09/20/2014 | 5262 | Adams, Thomas W | | -SPLIT- | -2,776.60 |
| Paycheck | 09/20/2014 | 5263 | Armstrong, Nathan | | -SPLIT- | -1,409.61 |
| Paycheck | 09/20/2014 | 5265 | Bihm, John A | | -SPLIT- | -1,418.05 |
| Paycheck | 09/20/2014 | 5266 | Carter, Christopher | | -SPLIT- | -2,738.62 |
| Paycheck | 09/20/2014 | 5268 | Carter, Jason | | -SPLIT- | -949.34 |
| Paycheck | 09/20/2014 | 5271 | Fontine, Taylor | | -SPLIT- | -1,059.69 |
| Paycheck | 09/20/2014 | 5272 | Gallien, Kyle | | -SPLIT- | -1,624.19 |
| Paycheck | 09/20/2014 | 5273 | Garcia, Ivan | | -SPLIT- | -2,830.47 |
| Paycheck | 09/20/2014 | 5267 | Carter, James | | -SPLIT- | -1,725.75 |
| Paycheck | 09/20/2014 | 5275 | Greer, Jimmy | | -SPLIT- | -1,855.73 |
| Paycheck | 09/20/2014 | 5276 | Hebert, Aaron | | -SPLIT- | -2,145.12 |
| Paycheck | 09/20/2014 | 5277 | Klingman, Darrel | | -SPLIT- | -1,553.70 |
| Paycheck | 09/20/2014 | 5280 | Orta, Rudy | | -SPLIT- | -887.54 |
| Paycheck | 09/20/2014 | 5285 | Spinks, Caleb | | -SPLIT- | -1,528.12 |
| Paycheck | 09/20/2014 | 5286 | Steele, Robin | | -SPLIT- | -2,441.33 |
| Paycheck | 09/20/2014 | 5287 | Therrien, Felicia | | -SPLIT- | -1,059.92 |
| Paycheck | 09/20/2014 | 5264 | Bailey, Brian | | -SPLIT- | -2,102.80 |
| Paycheck | 09/20/2014 | 5269 | Carter, Thomasina | | -SPLIT- | -735.45 |
| Paycheck | 09/20/2014 | 5270 | Castillo, John | | -SPLIT- | -2,297.42 |
| Paycheck | 09/20/2014 | 5274 | Gomez, Raul | | -SPLIT- | -1,205.95 |
| Paycheck | 09/20/2014 | 5279 | Moncado, Luciano | | -SPLIT- | -651.80 |
| Paycheck | 09/20/2014 | 5281 | Reyes, Juan C | | -SPLIT- | -982.60 |
| Paycheck | 09/20/2014 | 5282 | Reyes, Valentin | | -SPLIT- | -2,483.73 |
| Paycheck | 09/20/2014 | 5283 | Rising, Stan | | -SPLIT- | -2,073.75 |
| Paycheck | 09/20/2014 | 5284 | Rising, Susan | | -SPLIT- | -2,460.50 |
| Paycheck | 09/20/2014 | 5288 | Valencia, Luis | | -SPLIT- | -1,775.53 |
| Paycheck | 09/20/2014 | 5289 | Bronson, James | | -SPLIT- | -36.94 |
| Paycheck | 09/24/2014 | 5290 | Klingman, Darrel | | -SPLIT- | -854.38 |
| Paycheck | 09/26/2014 | 5291 | Trejo, Antonio R | | -SPLIT- | -661.34 |
| Paycheck | 09/26/2014 | 5293 | Marzo, Leonardo | | -SPLIT- | -288.99 |
| Paycheck | 09/30/2014 | 5294 | Castillo, John | | -SPLIT- | -204.08 |
| Paycheck | 09/30/2014 | 5295 | Garcia, Ivan | Direct Deposit | -SPLIT- | -246.11 |
| Paycheck | 09/30/2014 | 5296 | Reyes, Valentin | | -SPLIT- | -204.10 |
| Paycheck | 10/05/2014 | 5297 | Adams, Thomas W | | -SPLIT- | -2,776.59 |
| Paycheck | 10/05/2014 | 5300 | Bihm, John A | | -SPLIT- | -6,315.49 |
| Paycheck | 10/05/2014 | 5301 | Carter, Christopher | | -SPLIT- | -3,759.18 |
| Paycheck | 10/05/2014 | 5302 | Carter, James | | -SPLIT- | -1,769.78 |
| Paycheck | 10/05/2014 | 5306 | Fontine, Taylor | | -SPLIT- | -947.02 |
| Paycheck | 10/05/2014 | 5308 | Garcia, Ivan | | -SPLIT- | -4,417.57 |
| Paycheck | 10/05/2014 | 5310 | Greer, Jimmy | | -SPLIT- | -3,081.04 |
| Paycheck | 10/05/2014 | 5311 | Hebert, Aaron | | -SPLIT- | -2,145.12 |
| Paycheck | 10/05/2014 | 5312 | Hebert, Frances | | -SPLIT- | -338.40 |
| Paycheck | 10/05/2014 | 5313 | Klingman, Darrel | | -SPLIT- | -3,429.38 |
| Paycheck | 10/05/2014 | 5318 | Orta, Rudy | | -SPLIT- | -287.29 |
| Paycheck | 10/05/2014 | 5319 | Reyes, Juan C | VOID: | -SPLIT- | 0.00 |
| Paycheck | 10/05/2014 | 5321 | Spinks, Caleb | | -SPLIT- | -1,550.76 |
| Paycheck | 10/05/2014 | 5322 | Steele, Robin | | -SPLIT- | -2,441.34 |
| Paycheck | 10/05/2014 | 5323 | Therrien, Felicia | | -SPLIT- | -1,043.46 |
| Paycheck | 10/05/2014 | 5324 | Trejo, Antonio R | | -SPLIT- | -1,506.21 |
| Paycheck | 10/05/2014 | 5298 | Bailey, Brian | | -SPLIT- | -2,665.19 |
| Paycheck | 10/05/2014 | 5298 | Armstrong, Nathan | | -SPLIT- | -914.21 |
| Paycheck | 10/05/2014 | 5303 | Carter, Jason | | -SPLIT- | -981.84 |
| Paycheck | 10/05/2014 | 5304 | Carter, Thomasina | | -SPLIT- | -681.35 |
| Paycheck | 10/05/2014 | 5305 | Castillo, John | | -SPLIT- | -3,598.22 |
| Paycheck | 10/05/2014 | 5307 | Gomez, Raul | | -SPLIT- | -1,388.15 |
| Paycheck | 10/05/2014 | 5309 | Gomez, Raul | | -SPLIT- | -1,341.10 |
| Paycheck | 10/05/2014 | 5314 | Marzo, Leonardo | | -SPLIT- | -1,304.16 |
| Paycheck | 10/05/2014 | 5316 | Miller, Brandon | | -SPLIT- | -92.74 |
| Paycheck | 10/05/2014 | 5317 | Moncado, Luciano | | -SPLIT- | -651.80 |
| Paycheck | 10/05/2014 | 5320 | Reyes, Valentin | | -SPLIT- | -4,075.72 |
| Paycheck | 10/05/2014 | 5325 | Valencia, Luis | | -SPLIT- | -1,065.62 |
| Paycheck | 10/05/2014 | 5292 | Reyes, Juan C | | -SPLIT- | -1,044.47 |
| Paycheck | 10/20/2014 | 5326 | Adams, Thomas W | | -SPLIT- | -2,776.59 |
| Paycheck | 10/20/2014 | 5328 | Bihm, John A | | -SPLIT- | -1,418.05 |
| Paycheck | 10/20/2014 | 5329 | Carter, Christopher | | -SPLIT- | -2,506.54 |
| Paycheck | 10/20/2014 | 5331 | Carter, Jason | | -SPLIT- | -863.90 |
| Paycheck | 10/20/2014 | 5334 | Fontine, Taylor | | -SPLIT- | -967.16 |
| Paycheck | 10/20/2014 | 5336 | Garcia, Ivan | | -SPLIT- | -2,188.40 |
| Paycheck | 10/20/2014 | 5337 | Gomez, Raul | | -SPLIT- | -1,230.34 |
| Paycheck | 10/20/2014 | 5338 | Greer, Jimmy | | -SPLIT- | -1,586.72 |
| Paycheck | 10/20/2014 | 5339 | Hebert, Aaron | | -SPLIT- | -2,145.12 |
| Paycheck | 10/20/2014 | 5340 | Klingman, Darrel | | -SPLIT- | -2,054.26 |
| Paycheck | 10/20/2014 | 5344 | Orta, Rudy | | -SPLIT- | -293.96 |
| Paycheck | 10/20/2014 | 5346 | Reyes, Valentin | | -SPLIT- | -1,752.24 |
| Paycheck | 10/20/2014 | 5349 | Spinks, Caleb | | -SPLIT- | -1,757.28 |
| Paycheck | 10/20/2014 | 5350 | Steele, Robin | | -SPLIT- | -2,441.32 |
| Paycheck | 10/23/2014 | 5351 | Therrien, Felicia | | -SPLIT- | -937.87 |
| Paycheck | 10/20/2014 | 5353 | Valencia, Luis | | -SPLIT- | -1,470.95 |
| Paycheck | 10/20/2014 | 5330 | Carter, James | | -SPLIT- | -1,876.20 |
| Paycheck | 10/20/2014 | 5327 | Bailey, Brian | | -SPLIT- | -2,102.80 |
| Paycheck | 10/20/2014 | 5332 | Carter, Thomasina | | -SPLIT- | -699.41 |
| Paycheck | 10/20/2014 | 5333 | Castillo, John | | -SPLIT- | -1,717.10 |
| Paycheck | 10/20/2014 | 5335 | Gallien, Kyle | | -SPLIT- | -1,461.82 |
| Paycheck | 10/20/2014 | 5341 | Manzo, Leonardo | | -SPLIT- | -813.73 |
| Paycheck | 10/20/2014 | 5343 | Moncado, Luciano | | -SPLIT- | -651.80 |
| Paycheck | 10/20/2014 | 5345 | Reyes, Juan C | | -SPLIT- | -632.71 |
| Paycheck | 10/20/2014 | 5347 | Rising, Stan | | -SPLIT- | -2,073.75 |
| Paycheck | 10/20/2014 | 5348 | Rising, Susan | | -SPLIT- | -2,460.50 |
| Paycheck | 10/20/2014 | 5352 | Trejo, Antonio R | | -SPLIT- | -992.14 |
| Paycheck | 10/23/2014 | 5354 | Gallien, Kyle | | -SPLIT- | -139.45 |
| Paycheck | 10/23/2014 | 5355 | Gomez, Raul | | -SPLIT- | -136.95 |

**Action Restoration, Inc.**

**Account QuickReport**

As of December 8, 2014

11:11 AM
12/11/14
Accrual Basis

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Paycheck | 11/05/2014 | 5356 | Adams, Thomas W | | -SPLIT- | -3,043.27 |
| Paycheck | 11/05/2014 | 5357 | Bailey, Brian | | -SPLIT- | -4,752.46 |
| Paycheck | 11/05/2014 | 5358 | Bihm, John A | | -SPLIT- | -1,496.55 |
| Paycheck | 11/05/2014 | 5359 | Carter, Christopher | | -SPLIT- | -3,217.02 |
| Paycheck | 11/05/2014 | 5360 | Carter, James | | -SPLIT- | -2,000.73 |
| Paycheck | 11/05/2014 | 5361 | Carter, Jason | | -SPLIT- | -452.08 |
| Paycheck | 11/05/2014 | 5363 | Castillo, John | | -SPLIT- | -1,578.76 |
| Paycheck | 11/05/2014 | 5364 | Fontine, Taylor | | -SPLIT- | -856.20 |
| Paycheck | 11/05/2014 | 5365 | Gallien, Kyle | | -SPLIT- | -1,061.68 |
| Paycheck | 11/05/2014 | 5366 | Garcia, Ivan | | -SPLIT- | -1,924.61 |
| Paycheck | 11/05/2014 | 5368 | Greer, Jimmy | Direct Deposit | -SPLIT- | -2,067.80 |
| Paycheck | 11/05/2014 | 5369 | Hebert, Aaron | | -SPLIT- | -2,145.12 |
| Paycheck | 11/05/2014 | 5370 | Klingman, Darrel | | -SPLIT- | -2,558.74 |
| Paycheck | 11/05/2014 | 5371 | Manzo, Leonardo | | -SPLIT- | -741.00 |
| Paycheck | 11/05/2014 | 5373 | Miller, Brandon | | -SPLIT- | -66.95 |
| Paycheck | 11/05/2014 | 5374 | Moncado, Luciano | | -SPLIT- | -961.20 |
| Paycheck | 11/05/2014 | 5375 | Orta, Rudy | | -SPLIT- | -362.93 |
| Paycheck | 11/05/2014 | 5376 | Reyes, Juan C | | -SPLIT- | -457.93 |
| Paycheck | 11/05/2014 | 5377 | Reyes, Valentin | | -SPLIT- | -1,305.03 |
| Paycheck | 11/05/2014 | 5380 | Spinks, Caleb | | -SPLIT- | -2,150.51 |
| Paycheck | 11/05/2014 | 5381 | Steele, Robin | | -SPLIT- | -2,441.33 |
| Paycheck | 11/05/2014 | 5382 | Thernien, Felicia | | -SPLIT- | -1,060.16 |
| Paycheck | 11/05/2014 | 5383 | Trejo, Antonio R | | -SPLIT- | -825.58 |
| Paycheck | 11/05/2014 | 5384 | Valencia, Luis | | -SPLIT- | -2,021.91 |
| Paycheck | 11/05/2014 | 5362 | Carter, Thomasina | | -SPLIT- | -690.44 |
| Paycheck | 11/05/2014 | 5367 | Gomez, Raul | | -SPLIT- | -1,677.52 |
| Paycheck | 11/05/2014 | 5378 | Rising, Stan | | -SPLIT- | -2,073.75 |
| Paycheck | 11/05/2014 | 5379 | Rising, Susan | | -SPLIT- | -2,460.50 |
| Paycheck | 11/05/2014 | 5385 | Grabel, Dakota | | -SPLIT- | -1,058.90 |
| Paycheck | 11/05/2014 | 5386 | Thernien, Felicia | | -SPLIT- | -140.76 |
| Paycheck | 11/20/2014 | 5387 | Adams, Thomas W | | -SPLIT- | -2,776.59 |
| Paycheck | 11/20/2014 | 5389 | Bihm, John A | | -SPLIT- | -1,418.04 |
| Paycheck | 11/20/2014 | 5390 | Carter, Christopher | | -SPLIT- | -2,211.51 |
| Paycheck | 11/20/2014 | 5391 | Carter, James | | -SPLIT- | -2,011.05 |
| Paycheck | 11/20/2014 | 5393 | Castillo, John | | -SPLIT- | -1,396.73 |
| Paycheck | 11/20/2014 | 5394 | Fontine, Taylor | | -SPLIT- | -970.80 |
| Paycheck | 11/20/2014 | 5395 | Gallien, Kyle | | -SPLIT- | -924.19 |
| Paycheck | 11/20/2014 | 5396 | Garcia, Ivan | | -SPLIT- | -1,790.39 |
| Paycheck | 11/20/2014 | 5398 | Grabel, Dakota | | -SPLIT- | -835.56 |
| Paycheck | 11/20/2014 | 5399 | Greer, Jimmy | | -SPLIT- | -1,075.09 |
| Paycheck | 11/20/2014 | 5400 | Hebert, Aaron | | -SPLIT- | -2,145.13 |
| Paycheck | 11/20/2014 | 5401 | Klingman, Darrel | | -SPLIT- | -2,497.80 |
| Paycheck | 11/20/2014 | 5404 | Orta, Rudy | | -SPLIT- | -189.23 |
| Paycheck | 11/20/2014 | 5405 | Reyes, Valentin | | -SPLIT- | -1,325.89 |
| Paycheck | 11/20/2014 | 5406 | Spinks, Caleb | | -SPLIT- | -1,868.76 |
| Paycheck | 11/20/2014 | 5407 | Steele, Robin | | -SPLIT- | -2,441.34 |
| Paycheck | 11/20/2014 | 5408 | Thernien, Felicia | | -SPLIT- | -901.04 |
| Paycheck | 11/20/2014 | 5409 | Trejo, Antonio R | | -SPLIT- | -802.89 |
| Paycheck | 11/20/2014 | 5410 | Valencia, Luis | | -SPLIT- | -1,641.76 |
| Paycheck | 11/20/2014 | 5388 | Carter, Thomasina | | -SPLIT- | -2,102.80 |
| Paycheck | 11/20/2014 | 5392 | Carter, Thomasina | | -SPLIT- | -606.59 |
| Paycheck | 11/20/2014 | 5397 | Gomez, Raul | | -SPLIT- | -1,276.23 |
| Paycheck | 11/20/2014 | 5402 | Manzo, Leonardo | | -SPLIT- | -563.62 |
| Paycheck | 12/05/2014 | 5413 | Adams, Thomas W | | -SPLIT- | -3,163.34 |
| Paycheck | 12/05/2014 | 5415 | Bihm, John A | | -SPLIT- | -1,947.58 |
| Paycheck | 12/05/2014 | 5416 | Carter, Christopher | | -SPLIT- | -2,721.36 |
| Paycheck | 12/05/2014 | 5422 | Garcia, Ivan | | -SPLIT- | -1,407.19 |
| Paycheck | 12/05/2014 | 5424 | Grabel, Dakota | | -SPLIT- | -861.41 |
| Paycheck | 12/05/2014 | 5425 | Greer, Jimmy | | -SPLIT- | -1,596.50 |
| Paycheck | 12/05/2014 | 5426 | Hebert, Aaron | | -SPLIT- | -3,650.03 |
| Paycheck | 12/05/2014 | 5427 | Klingman, Darrel | | -SPLIT- | -2,176.19 |
| Paycheck | 12/05/2014 | 5429 | McNeal, James | | -SPLIT- | -1,964.94 |
| Paycheck | 12/05/2014 | 5431 | Orta, Rudy | | -SPLIT- | -940.82 |
| Paycheck | 12/05/2014 | 5433 | Spinks, Caleb | | -SPLIT- | -1,310.97 |
| Paycheck | 12/05/2014 | 5434 | Steele, Robin | | -SPLIT- | -2,441.32 |
| Paycheck | 12/05/2014 | 5435 | Thernien, Felicia | | -SPLIT- | -920.19 |
| Paycheck | 12/05/2014 | 5414 | Bailey, Brian | | -SPLIT- | -2,933.50 |
| Paycheck | 12/05/2014 | 5430 | Miller, Brandon | | -SPLIT- | -87.04 |
| Paycheck | 12/05/2014 | 5417 | Carter, James | | -SPLIT- | -1,478.81 |
| Paycheck | 12/05/2014 | 5418 | Carter, Thomasina | | -SPLIT- | -667.55 |
| Paycheck | 12/05/2014 | 5419 | Castillo, John | | -SPLIT- | -846.61 |
| Paycheck | 12/05/2014 | 5420 | Fontine, Taylor | | -SPLIT- | -575.06 |
| Paycheck | 12/05/2014 | 5421 | Gallien, Kyle | | -SPLIT- | -1,043.76 |
| Paycheck | 12/05/2014 | 5423 | Gomez, Raul | | -SPLIT- | -764.54 |
| Paycheck | 12/05/2014 | 5428 | Manzo, Leonardo | | -SPLIT- | -517.21 |
| Paycheck | 12/05/2014 | 5432 | Reyes, Valentin | | -SPLIT- | -906.17 |
| Paycheck | 12/05/2014 | 5436 | Trejo, Antonio R | | -SPLIT- | -906.55 |
| Paycheck | 12/05/2014 | 5437 | Valencia, Luis | | -SPLIT- | -1,342.74 |

Total 11000 · Third Coast-Payroll -264,636.92

**11100 · Third Coast-Operating**

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 09/12/2014 | 9150 | ArmorShred | | 20000 - Accounts Payable | -449.50 |
| Bill Pmt -Check | 09/12/2014 | 9152 | National Networks | | 20000 - Accounts Payable | -1,527.89 |
| Bill Pmt -Check | 09/12/2014 | 9153 | Terry Wuenschel Jefferson County Tax | | 20000 - Accounts Payable | -510.00 |
| Bill Pmt -Check | 09/12/2014 | 9154 | Texas Gas Service | 6850B | 20000 - Accounts Payable | -18.50 |
| Bill Pmt -Check | 09/12/2014 | 9156 | St. Charles Catholic Church | | 20000 - Accounts Payable | -410.00 |
| Bill Pmt -Check | 09/16/2014 | 9157 | AT&T Long Distance | | 20000 - Accounts Payable | -49.58 |
| Bill Pmt -Check | 09/17/2014 | 9249 | Fastenal | PO#2058 | 20000 - Accounts Payable | -641.01 |
| Bill Pmt -Check | 09/17/2014 | 9250 | Fred Millers | | 20000 - Accounts Payable | -74.20 |
| Bill Pmt -Check | 09/17/2014 | 9251 | General American Life Insurance Co | | 20000 - Accounts Payable | -808.72 |
| Bill Pmt -Check | 09/17/2014 | 9252 | HCTRA | | 20000 - Accounts Payable | -312.13 |
| Bill Pmt -Check | 09/17/2014 | 9253 | Milton's Lube & Inspection | | 20000 - Accounts Payable | -289.80 |
| Bill Pmt -Check | 09/17/2014 | 9254 | Smart Truck & Trailer | PO#2177 /Asb Trailer | 20000 - Accounts Payable | -11.87 |
| Bill Pmt -Check | 09/17/2014 | 9256 | Tiger Offshore Rentals | | 20000 - Accounts Payable | -3,985.77 |
| Bill Pmt -Check | 09/17/2014 | 9257 | Triangle Clinic, LLC. | | 20000 - Accounts Payable | -440.00 |
| Bill Pmt -Check | 09/17/2014 | 9258 | Wast Mgmt. of Texas, Inc. | | 20000 - Accounts Payable | -1,177.67 |
| Bill Pmt -Check | 09/17/2014 | 9259 | West End Hardware | | 20000 - Accounts Payable | -96.44 |
| Bill Pmt -Check | 09/17/2014 | 9260 | Xactware | PO#2088 | 20000 - Accounts Payable | -811.88 |
| Bill Pmt -Check | 09/18/2014 | 9158 | Coastal Waste Disposal, Inc. | PO#192B | 20000 - Accounts Payable | -403.38 |
| Bill Pmt -Check | 09/18/2014 | 9267 | Leon Dugas | | 20000 - Accounts Payable | -140.00 |
| Bill Pmt -Check | 09/18/2014 | 9268 | Louisiana Department of Revenue | | 20000 - Accounts Payable | -186.00 |
| Bill Pmt -Check | 09/19/2014 | 9159 | RSP Group LLC | | 20000 - Accounts Payable | -10,400.00 |
| Bill Pmt -Check | 09/19/2014 | 9160 | RSP Group LLC | Anadarko Lucius Spar/Pest | 20000 - Accounts Payable | -1,298.00 |
| Bill Pmt -Check | 09/19/2014 | 9161 | RSP Group LLC | PA-14-0023 Hillcorp | 20000 - Accounts Payable | -1,635.00 |
| Bill Pmt -Check | 09/19/2014 | 9162 | RSP Group LLC | Hillcorp Jeanerette | 20000 - Accounts Payable | -192.00 |
| Bill Pmt -Check | 09/19/2014 | 9163 | RSP Group LLC | Hillcorp Jeanerette | 20000 - Accounts Payable | -5,577.00 |
| Bill Pmt -Check | 09/19/2014 | 9164 | RSP Group LLC | Hillcorp Jeanerette | 20000 - Accounts Payable | -185.00 |
| Bill Pmt -Check | 09/20/2014 | 9165 | Ernesto Luna | | 20000 - Accounts Payable | -1,259.50 |

11:11 AM
12/11/14
Accrual Basis

**Action Restoration, Inc.**
**Account QuickReport**
**As of December 11, 2014**

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Bill Pmt -Check | 09/20/2014 | 9166 | Maria Aguilar | | 20000 · Accounts Payable | -1,464.00 |
| Bill Pmt -Check | 09/20/2014 | 9167 | Jason Pyles | | 20000 · Accounts Payable | -700.00 |
| Bill Pmt -Check | 10/02/2014 | 9169 | Community Bank of Texas | | 20000 · Accounts Payable | -394.35 |
| Bill Pmt -Check | 10/02/2014 | 9170 | Action Overhead Door, LLC | PO#1989 / 5215 | 20000 · Accounts Payable | -508.33 |
| Bill Pmt -Check | 10/09/2014 | 9171 | Advance Auto Parts/AAP Financial Service | | 20000 · Accounts Payable | -173.16 |
| Bill Pmt -Check | 10/09/2014 | 9172 | Certified Laboratories | PO# 1958 | 20000 · Accounts Payable | -1,395.41 |
| Bill Pmt -Check | 10/09/2014 | 9173 | Eastex Rubber & Gasket Co., Inc. | PO#2011 | 20000 · Accounts Payable | -17.94 |
| Bill Pmt -Check | 10/09/2014 | 9174 | Fastenal | | 20000 · Accounts Payable | -532.95 |
| Bill Pmt -Check | 10/09/2014 | 9175 | FP Mailing Solutions | PO#1948 | 20000 · Accounts Payable | -32.48 |
| Bill Pmt -Check | 10/09/2014 | 9176 | Fred Millers | | 20000 · Accounts Payable | -257.48 |
| Bill Pmt -Check | 10/09/2014 | 9177 | Industrial Safety Training Council | 86668 | 20000 · Accounts Payable | -1,215.97 |
| Bill Pmt -Check | 10/09/2014 | 9178 | McKinney Trailer Rentals | PO# 2004 | 20000 · Accounts Payable | -318.75 |
| Bill Pmt -Check | 10/09/2014 | 9179 | Milton's Lube & Inspection | | 20000 · Accounts Payable | -416.15 |
| Bill Pmt -Check | 10/09/2014 | 9180 | Modica Bros. | | 20000 · Accounts Payable | -421.02 |
| Bill Pmt -Check | 10/09/2014 | 9181 | Munro's Safety Apparel | 300013 | 20000 · Accounts Payable | -370.16 |
| Bill Pmt -Check | 10/09/2014 | 9182 | Office Depot | 6011564101060134 | 20000 · Accounts Payable | -356.33 |
| Bill Pmt -Check | 10/09/2014 | 9183 | Ryder Transportation Services | PO#1962 | 20000 · Accounts Payable | -436.16 |
| Bill Pmt -Check | 10/09/2014 | 9184 | Sierra Springs | | 20000 · Accounts Payable | -630.22 |
| Bill Pmt -Check | 10/09/2014 | 9185 | Staples Advantage | PO#2019 | 20000 · Accounts Payable | -368.05 |
| Bill Pmt -Check | 10/09/2014 | 9186 | Tiger Offshore Rentals | PO#2002 | 20000 · Accounts Payable | -140.40 |
| Bill Pmt -Check | 10/09/2014 | 9187 | Triangle Clinic, LLC. | | 20000 · Accounts Payable | -456.00 |
| Bill Pmt -Check | 10/09/2014 | 9188 | Waste Mgmt. of Texas, Inc. | | 20000 · Accounts Payable | -505.47 |
| Bill Pmt -Check | 10/09/2014 | 9189 | West End Hardware | | 20000 · Accounts Payable | -70.06 |
| Bill Pmt -Check | 10/09/2014 | 9190 | Xactware | PO#2003 | 20000 · Accounts Payable | -811.88 |
| Bill Pmt -Check | 10/09/2014 | 9191 | City of Groves-Water & Sewer | | 20000 · Accounts Payable | -33.65 |
| Bill Pmt -Check | 10/09/2014 | 9192 | Entergy | | 20000 · Accounts Payable | -2,263.22 |
| Bill Pmt -Check | 10/09/2014 | 9193 | AT&T | | 20000 · Accounts Payable | -238.47 |
| Bill Pmt -Check | 10/09/2014 | 9194 | Jackson National Life Insurance Company | | 20000 · Accounts Payable | -525.20 |
| Bill Pmt -Check | 10/10/2014 | 9195 | Guardian Force | | 20000 · Accounts Payable | -443.42 |
| Bill Pmt -Check | 10/10/2014 | 9196 | M&D Supply | | 20000 · Accounts Payable | -502.04 |
| Bill Pmt -Check | 10/10/2014 | 9197 | Manning's Office Solutions | PO# 1703 | 20000 · Accounts Payable | -323.66 |
| Bill Pmt -Check | 10/10/2014 | 9198 | McKinney Trailer Rentals | PO#2045 | 20000 · Accounts Payable | -318.75 |
| Bill Pmt -Check | 10/10/2014 | 9199 | Modica Bros. | PO#2012 / 85 | 20000 · Accounts Payable | -1,124.65 |
| Bill Pmt -Check | 10/10/2014 | 9200 | Smart Truck & Trailer | AWT 0042 | 20000 · Accounts Payable | -62.00 |
| Bill Pmt -Check | 10/10/2014 | 9201 | Terry Wuenschel Jefferson County Tax | | 20000 · Accounts Payable | -1,043.28 |
| Bill Pmt -Check | 10/10/2014 | 9202 | Action Overhead Door, LLC | Front Bay Door | 20000 · Accounts Payable | -594.83 |
| Bill Pmt -Check | 10/10/2014 | 9203 | Terry Wuenschel Jefferson County Tax | Replacement Plate | 20000 · Accounts Payable | -7.00 |
| Bill Pmt -Check | 10/10/2014 | | Home Depot Credit Services | | 20000 · Accounts Payable | -490.53 |
| Bill Pmt -Check | 10/10/2014 | | Home Depot Credit Services | | 20000 · Accounts Payable | -1,121.03 |
| Bill Pmt -Check | 10/13/2014 | 9204 | ARAMSCO | PO#1898 | 20000 · Accounts Payable | -4,246.60 |
| Bill Pmt -Check | 10/13/2014 | 9205 | BKW Environmental Services | | 20000 · Accounts Payable | -5,139.78 |
| Bill Pmt -Check | 10/13/2014 | 9206 | Certified Laboratories | PO#1998 | 20000 · Accounts Payable | -1,047.90 |
| Bill Pmt -Check | 10/13/2014 | 9207 | Distribution International | | 20000 · Accounts Payable | -2,604.06 |
| Bill Pmt -Check | 10/13/2014 | 9208 | Munro's Safety Apparel | 300013 | 20000 · Accounts Payable | -185.97 |
| Bill Pmt -Check | 10/13/2014 | 9209 | Murphy, Rodgers, Sloss & Gambel | | 20000 · Accounts Payable | -4,273.25 |
| Bill Pmt -Check | 10/13/2014 | 9210 | Waist Mgmt. of Texas, Inc. | | 20000 · Accounts Payable | -6,695.25 |
| Bill Pmt -Check | 10/13/2014 | 4 | Lowe's Companies, Inc. | 9900 060987 7 | 20000 · Accounts Payable | -2,452.26 |
| Bill Pmt -Check | 10/14/2014 | | Home Depot Credit Services | | 20000 · Accounts Payable | -2,310.47 |
| Bill Pmt -Check | 10/14/2014 | 9211 | Attaboy Termite & Pest Control, Inc. | | 20000 · Accounts Payable | -11,992.00 |
| Bill Pmt -Check | 10/15/2014 | 9212 | Granger Circle G Ranch-Kenny Granger | | 20000 · Accounts Payable | -3,000.00 |
| Bill Pmt -Check | 10/15/2014 | 9213 | AT&T Long Distance | | 20000 · Accounts Payable | -39.24 |
| Bill Pmt -Check | 10/15/2014 | 9214 | Carquest Auto Parts | PO#2018/53 | 20000 · Accounts Payable | -123.34 |
| Bill Pmt -Check | 10/15/2014 | 9215 | Coastal Waste Disposal, Inc. | PO#1973 | 20000 · Accounts Payable | -378.88 |
| Bill Pmt -Check | 10/15/2014 | 9216 | Disa Inc. | | 20000 · Accounts Payable | -154.50 |
| Bill Pmt -Check | 10/15/2014 | 9217 | Guardian Force | PO# 1999 /5215 | 20000 · Accounts Payable | -1,769.90 |
| Bill Pmt -Check | 10/15/2014 | 9218 | Sunbelt | PO# 1972 | 20000 · Accounts Payable | -828.91 |
| Bill Pmt -Check | 10/15/2014 | 9219 | Texas Gas Service | 6850 Howe St Apt B | 20000 · Accounts Payable | -17.71 |
| Bill Pmt -Check | 10/15/2014 | 9220 | Acadian Hardwoods of Texas, Inc. | PO# 2017 | 20000 · Accounts Payable | -112.79 |
| Bill Pmt -Check | 10/15/2014 | 9221 | L P Ranch | Mertzen Lease | 20000 · Accounts Payable | -12,500.00 |
| Bill Pmt -Check | 10/16/2014 | 9222 | ADR SERVICES, INC. | Arbitration ETherm | 20000 · Accounts Payable | -1,800.00 |
| Bill Pmt -Check | 10/16/2014 | 9223 | RSP Group LLC | Constitution | 20000 · Accounts Payable | -10,400.00 |
| Bill Pmt -Check | 10/16/2014 | 9224 | RSP Group LLC | | 20000 · Accounts Payable | -1,391.00 |
| Bill Pmt -Check | 10/16/2014 | 9225 | RSP Group LLC | Old City Court / Lake Charles / Broad St. | 20000 · Accounts Payable | -450.00 |
| Bill Pmt -Check | 10/16/2014 | 9226 | RSP Group LLC | | 20000 · Accounts Payable | -670.00 |
| Bill Pmt -Check | 10/16/2014 | 9227 | RSP Group LLC | | 20000 · Accounts Payable | -594.00 |
| Bill Pmt -Check | 10/20/2014 | 9228 | Ernesto Luna | | 20000 · Accounts Payable | -1,276.00 |
| Bill Pmt -Check | 10/20/2014 | 9229 | Juana Lila Faris | | 20000 · Accounts Payable | -1,816.00 |
| Bill Pmt -Check | 10/20/2014 | 9230 | Maria Aguilar | | 20000 · Accounts Payable | -1,224.00 |
| Bill Pmt -Check | 10/20/2014 | 9231 | Marvin Velosquez | | 20000 · Accounts Payable | -1,310.00 |
| Bill Pmt -Check | 10/20/2014 | 9232 | IPFS | 3 Think is 4 | 20000 · Accounts Payable | -7,849.66 |
| Bill Pmt -Check | 10/22/2014 | 9234 | Terry Wuenschel Jefferson County Tax | | 20000 · Accounts Payable | -129.00 |
| Bill Pmt -Check | 10/22/2014 | 9235 | S.W.A.T. Towing, LLC | | 20000 · Accounts Payable | -150.00 |
| Bill Pmt -Check | 10/22/2014 | 9236 | Lowe's Companies, Inc. | 9900 060987 7 | 20000 · Accounts Payable | -13.30 |
| Bill Pmt -Check | 10/23/2014 | 9237 | RSP Group LLC | Brock- Citgo Safety | 20000 · Accounts Payable | -1,164.00 |
| Bill Pmt -Check | 10/23/2014 | 9238 | RSP Group LLC | HVAC Director Office/Brock/Citgo | 20000 · Accounts Payable | -475.00 |
| Bill Pmt -Check | 10/23/2014 | 9239 | RSP Group LLC | City of LC/City Hall | 20000 · Accounts Payable | -95.00 |
| Bill Pmt -Check | 10/23/2014 | 9240 | Gulf Coast Automotive | | 20000 · Accounts Payable | -143.24 |
| Bill Pmt -Check | 10/23/2014 | 9241 | Larry's Refrigeration | | 20000 · Accounts Payable | -1,649.02 |
| Bill Pmt -Check | 10/23/2014 | 9242 | Meyer Smith, Inc. | UTSA Tread Replacement | 20000 · Accounts Payable | -17,809.66 |
| Bill Pmt -Check | 10/23/2014 | 9243 | Dabney Garage Doors | Rear 5215 Doors | 20000 · Accounts Payable | -1,743.37 |
| Bill Pmt -Check | 10/24/2014 | 9244 | The Front End Shop | A/C Evaporator coil & hoses | 20000 · Accounts Payable | -1,215.90 |
| Bill Pmt -Check | 10/24/2014 | 9245 | Searcy & Searcy, P.C. | | 20000 · Accounts Payable | -61,717.00 |
| Bill Pmt -Check | 10/24/2014 | 9246 | The Catholic Church of Vega | | 20000 · Accounts Payable | -1,500.00 |
| Bill Pmt -Check | 10/28/2014 | 9247 | Long's Signature Builders, Inc. | PA-14-0163-Rcon | 20000 · Accounts Payable | -1,550.00 |
| Bill Pmt -Check | 10/31/2014 | | American Campus Charities Foundation | QuickBooks generated zero amount transaction | 20000 · Accounts Payable | 0.00 |
| Bill Pmt -Check | 11/03/2014 | 9262 | Dept. of State Health Services - MC 2003 | | 20000 · Accounts Payable | -103.00 |
| Bill Pmt -Check | 11/10/2014 | 9270 | RSP Group LLC | Anadarko 14-0129 Independence Hub | 20000 · Accounts Payable | -10,900.00 |
| Bill Pmt -Check | 11/10/2014 | 9271 | RSP Group LLC | Anadarko #0130 Marco Polo | 20000 · Accounts Payable | -10,900.00 |
| Bill Pmt -Check | 11/10/2014 | 9263 | Community Bank of Texas | | 20000 · Accounts Payable | -407.50 |
| Bill Pmt -Check | 11/11/2014 | 9264 | Texas Comptroller of Public Accounts | 76-0591039 | 20000 · Accounts Payable | -50.00 |
| Bill Pmt -Check | 11/11/2014 | 9265 | Texas Comptroller of Public Accounts | Tax 76-0591039 | 20000 · Accounts Payable | -50.00 |
| Bill Pmt -Check | 11/20/2014 | 9275 | AT&T | | 20000 · Accounts Payable | -258.47 |
| Bill Pmt -Check | 11/20/2014 | 9276 | Entergy | | 20000 · Accounts Payable | -2,589.73 |
| Bill Pmt -Check | 11/20/2014 | 9277 | Ernesto Luna | | 20000 · Accounts Payable | -946.00 |
| Bill Pmt -Check | 11/20/2014 | 9278 | Juana Lila Faris | 0194DL | 20000 · Accounts Payable | -2,284.00 |
| Bill Pmt -Check | 11/20/2014 | 9279 | Texas Gas Service | | 20000 · Accounts Payable | -80.72 |
| Bill Pmt -Check | 11/20/2014 | 9280 | Maria Aguilar | | 20000 · Accounts Payable | -720.00 |
| Bill Pmt -Check | 11/20/2014 | 9281 | Shelby Dixon | | 20000 · Accounts Payable | -2,000.00 |
| Bill Pmt -Check | 11/21/2014 | 9283 | Advance Auto Parts/AAP Financial Service | | 20000 · Accounts Payable | -136.27 |
| Bill Pmt -Check | 11/21/2014 | 9284 | Entergy | 6850 Apt B | 20000 · Accounts Payable | -109.82 |
| Bill Pmt -Check | 11/23/2014 | 9285 | Texas Gas Service | 6850B | 20000 · Accounts Payable | -22.16 |
| Bill Pmt -Check | 11/23/2014 | 9286 | The Front End Shop | Oil Change 132123 Mileage | 20000 · Accounts Payable | -125.00 |
| Bill Pmt -Check | 11/26/2014 | 9287 | Modica Bros. | | 20000 · Accounts Payable | -1,773.73 |
| Bill Pmt -Check | 11/28/2014 | 9288 | Five Star Feeds | | 20000 · Accounts Payable | -400.00 |
| Bill Pmt -Check | 12/01/2014 | 9289 | Advance Auto Parts/AAP Financial Service | PO#2229 / 77 | 20000 · Accounts Payable | -28.13 |
| Bill Pmt -Check | 12/01/2014 | 9290 | Arthur J Gallagher | | 20000 · Accounts Payable | -500.00 |
| Bill Pmt -Check | 12/01/2014 | 9291 | Classic Forms and Products, Inc. | PO#2180 | 20000 · Accounts Payable | -187.33 |
| Bill Pmt -Check | 12/01/2014 | 9292 | Coastal Waste Disposal, Inc. | | 20000 · Accounts Payable | -1,134.64 |

11:11 AM
12/11/14
Accrual Basis

**Action Restoration, Inc.**
**Account QuickReport**
**As of December 6, 2014**

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 12/01/2014 | 9293 | Eastex Rubber & Gasket Co., Inc. | PO#2163 | 20000 · Accounts Payable | -73.56 |
| Bill Pmt -Check | 12/01/2014 | 9294 | Fastenal | | 20000 · Accounts Payable | -97.75 |
| Bill Pmt -Check | 12/01/2014 | 9295 | Guardian Force | PO#2129 /5332 inspection | 20000 · Accounts Payable | -111.22 |
| Bill Pmt -Check | 12/01/2014 | 9296 | Leon Duges | Inspection Req. | 20000 · Accounts Payable | -175.00 |
| Bill Pmt -Check | 12/01/2014 | 9297 | Linn's State Inspections | PO#2206 / T469 | 20000 · Accounts Payable | -124.00 |
| Bill Pmt -Check | 12/01/2014 | 9298 | Sierra Springs | | 20000 · Accounts Payable | -87.87 |
| Bill Pmt -Check | 12/01/2014 | 9299 | Smart Truck & Trailer | PO#2223 | 20000 · Accounts Payable | -83.20 |
| Bill Pmt -Check | 12/01/2014 | 9300 | Twin City Auto | | 20000 · Accounts Payable | -400.00 |
| Bill Pmt -Check | 12/01/2014 | 9301 | West End Hardware | | 20000 · Accounts Payable | -38.48 |
| Bill Pmt -Check | 12/04/2014 | 9303 | BKW Environmental Services | PO# 2033 | 20000 · Accounts Payable | -4,808.15 |
| Bill Pmt -Check | 12/04/2014 | 9304 | Industrial Safety Training Council | 86668 | 20000 · Accounts Payable | -1,011.42 |
| Bill Pmt -Check | 12/04/2014 | 9305 | JanPak Supply Solutions | PO#2067 | 20000 · Accounts Payable | -299.39 |
| Bill Pmt -Check | 12/04/2014 | 9306 | M&D Supply | | 20000 · Accounts Payable | -125.50 |
| Bill Pmt -Check | 12/04/2014 | 9307 | McKinney Trailer Rentals | PO#2165 | 20000 · Accounts Payable | -318.75 |
| Bill Pmt -Check | 12/04/2014 | 9308 | Milton's Lube & Inspection | | 20000 · Accounts Payable | -100.95 |
| Bill Pmt -Check | 12/04/2014 | 9309 | Occucare International | PO#2006 | 20000 · Accounts Payable | -100.00 |
| Bill Pmt -Check | 12/04/2014 | 9310 | Office Depot | 6011564101060134 | 20000 · Accounts Payable | -220.29 |
| Bill Pmt -Check | 12/04/2014 | 9311 | Ritter Lumber Co. | 6176 | 20000 · Accounts Payable | -691.60 |
| Bill Pmt -Check | 12/04/2014 | 9312 | RSP Group LLC | Brock / Citgo Acid #0112 | 20000 · Accounts Payable | -1,803.00 |
| Bill Pmt -Check | 12/04/2014 | 9313 | Sherwin Williams | | 20000 · Accounts Payable | -903.36 |
| Bill Pmt -Check | 12/04/2014 | 9314 | Smart Truck & Trailer | PO#2236 / #53 | 20000 · Accounts Payable | -9.82 |
| Bill Pmt -Check | 12/04/2014 | 9315 | Staples Advantage | | 20000 · Accounts Payable | -512.66 |
| Bill Pmt -Check | 12/04/2014 | 9316 | TX TAG | PO#2214 / #54 | 20000 · Accounts Payable | -6.26 |
| Bill Pmt -Check | 12/04/2014 | | Home Depot Credit Services | | 20000 · Accounts Payable | -281.15 |
| Bill Pmt -Check | 12/04/2014 | 9317 | Carquest Auto Parts | | 20000 · Accounts Payable | -175.05 |
| Bill Pmt -Check | 12/04/2014 | 9318 | Certified Laboratories | PO# 2182 | 20000 · Accounts Payable | -886.30 |
| Bill Pmt -Check | 12/04/2014 | 9319 | CMS IP Technologies | | 20000 · Accounts Payable | -900.64 |
| Bill Pmt -Check | 12/05/2014 | 9320 | AT&T | | 20000 · Accounts Payable | -277.79 |
| Bill Pmt -Check | 12/05/2014 | 9321 | Community Bank of Texas | | 20000 · Accounts Payable | -394.35 |
| Bill Pmt -Check | 12/05/2014 | 9322 | Digett | | 20000 · Accounts Payable | -357.22 |
| Bill Pmt -Check | 12/05/2014 | 9323 | Prime Choice Rentals | PO#2059 | 20000 · Accounts Payable | -50.17 |
| Bill Pmt -Check | 12/05/2014 | 9324 | Texas Gas Service | | 20000 · Accounts Payable | -131.86 |
| Bill Pmt -Check | 12/05/2014 | 9325 | Xactware | PO#2184 | 20000 · Accounts Payable | -811.88 |
| Bill Pmt -Check | 12/05/2014 | 9326 | City of Groves-Water & Sewer | 6850B | 20000 · Accounts Payable | -39.45 |
| Bill Pmt -Check | 12/05/2014 | 9327 | City of Port Arthur Water | | 20000 · Accounts Payable | -422.34 |
| Bill Pmt -Check | 12/05/2014 | 9328 | Juana Lila Faris | | 20000 · Accounts Payable | -1,816.00 |
| Bill Pmt -Check | 12/05/2014 | 9329 | Maria Aguilar | | 20000 · Accounts Payable | -867.52 |
| Bill Pmt -Check | 12/08/2014 | 9330 | Entergy | | 20000 · Accounts Payable | -2,283.95 |
| Bill Pmt -Check | 12/08/2014 | 9331 | Dabney Garage Doors | Rear 5215 Doors | 20000 · Accounts Payable | -1,743.36 |
| Bill Pmt -Check | 12/08/2014 | 9332 | Entergy | 5332 Twin City Hwy | 20000 · Accounts Payable | -147.99 |
| Bill Pmt -Check | 12/08/2014 | 9333 | Five Star Feeds | Weed Killer | 20000 · Accounts Payable | -460.74 |
| Check | 09/17/2014 | Debit | Wells Fargo | | 24030 · LOC - Wells Fargo Business | -1,500.00 |
| Check | 09/19/2014 | Debit | Bank of America | | 21200 · Bank of America CC | -5,000.00 |
| Check | 09/22/2014 | Debit | Great America Financial Services | | 27500 · Great America-Telephone | -477.22 |
| Check | 09/23/2014 | Debit | American Express | | 21110 · AmExp-Austin | -984.65 |
| Check | 09/23/2014 | CCADJ | | Fee ID#1047295578 | 70140 · Bank Service Charges | -66.10 |
| Check | 09/25/2014 | Debit | Sheffield Financial | | 27400 · Sheffield Financial - Exmark | -242.46 |
| Check | 09/25/2014 | Debit | Mansfield Oil | | 70240 · Fuel | -3,653.94 |
| Check | 09/25/2014 | Debit | Third Coast Bank, SSB | | -SPLIT- | -13,272.11 |
| Check | 09/29/2014 | 9168 | Bank of America | | 21362 · BOA Motorsports - 7624 | -717.61 |
| Check | 09/26/2014 | | | Service Charge | 70140 · Bank Service Charges | -93.03 |
| Check | 09/29/2014 | Debit | Ford Credit | | 27120 · 2012 Ford F350 | -1,284.01 |
| Check | 09/29/2014 | Debit | Ford Credit | | 27110 · 2011 Ford E350 | -1,003.79 |
| Check | 09/30/2014 | Debit | Blue Cross Blue Shield of Texas-N | | 70263 · Health Insurance | -3,058.28 |
| Check | 09/30/2014 | CCADJ | | Fee ID#1048402662 | 70140 · Bank Service Charges | -9.95 |
| Check | 10/01/2014 | Debit | GE Capital | | 70360 · Rental Expenses | -288.49 |
| Check | 10/06/2014 | Debit | American Express | | 21151 · Hebert - 94193 | -27,052.49 |
| Check | 10/06/2014 | Debit | Great America Financial Services | | 70305 · Office Expense | -319.15 |
| Check | 10/08/2014 | CCADJ | | Fee ID#1050378136 | 70140 · Bank Service Charges | -72.75 |
| Check | 10/08/2014 | CCADJ | | Fee ID#1050613024 | 70140 · Bank Service Charges | -72.75 |
| Check | 10/10/2014 | Debit | Mansfield Oil | | 70240 · Fuel | -3,776.46 |
| Check | 10/10/2014 | CCADJ | | Fee ID#1050799058 | 70140 · Bank Service Charges | -72.75 |
| Check | 10/14/2014 | Debit | American Express | | 21130 · AmExp-SRising | -8,092.64 |
| Check | 10/14/2014 | Debit | Bank of America | | 21200 · Bank of America CC | -6,000.00 |
| Check | 10/14/2014 | CCADJ | | Fee ID#1051256742 | 70140 · Bank Service Charges | -28.64 |
| Check | 10/17/2014 | Debit | Third Coast Bank, SSB | | -SPLIT- | -18,151.20 |
| Check | 10/17/2014 | Debit | Third Coast Bank, SSB | | -SPLIT- | -18,151.20 |
| Check | 10/20/2014 | 1247 | Sams Club | | 70420 · Shop Supplies | -138.01 |
| Check | 10/21/2014 | Debit | Great America Financial Services | | 27500 · Great America-Telephone | -477.22 |
| Check | 10/21/2014 | Debit | American Express | | 21110 · AmExp-Austin | -1,785.41 |
| Check | 10/21/2014 | 9233 | Coker's Doors & Windows | 041874-00 Doors | 50201 · Cost of Services-COGS | -552.08 |
| Check | 10/22/2014 | Debit | Pleat, Perry & Ritchie, P.A. | Florida/Legal/Wire Transfer | Pleat, Perry & Ritchie - FL | -7,850.00 |
| Check | 10/23/2014 | Debit | Sheffield Financial | | 27400 · Sheffield Financial - Exmark | -242.46 |
| Check | 10/23/2014 | CCADJ | | Fee ID#1052466160 | 70140 · Bank Service Charges | -58.25 |
| Check | 10/23/2014 | Debit | America First Insurance | | 70262 · WC | -1,333.62 |
| Check | 10/24/2014 | Debit | IPFS | | 70260 · Insurance | -6,966.79 |
| Check | 10/24/2014 | Debit | IPFS | | 70260 · Insurance | -2,284.45 |
| Check | 10/25/2014 | Debit | Sheffield Financial | | 27400 · Sheffield Financial - Exmark | -242.46 |
| Check | 10/25/2014 | Debit | Mansfield Oil | | 70240 · Fuel | -4,145.76 |
| Check | 10/27/2014 | Debit | Third Coast Bank, SSB | | -SPLIT- | -13,272.11 |
| Check | 10/27/2014 | Debit | Third Coast Bank, SSB | Debit W/FA Invoice / Appraisal | 70140 · Bank Service Charges | -1,750.00 |
| Check | 10/27/2014 | | | Service Charge | 70140 · Bank Service Charges | -80.02 |
| Check | 10/31/2014 | Debit | GE Capital | | 70360 · Rental Expenses | -288.49 |
| Check | 10/31/2014 | Debit | Blue Cross Blue Shield of Texas-N | | 70263 · Health Insurance | -3,058.28 |
| Check | 10/31/2014 | 9261 | G.W. Savage Corporation | Refund for overpayment. No sales tax | 15000 · Accounts Receivable | -184.80 |
| Check | 10/31/2014 | CCADJ | | Fee ID#1053856698 | 70140 · Bank Service Charges | -9.95 |
| Check | 11/04/2014 | Debit | Wells Fargo | | 24030 · LOC - Wells Fargo Business | -1,200.00 |
| Check | 11/05/2014 | Debit | American Express | | 21151 · Hebert - 94193 | -17,597.52 |
| Check | 11/05/2014 | Debit | Great America Financial Services | | 27500 · Great America-Telephone | -319.15 |
| Check | 11/05/2014 | Debit | American Express | | 21154 · Hebert - 1000 | -120.90 |
| Check | 11/08/2014 | 9248 | Sams Club | | 70420 · Shop Supplies | -293.44 |
| Check | 11/10/2014 | Debit | Mansfield Oil | | 70240 · Fuel | -4,885.80 |
| Check | 11/11/2014 | CCADJ | | Fee ID#1056016052 | 70140 · Bank Service Charges | -17.52 |
| Check | 11/12/2014 | Debit | American Express | | 21130 · AmExp-SRising | -2,860.83 |
| Check | 11/12/2014 | Debit | Third Coast Bank, SSB | | -SPLIT- | -18,151.20 |
| Check | 11/12/2014 | Debit | Colonial Insurance | | 70260 · Insurance | -913.32 |
| Check | 11/13/2014 | 9269 | Parts House | | 50200 · Materials Costs-COGS | -445.88 |
| Check | 11/18/2014 | 9272 | Port Arthur Teachers Credit Union | | 15000 · Accounts Receivable | -180.94 |
| Check | 11/20/2014 | Debit | Great America Financial Services | | 27500 · Great America-Telephone | -477.22 |
| Check | 11/20/2014 | Debit | American Express | | 21110 · AmExp-Austin | -827.40 |
| Check | 11/20/2014 | 9273 | University of Louisiana at Lafayette | Bid Bond Dryer Vents | 19050 · Bond Asset | -2,600.04 |
| Check | 11/21/2014 | 9282 | Sams Club | Turkeys / Sausage | 70364 · Selling Exp | -980.09 |
| Check | 11/25/2014 | Debit | Sheffield Financial | | 27400 · Sheffield Financial - Exmark | -242.46 |
| Check | 11/25/2014 | Debit | Mansfield Oil | | 70240 · Fuel | -5,269.36 |
| Check | 11/25/2014 | Debit | Blue Cross Blue Shield of Texas-N | | 70263 · Health Insurance | -4,193.07 |
| Check | 11/25/2014 | Debit | Third Coast Bank, SSB | | -SPLIT- | -13,272.11 |
| Check | 11/27/2014 | | | Service Charge | 70140 · Bank Service Charges | -88.81 |
| Check | 11/30/2014 | CCADJ | | Fee ID#1058971290 | 70140 · Bank Service Charges | -9.95 |

# Action Restoration, Inc.
## Account QuickReport
### As of December 11, 2014

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Check | 11/30/2014 Debit | | Mansfield Oil | | 70240 - Fuel | -2,421.34 |
| Check | 12/02/2014 Debit | | GE Capital | | 70360 - Rental Expenses | -288.49 |
| Check | 12/04/2014 Debit | | Great America Financial Services | | 27500 - Great America-Telephone | -319.15 |
| Check | 12/04/2014 92166 | | Terry Wuenschel Jefferson County Tax | Replacement Tags | 50110 - Automobile Expense-COGS | -14.00 |
| Check | 12/05/2014 Debit | | American Express | | 21130 - AmExp-SRising | -8,479.50 |
| Check | 12/05/2014 Debit | | Bank of America | | 21362 - BOA Motorsports - 7624 | -6,000.00 |
| Check | 12/06/2014 CCADJ | | | Fee ID=1060297966 | 70140 - Bank Service Charges | -21.86 |
| Check | 12/08/2014 Debit | | American Express | | 21150 - AMEX Corp - Credit Card | -17,229.57 |
| Check | 12/10/2014 9302 | | 3-D Plumbing | | 70362 - Repairs and Maintenance | -900.00 |
| Check | 12/10/2014 Debit | | American Express | | 21110 - AmExp-Austin | -567.65 |
| Check | 12/10/2014 CCADJ | | | Fee ID=1060775676 | 70140 - Bank Service Charges | -10.40 |
| General Journal | 10/01/2014 141005_02 | | DryTime Inc. | Bounced Check# 3423 | 15000 - Accounts Receivable | -6,000.00 |
| General Journal | 11/21/2014 141121_02 | | | | -SPLIT- | 50,000.00 |
| Liability Check | 09/22/2014 E-pay | | United States Treasury | 76-0591039 QB Tracking # 148414672 | -SPLIT- | -16,526.52 |
| Liability Check | 09/22/2014 E-pay | | United States Treasury | 76-0591039 QB Tracking # 148437212 | -SPLIT- | -6.12 |
| Liability Check | 09/22/2014 Debit | | Colonial Insurance | | -SPLIT- | -1,046.68 |
| Liability Check | 09/24/2014 Debit | | American Interstate Insurance Company | AVWCTX2036962011 | 24072 - WC Payable | -2,644.54 |
| Liability Check | 09/24/2014 9134 | | American Interstate Insurance Company | AVWCTX2036962011 | 24072 - WC Payable | -2,883.54 |
| Liability Check | 09/24/2014 E-pay | | United States Treasury | 76-0591039 QB Tracking # 148739582 | -SPLIT- | -323.40 |
| Liability Check | 09/26/2014 E-pay | | United States Treasury | 76-0591039 QB Tracking # 149182602 | -SPLIT- | -290.34 |
| Liability Check | 09/30/2014 E-pay | | United States Treasury | 76-0591039 QB Tracking # 149332322 | -SPLIT- | -108.42 |
| Liability Check | 09/30/2014 E-pay | | United States Treasury | 76-0591039 QB Tracking # 149380502 | -SPLIT- | -68.56 |
| Liability Check | 10/06/2014 E-pay | | United States Treasury | 76-0591039 QB Tracking # 151740482 | -SPLIT- | -23,503.12 |
| Liability Check | 10/21/2014 E-pay | | United States Treasury | 76-0591039 QB Tracking # 206766637 | -SPLIT- | -48.48 |
| Liability Check | 10/21/2014 E-pay | | United States Treasury | 76-0591039 QB Tracking # 206766817 | -SPLIT- | -15,263.58 |
| Liability Check | 10/23/2014 E-pay | | United States Treasury | 76-0591039 QB Tracking # 207624847 | -SPLIT- | -52.76 |
| Liability Check | 10/23/2014 Debit | | American Interstate Insurance Company | AVWCTX2036962011 | 24072 - WC Payable | -2,633.50 |
| Liability Check | 10/23/2014 E-pay | | United States Treasury | 76-0591039 QB Tracking # 207739837 | 24070 - Payroll Liabilities | -169.26 |
| Liability Check | 11/05/2014 E-pay | | United States Treasury | 76-0591039 QB Tracking # 157289342 | -SPLIT- | -17,740.28 |
| Liability Check | 11/06/2014 E-pay | | United States Treasury | 76-0591039 QB Tracking # 210417547 | -SPLIT- | -296.68 |
| Liability Check | 11/11/2014 Debit | | Colonial Insurance | | -SPLIT- | -913.32 |
| Liability Check | 11/21/2014 Debit | | American Interstate Insurance Company | AVWCTX2036962011 | 24072 - WC Payable | -2,683.89 |
| Liability Check | 11/25/2014 E-pay | | United States Treasury | 76-0591039 QB Tracking # 213512867 | -SPLIT- | -12,228.16 |
| Liability Check | 12/05/2014 E-pay | | United States Treasury | 76-0591039 QB Tracking # 159937162 | -SPLIT- | -13,356.58 |
| Sales Tax Payment | 09/19/2014 Debit | | Texas Comptroller of Public Accounts | | -SPLIT- | -2,952.40 |
| Sales Tax Payment | 10/20/2014 Debit | | Texas Comptroller of Public Accounts | | -SPLIT- | -1,928.21 |
| Sales Tax Payment | 11/14/2014 Debit | | Texas Comptroller of Public Accounts | | -SPLIT- | -4,993.96 |
| Sales Tax Payment | 12/10/2014 Debit | | Texas Comptroller of Public Accounts | | -SPLIT- | -1,436.57 |
| Transfer | 09/15/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -60.26 |
| Transfer | 09/16/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -7,685.26 |
| Transfer | 09/19/2014 | | | Funds Transfer | 11500 - PEX Card | -5,000.00 |
| Transfer | 09/19/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -12,378.80 |
| Transfer | 09/23/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -1,725.75 |
| Transfer | 09/23/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -1,775.53 |
| Transfer | 09/24/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -10,887.68 |
| Transfer | 09/25/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -18,175.32 |
| Transfer | 09/26/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -1,947.23 |
| Transfer | 09/29/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -4,245.05 |
| Transfer | 09/30/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -1,892.67 |
| Transfer | 10/01/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -907.45 |
| Transfer | 10/02/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -2,976.82 |
| Transfer | 10/03/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -2,277.83 |
| Transfer | 10/06/2014 | | | Funds Transfer from Wells Fargo to Third Coa | 11300 - Wells Fargo Checking - Boerne | 50,000.00 |
| Transfer | 10/07/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -9,015.04 |
| Transfer | 10/08/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -27,866.95 |
| Transfer | 10/10/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -8,611.26 |
| Transfer | 10/10/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -1,506.21 |
| Transfer | 10/15/2014 | | | Funds Transfer | 11500 - PEX Card | -5,000.00 |
| Transfer | 10/15/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -5,741.40 |
| Transfer | 10/15/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -4,309.94 |
| Transfer | 10/16/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -4,290.24 |
| Transfer | 10/17/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -1,065.62 |
| Transfer | 10/22/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -5,990.65 |
| Transfer | 10/22/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -11,893.04 |
| Transfer | 10/23/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -9,683.36 |
| Transfer | 10/24/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -3,000.41 |
| Transfer | 10/27/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -3,535.19 |
| Transfer | 11/04/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -2,441.32 |
| Transfer | 11/06/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -2,000.73 |
| Transfer | 11/06/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -3,326.94 |
| Transfer | 11/08/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -24,351.12 |
| Transfer | 11/10/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -12,391.31 |
| Transfer | 11/12/2014 | | | Funds Transfer | 11500 - PEX Card | -3,000.00 |
| Transfer | 11/13/2014 | | | Funds Transfer | 11500 - PEX Card | -3,000.00 |
| Transfer | 11/14/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -2,804.26 |
| Transfer | 11/18/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -539.19 |
| Transfer | 11/20/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -2,011.05 |
| Transfer | 11/21/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -7,549.35 |
| Transfer | 11/24/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -14,061.07 |
| Transfer | 11/25/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -2,666.42 |
| Transfer | 11/26/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -4,040.91 |
| Transfer | 11/28/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -66.95 |
| Transfer | 12/02/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -802.89 |
| Transfer | 12/04/2014 | | | Funds Transfer | 11500 - PEX Card | -5,000.00 |
| Transfer | 12/04/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -2,441.34 |
| Transfer | 12/05/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -2,569.45 |
| Transfer | 12/08/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -8,163.34 |
| Transfer | 12/09/2014 | | | Funds Transfer | 11000 - Third Coast-Payroll | -12,647.64 |
| Transfer | 12/10/2014 | | | Funds Transfer from operating to payroll | 11000 - Third Coast-Payroll | -3,082.74 |
| Total 11100 - Third Coast-Operating | | | | | | -884,853.08 |

**11120 - Petty Cash - Port Arthur**

| | | | | | | |
|------|------|-----|------|------|-------|--------|
| General Journal | 09/19/2014 140919_01 | | Carter, James | | 16600 - Payroll Advance | -400.00 |
| Total 11120 - Petty Cash - Port Arthur | | | | | | -400.00 |

**11300 - Wells Fargo Checking - Boerne**

| | | | | | | |
|------|------|-----|------|------|-------|--------|
| Bill Pmt -Check | 09/17/2014 2628 | | Texas Department of State Health Services | Ole Del Rio Middle School Bldg A & B | 20000 - Accounts Payable | -330.00 |
| Bill Pmt -Check | 09/17/2014 2629 | | Martha E. Kapparis | 2011 F350 | 20000 - Accounts Payable | -666.00 |
| Bill Pmt -Check | 09/17/2014 2630 | | Entergy | 6850B | 20000 - Accounts Payable | -141.56 |
| Bill Pmt -Check | 09/17/2014 2631 | | Sherwin Williams | PO#1889 /5215 | 20000 - Accounts Payable | -295.18 |
| Bill Pmt -Check | 09/17/2014 2632 | | Alamo 1 | Del Rio Middle School | 20000 - Accounts Payable | -73,672.00 |
| Bill Pmt -Check | 09/17/2014 2633 | | Alamo 1 | Bexar County Courthouse | 20000 - Accounts Payable | -8,394.00 |
| Bill Pmt -Check | 09/17/2014 2634 | | IPFS | | 20000 - Accounts Payable | -7,135.55 |
| Bill Pmt -Check | 09/18/2014 2635 | | Betco Scaffolds | | 20000 - Accounts Payable | -18,822.36 |
| Bill Pmt -Check | 09/19/2014 2636 | | Lift Safe of Texas | | 20000 - Accounts Payable | -300.00 |
| Bill Pmt -Check | 09/19/2014 | | Lowe's Companies, Inc. | 9900 060987 7 | 20000 - Accounts Payable | -4,359.31 |
| Bill Pmt -Check | 09/19/2014 2637 | | Hertz Equipment Rental Corp. | | 20000 - Accounts Payable | -11,378.64 |
| Bill Pmt -Check | 09/22/2014 2640 | | Robert Larios | | 20000 - Accounts Payable | -600.00 |

11:11 AM
12/11/14
Accrual Basis

**Action Restoration, Inc.**
Account QuickReport
As of December 11, 2014

Case 14-10620    Doc 1    Filed 12/11/14    Entered 12/11/14 16:19:13    Desc Main
Document    Page 101 of 105

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Bill Pmt -Check | 09/22/2014 | 2641 | Marvin Velosquez | | 20000 · Accounts Payable | -1,680.00 |
| Bill Pmt -Check | 09/22/2014 | 2642 | Juana Lila Faris | | 20000 · Accounts Payable | -2,234.00 |
| Bill Pmt -Check | 09/23/2014 | 2643 | M&D Supply | | 20000 · Accounts Payable | -387.42 |
| Bill Pmt -Check | 09/23/2014 | 2644 | Sierra Springs | PO#1929 | 20000 · Accounts Payable | -240.32 |
| Bill Pmt -Check | 09/23/2014 | 2645 | State Board of Contractors | | 20000 · Accounts Payable | -200.00 |
| Bill Pmt -Check | 09/23/2014 | 2646 | W'ast Mgmt. of Texas, Inc. | PO#1930 / late fees from job (PA-14-0023-Rec) | 20000 · Accounts Payable | -12.68 |
| Bill Pmt -Check | 09/23/2014 | 2647 | Time Warner | | 20000 · Accounts Payable | -72.15 |
| Bill Pmt -Check | 09/26/2014 | 2648 | Alamo Glass of Port Arthur, Inc. | PO#1942 / 86 | 20000 · Accounts Payable | -510.09 |
| Bill Pmt -Check | 09/26/2014 | 2649 | W'ast Mgmt. of Texas, Inc. | | 20000 · Accounts Payable | -1,977.25 |
| Bill Pmt -Check | 09/26/2014 | 2650 | Texas Department of State Health Services | NAVFAC SE/NAS JRB 1251 Depot Ave, Naval | 20000 · Accounts Payable | -103.00 |
| Bill Pmt -Check | 09/29/2014 | 2651 | Dept. of State Health Services - MC 2003 | | 20000 · Accounts Payable | -20.00 |
| Bill Pmt -Check | 09/29/2014 | 2652 | Modica Bros. | PO# 1947 / 87 | 20000 · Accounts Payable | -100.98 |
| Bill Pmt -Check | 09/29/2014 | 2653 | City of Port Arthur Water | | 20000 · Accounts Payable | -308.06 |
| Bill Pmt -Check | 09/29/2014 | 2654 | Nathan Reynolds, Jr. | ETherm | 20000 · Accounts Payable | -350.00 |
| Bill Pmt -Check | 09/29/2014 | 2655 | The Front End Shop | Battery change | 20000 · Accounts Payable | -125.00 |
| Bill Pmt -Check | 10/01/2014 | 2656 | Strong Pipkin Bissell & Ledyard, LLP | | 20000 · Accounts Payable | -800.00 |
| Bill Pmt -Check | 10/02/2014 | 2657 | Rising, Susan (Vendor) | #529 | 20000 · Accounts Payable | -1,026.00 |
| Bill Pmt -Check | 10/02/2014 | 2658 | McKinney Trailer Rentals | | 20000 · Accounts Payable | -318.75 |
| Bill Pmt -Check | 10/02/2014 | 2659 | Ryder Transportation Services | PO#1909 | 20000 · Accounts Payable | -1,037.80 |
| Bill Pmt -Check | 10/03/2014 | 2660 | Beaumont Tractor Company, Inc. | | 20000 · Accounts Payable | -131.43 |
| Bill Pmt -Check | 10/03/2014 | 2661 | Texas Gas Service | | 20000 · Accounts Payable | -77.69 |
| Bill Pmt -Check | 10/03/2014 | 2662 | CMH Enterprises Inc. | | 20000 · Accounts Payable | -7,526.35 |
| Bill Pmt -Check | 10/03/2014 | 2663 | Keighlen Carter | | 20000 · Accounts Payable | -100.00 |
| Bill Pmt -Check | 10/06/2014 | 2664 | Juana Lila Faris | | 20000 · Accounts Payable | -2,115.00 |
| Bill Pmt -Check | 10/06/2014 | 2665 | Marvin Velosquez | | 20000 · Accounts Payable | -1,550.00 |
| Bill Pmt -Check | 10/06/2014 | 2666 | Ernesto Luna | | 20000 · Accounts Payable | -1,488.30 |
| Bill Pmt -Check | 10/06/2014 | 2667 | Maria Aguilar | | 20000 · Accounts Payable | -1,839.60 |
| Bill Pmt -Check | 10/08/2014 | 2669 | State Board of Contractors | Name Correction | 20000 · Accounts Payable | -50.00 |
| Bill Pmt -Check | 10/10/2014 | 2670 | TIPS | | 20000 · Accounts Payable | -6,083.63 |
| Bill Pmt -Check | 10/23/2014 | 2671 | Meyer Smith, Inc. | UTSA Tread Replacement | 20000 · Accounts Payable | -70,000.00 |
| Bill Pmt -Check | 10/28/2014 | 2672 | Murphy, Rodgers, Sloss & Gambel | | 20000 · Accounts Payable | -1,260.00 |
| Bill Pmt -Check | 10/29/2014 | 2684 | Bank of America | | 20000 · Accounts Payable | -1,625.41 |
| Bill Pmt -Check | 10/30/2014 | 2685 | Lift Safe of Texas | | 20000 · Accounts Payable | -500.00 |
| Bill Pmt -Check | 10/30/2014 | 2686 | Twin City Auto | | 20000 · Accounts Payable | -400.00 |
| Bill Pmt -Check | 10/30/2014 | 2687 | National Networks | | 20000 · Accounts Payable | -3,763.09 |
| Bill Pmt -Check | 10/30/2014 | 2688 | The Front End Shop | Brakes | 20000 · Accounts Payable | -397.22 |
| Bill Pmt -Check | 10/30/2014 | 2689 | Eastex Rubber & Gasket Co., Inc. | PO#2057 | 20000 · Accounts Payable | -17.94 |
| Bill Pmt -Check | 10/30/2014 | 2690 | Entergy | 6850 Howe St  Apt B | 20000 · Accounts Payable | -127.21 |
| Bill Pmt -Check | 10/30/2014 | 2691 | Lederer Weston Craig PLC | | 20000 · Accounts Payable | -2,078.85 |
| Bill Pmt -Check | 10/30/2014 | 2692 | Romero's Glass Co. | | 20000 · Accounts Payable | -501.37 |
| Bill Pmt -Check | 10/31/2014 | 2693 | Iron 4-H | | 20000 · Accounts Payable | -500.00 |
| Bill Pmt -Check | 11/03/2014 | 2694 | Terry Wuenschel Jefferson County Tax | 1GNDM19W9WB125036 | 20000 · Accounts Payable | -62.00 |
| Bill Pmt -Check | 11/05/2014 | 2697 | Marvin Velosquez | | 20000 · Accounts Payable | -1,340.00 |
| Bill Pmt -Check | 11/05/2014 | 2698 | Ernesto Luna | | 20000 · Accounts Payable | -1,408.00 |
| Bill Pmt -Check | 11/05/2014 | 2699 | Maria Aguilar | | 20000 · Accounts Payable | -1,368.00 |
| Bill Pmt -Check | 11/05/2014 | 2700 | Juana Lila Faris | | 20000 · Accounts Payable | -1,998.00 |
| Bill Pmt -Check | 11/05/2014 | 2701 | Ron's | | 20000 · Accounts Payable | -1,850.00 |
| Bill Pmt -Check | 11/06/2014 | 2702 | Leon Dugas | | 20000 · Accounts Payable | -225.00 |
| Bill Pmt -Check | 11/06/2014 | 2703 | Astex Environmental Services | | 20000 · Accounts Payable | -9,967.50 |
| Bill Pmt -Check | 11/06/2014 | 2704 | The Stamp Pad | | 20000 · Accounts Payable | -41.03 |
| Bill Pmt -Check | 11/14/2014 | 2715 | AT&T Long Distance | | 20000 · Accounts Payable | -44.63 |
| Bill Pmt -Check | 11/14/2014 | 2716 | City of Groves-Water & Sewer | 6850B | 20000 · Accounts Payable | -39.66 |
| Bill Pmt -Check | 11/14/2014 | 2717 | City of Port Arthur Water | | 20000 · Accounts Payable | -244.93 |
| Bill Pmt -Check | 11/19/2014 | 2718 | Leon Dugas | | 20000 · Accounts Payable | -125.00 |
| Bill Pmt -Check | 11/19/2014 | 2719 | Sherwin Williams | | 20000 · Accounts Payable | -844.74 |
| Bill Pmt -Check | 11/21/2014 | 2720 | Pavecon, Ltd. | | 20000 · Accounts Payable | -2,095.00 |
| Bill Pmt -Check | 12/01/2014 | | Lowe's Companies, Inc. | 9900 060987 7 | 20000 · Accounts Payable | -2,193.60 |
| Bill Pmt -Check | 12/05/2014 | 2721 | Ernesto Luna | | 20000 · Accounts Payable | -1,103.30 |
| Bill Pmt -Check | 12/08/2014 | 2724 | Milton's Lube & Inspection | #85 Brian 7/8/13 | 20000 · Accounts Payable | -121.90 |
| Bill Pmt -Check | 12/08/2014 | 2725 | Oak Hills Pest Control | | 20000 · Accounts Payable | -102.84 |
| Bill Pmt -Check | 12/08/2014 | 2726 | Staples Advantage | PO#2060 | 20000 · Accounts Payable | -321.38 |
| Bill Pmt -Check | 12/10/2014 | 2727 | Disa Inc. | | 20000 · Accounts Payable | -490.37 |
| Bill Pmt -Check | 12/10/2014 | 2728 | Industrial Safety Training Council | 86668 | 20000 · Accounts Payable | -109.61 |
| Bill Pmt -Check | 12/10/2014 | 2729 | Terry Wuenschel Jefferson County Tax | | 20000 · Accounts Payable | -242.00 |
| Bill Pmt -Check | 12/10/2014 | 2730 | Hertz Equipment Rental Corp. | | 20000 · Accounts Payable | -4,266.78 |
| Bill Pmt -Check | 12/10/2014 | 2731 | Terry Wuenschel Jefferson County Tax | | 20000 · Accounts Payable | -176.00 |
| Bill Pmt -Check | 12/10/2014 | 2732 | Louisiana Dept. of Agriculture & Forestry | | 20000 · Accounts Payable | -80.00 |
| Bill Pmt -Check | 12/10/2014 | 2733 | Granger Circle G Ranch-Kenny Granger | | 20000 · Accounts Payable | -10,000.00 |
| Bill Pmt -Check | 12/10/2014 | 2734 | ARAMSCO | | 20000 · Accounts Payable | -3,835.97 |
| Bill Pmt -Check | 12/10/2014 | 2735 | W'ast Mgmt. of Texas, Inc. | | 20000 · Accounts Payable | -3,493.22 |
| Bill Pmt -Check | 12/10/2014 | 2736 | McGown Oil Company | | 20000 · Accounts Payable | -2,030.02 |
| Bill Pmt -Check | 12/10/2014 | 2737 | Strong Pipkin Bissell & Ledyard, LLP | | 20000 · Accounts Payable | -4,048.86 |
| Check | 09/16/2014 | 2626 | Greer, Jimmy | 50# Shrimp Mertzen | 70460 · Reimbursed Expenses | -250.00 |
| Check | 09/17/2014 | 2627 | Terry Wuenschel Jefferson County Tax | Unit #3 | 50110 · Automobile Expense-COGS | -56.00 |
| Check | 09/22/2014 | 2638 | Greer, Jimmy | 9 | 70460 · Reimbursed Expenses | -300.00 |
| Check | 09/22/2014 | | Sprint | | 70380 · Telephone | -272.05 |
| Check | 09/23/2014 | 2639 | U S Department of State | Passport | 70270 · Licenses/Permits | -185.44 |
| Check | 09/25/2014 | | Community Bank of Texas | | 19110 · 5215 Corporation | -7,914.00 |
| Check | 09/26/2014 | 2550 | Johnny Goodrich DBA QBIS | #42 Enrique | 50110 · Automobile Expense-COGS | -350.00 |
| Check | 10/01/2014 | 2552 | McNeal, James | Laredo Job - Home Depot - Tractor Supply | 70460 · Reimbursed Expenses | -513.18 |
| Check | 10/03/2014 | | Xactware Solutions, Inc. | | 70200 · Dues & Subscriptions | -135.31 |
| Check | 10/11/2014 | | Sprint | Service Charge | 70140 · Bank Service Charges | -25.18 |
| Check | 10/21/2014 | | Sprint | | 70380 · Telephone | -249.18 |
| Check | 10/25/2014 | | Community Bank of Texas | | 19110 · 5215 Corporation | -7,914.00 |
| Check | 10/28/2014 | | GVTC | | 70200 · Dues & Subscriptions | -470.86 |
| Check | 11/04/2014 | 2696 | City of Port Arthur Land Fill | 30 Yd Trailer | 50201 · Cost of Services-COGS | -152.50 |
| Check | 11/06/2014 | | Xactware Solutions, Inc. | | 70200 · Dues & Subscriptions | -135.31 |
| Check | 11/12/2014 | | | Service Charge | 70140 · Bank Service Charges | -20.36 |
| Check | 11/19/2014 | | Sprint | | 70380 · Telephone | -279.88 |
| Check | 11/23/2014 | 2561 | Up and Down Garage Doors | | 70362 · Repairs and Maintenance | -4,100.00 |
| Check | 11/23/2014 | | GVTC | | 70200 · Dues & Subscriptions | -388.98 |
| Check | 11/25/2014 | | Community Bank of Texas | | 19110 · 5215 Corporation | -7,914.00 |
| Check | 11/26/2014 | 2560 | McNeal, James | Truck 48 | 50110 · Automobile Expense-COGS | -564.27 |
| Check | 12/06/2014 | | Xactware Solutions, Inc. | | 70200 · Dues & Subscriptions | -135.31 |
| Check | 12/06/2014 | 2562 | Sams Club | | 70420 · Shop Supplies | -106.43 |
| Paycheck | 09/20/2014 | 2555 | McNeal, James | | -SPLIT- | -1,964.93 |
| Paycheck | 09/30/2014 | 2554 | Post, Keith | | -SPLIT- | -206.86 |
| Paycheck | 09/30/2014 | 2554 | Fischer, Larry | | -SPLIT- | -206.86 |
| Paycheck | 10/05/2014 | 2556 | McNeal, James | | -SPLIT- | -1,964.94 |
| Paycheck | 10/20/2014 | 2556 | McNeal, James | | -SPLIT- | -1,964.93 |
| Paycheck | 11/05/2014 | 2558 | McNeal, James | | -SPLIT- | -1,964.94 |
| Paycheck | 11/20/2014 | 2557 | McNeal, James | | -SPLIT- | -1,964.93 |
| Transfer | 10/06/2014 | | | Funds Transfer from Wells Fargo to Third Coa | 11100 · Third Coast-Operating | -50,000.00 |

Total 11300 · Wells Fargo Checking - Boerne    -387,103.16

**TOTAL**    **-1,569,856.35**

12:37 PM
12/11/14
Accrual Basis

Case 14-10620    Doc 1    Filed 12/11/14    Entered 12/11/14 16:19:13    Desc Main
Document    Page 102 of 105

**Action Restoration, Inc.**
**Employee QuickReport**
**November 30, 2013 through November 30, 2014**



| | Type | Date | Num | Memo | Account | Clr | Amount |
|---|---|---|---|---|---|---|---|
| **Adams, Thomas W** | | | | | | | |
| | Paycheck | 12/05/2013 | 4533 | | 11000 · Third Coast-Payroll | √ | 3,927.38 |
| | Paycheck | 12/19/2013 | 4616 | | 11000 · Third Coast-Payroll | √ | 461.75 |
| | Paycheck | 12/20/2013 | 4586 | | 11000 · Third Coast-Payroll | √ | 2,772.60 |
| | Paycheck | 01/05/2014 | 4617 | | 11000 · Third Coast-Payroll | √ | 2,776.60 |
| | Paycheck | 01/20/2014 | 4646 | | 11000 · Third Coast-Payroll | √ | 2,776.59 |
| | Paycheck | 02/05/2014 | 4676 | | 11000 · Third Coast-Payroll | √ | 4,309.40 |
| | Paycheck | 02/20/2014 | 4711 | | 11000 · Third Coast-Payroll | √ | 2,776.59 |
| | Paycheck | 03/05/2014 | 4738 | | 11000 · Third Coast-Payroll | √ | 2,776.60 |
| | Paycheck | 03/20/2014 | 4770 | | 11000 · Third Coast-Payroll | √ | 2,776.59 |
| | Paycheck | 04/05/2014 | 4824 | | 11000 · Third Coast-Payroll | √ | 2,776.60 |
| | Paycheck | 04/20/2014 | 4853 | | 11000 · Third Coast-Payroll | √ | 2,776.60 |
| | Paycheck | 05/05/2014 | 4928 | | 11000 · Third Coast-Payroll | √ | 3,144.26 |
| | Paycheck | 05/20/2014 | 4951 | | 11000 · Third Coast-Payroll | √ | 2,776.59 |
| | Paycheck | 06/05/2014 | 5001 | | 11000 · Third Coast-Payroll | √ | 2,776.60 |
| | Paycheck | 06/20/2014 | 5052 | | 11000 · Third Coast-Payroll | √ | 2,776.59 |
| | Paycheck | 07/03/2014 | 5126 | | 11000 · Third Coast-Payroll | √ | 3,489.71 |
| | Paycheck | 07/20/2014 | 5128 | | 11000 · Third Coast-Payroll | √ | 2,776.59 |
| | Paycheck | 07/31/2014 | 5198 | | 11000 · Third Coast-Payroll | √ | 3,403.02 |
| | Paycheck | 08/20/2014 | 5200 | | 11000 · Third Coast-Payroll | √ | 2,776.60 |
| | Paycheck | 09/05/2014 | 5233 | | 11000 · Third Coast-Payroll | √ | 3,550.09 |
| | Paycheck | 09/20/2014 | 5262 | | 11000 · Third Coast-Payroll | √ | 2,776.60 |
| | Paycheck | 10/05/2014 | 5297 | | 11000 · Third Coast-Payroll | √ | 2,776.59 |
| | Paycheck | 10/20/2014 | 5326 | | 11000 · Third Coast-Payroll | √ | 2,776.59 |
| | Paycheck | 11/05/2014 | 5356 | | 11000 · Third Coast-Payroll | √ | 3,043.27 |
| | Paycheck | 11/20/2014 | 5387 | | 11000 · Third Coast-Payroll | √ | 2,776.59 |
| **Total Adams, Thomas W** | | | | | | | **72,526.99** |
| | | | | | | | |
| **Bryson, Todd** | | | | | | | |
| | Paycheck | 12/05/2013 | 4536 | | 11000 · Third Coast-Payroll | √ | 2,588.26 |
| | Paycheck | 12/19/2013 | 4565 | | 11000 · Third Coast-Payroll | √ | 492.75 |
| | Paycheck | 12/20/2013 | 4589 | | 11000 · Third Coast-Payroll | √ | 1,405.17 |
| | Paycheck | 01/05/2014 | 4620 | | 11000 · Third Coast-Payroll | √ | 1,270.48 |
| | Paycheck | 01/20/2014 | 4649 | | 11000 · Third Coast-Payroll | √ | 1,053.12 |
| | Paycheck | 02/05/2014 | 4680 | | 11000 · Third Coast-Payroll | √ | 1,617.85 |
| | Paycheck | 06/26/2014 | 5090 | | 11000 · Third Coast-Payroll | √ | 5,153.08 |
| **Total Bryson, Todd** | | | | | | | **13,580.71** |
| | | | | | | | |
| **Hebert, Aaron** | | | | | | | |
| | Paycheck | 12/05/2013 | 4545 | | 11000 · Third Coast-Payroll | √ | 2,147.81 |
| | Paycheck | 12/16/2013 | 2068 | | 10500 · Gulf Credit Union-Checking | √ | 8,596.90 |
| | Paycheck | 12/20/2013 | 4598 | | 11000 · Third Coast-Payroll | √ | 2,338.92 |
| | Paycheck | 01/05/2014 | 4629 | | 11000 · Third Coast-Payroll | √ | 2,145.12 |
| | Paycheck | 01/20/2014 | 4658 | | 11000 · Third Coast-Payroll | √ | 2,145.13 |
| | Paycheck | 02/05/2014 | 4689 | | 11000 · Third Coast-Payroll | √ | 2,145.12 |

**Action Restoration, Inc.**
**Employee QuickReport**
November 30, 2013 through November 30, 2014

Case 14-10620    Doc 1    Filed 12/11/14    Entered 12/11/14 16:19:13    Desc Main
Document    Page 96 of 105

| Type | Date | Num | Memo | Account | Clr | Amount |
|------|------|-----|------|---------|-----|--------|
| Paycheck | 02/20/2014 | 4722 | | 11000 · Third Coast-Payroll | √ | 2,145.12 |
| Paycheck | 03/05/2014 | 4750 | | 11000 · Third Coast-Payroll | √ | 4,658.53 |
| Paycheck | 03/20/2014 | 4781 | | 11000 · Third Coast-Payroll | √ | 2,145.12 |
| Paycheck | 04/05/2014 | 4835 | | 11000 · Third Coast-Payroll | √ | 3,569.89 |
| Paycheck | 04/20/2014 | 4864 | | 11000 · Third Coast-Payroll | √ | 2,145.13 |
| Paycheck | 05/05/2014 | 4939 | | 11000 · Third Coast-Payroll | √ | 2,945.90 |
| Paycheck | 05/20/2014 | 4962 | | 11000 · Third Coast-Payroll | √ | 2,145.12 |
| Paycheck | 06/05/2014 | 5013 | | 11000 · Third Coast-Payroll | √ | 3,852.41 |
| Paycheck | 06/20/2014 | 5067 | | 11000 · Third Coast-Payroll | √ | 2,145.12 |
| Paycheck | 07/03/2014 | 5107 | | 11000 · Third Coast-Payroll | √ | 5,125.15 |
| Paycheck | 07/20/2014 | 5144 | | 11000 · Third Coast-Payroll | √ | 2,145.12 |
| Paycheck | 07/31/2014 | 5180 | | 11000 · Third Coast-Payroll | √ | 4,431.56 |
| Paycheck | 08/20/2014 | 5215 | | 11000 · Third Coast-Payroll | √ | 2,145.13 |
| Paycheck | 09/05/2014 | 5247 | | 11000 · Third Coast-Payroll | √ | 6,639.47 |
| Paycheck | 09/20/2014 | 5276 | | 11000 · Third Coast-Payroll | √ | 2,145.12 |
| Paycheck | 10/05/2014 | 5311 | | 11000 · Third Coast-Payroll | √ | 2,145.12 |
| Paycheck | 10/20/2014 | 5339 | | 11000 · Third Coast-Payroll | √ | 2,145.12 |
| Paycheck | 11/05/2014 | 5369 | | 11000 · Third Coast-Payroll | √ | 2,145.12 |
| Paycheck | 11/20/2014 | 5400 | | 11000 · Third Coast-Payroll | √ | 2,145.13 |

Total Hebert, Aaron                                                              76,483.38

**Rising, Stan**

| Type | Date | Num | Memo | Account | Clr | Amount |
|------|------|-----|------|---------|-----|--------|
| Paycheck | 12/05/2013 | 4556 | | 11000 · Third Coast-Payroll | √ | 2,071.75 |
| Paycheck | 12/20/2013 | 4609 | | 11000 · Third Coast-Payroll | √ | 2,071.75 |
| Paycheck | 01/05/2014 | 4639 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 01/20/2014 | 4668 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 02/05/2014 | 4699 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 02/20/2014 | 4731 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 03/05/2014 | 4760 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 03/20/2014 | 4790 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 04/05/2014 | 4844 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 04/20/2014 | 4872 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 05/05/2014 | 4908 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 05/20/2014 | 4972 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 06/05/2014 | 5024 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 06/20/2014 | 5078 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 07/03/2014 | 5117 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 07/20/2014 | 5153 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 07/31/2014 | 5189 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 08/20/2014 | 5223 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 09/05/2014 | 5256 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 09/20/2014 | 5283 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 10/20/2014 | 5347 | | 11000 · Third Coast-Payroll | √ | 2,073.75 |
| Paycheck | 11/05/2014 | 5378 | | 11000 · Third Coast-Payroll | | 2,073.75 |

Total Rising, Stan                                                              45,618.50

**Action Restoration, Inc.**
**Employee QuickReport**
**November 30, 2013 through November 30, 2014**

| | Type | Date | Num | Memo | Account | Clr | Amount |
|---|---|---|---|---|---|---|---|
| **Rising, Susan** | | | | | | | |
| | Paycheck | 12/05/2013 | 4557 | | 11000 · Third Coast-Payroll | √ | 2,458.50 |
| | Paycheck | 12/20/2013 | 4610 | | 11000 · Third Coast-Payroll | √ | 2,458.50 |
| | Paycheck | 01/05/2014 | 4640 | | 11000 · Third Coast-Payroll | √ | 2,460.50 |
| | Paycheck | 01/20/2014 | 4669 | | 11000 · Third Coast-Payroll | √ | 2,460.50 |
| | Paycheck | 02/05/2014 | 4700 | | 11000 · Third Coast-Payroll | √ | 2,460.50 |
| | Paycheck | 02/20/2014 | 4732 | | 11000 · Third Coast-Payroll | √ | 2,460.50 |
| | Paycheck | 03/05/2014 | 4761 | | 11000 · Third Coast-Payroll | √ | 5,146.91 |
| | Paycheck | 03/20/2014 | 4791 | | 11000 · Third Coast-Payroll | √ | 2,460.50 |
| | Paycheck | 04/05/2014 | 4845 | | 11000 · Third Coast-Payroll | √ | 4,008.27 |
| | Paycheck | 04/20/2014 | 4873 | | 11000 · Third Coast-Payroll | √ | 2,460.50 |
| | Paycheck | 05/05/2014 | 4919 | | 11000 · Third Coast-Payroll | √ | 3,355.29 |
| | Paycheck | 05/20/2014 | 4973 | | 11000 · Third Coast-Payroll | √ | 2,460.50 |
| | Paycheck | 06/05/2014 | 5025 | | 11000 · Third Coast-Payroll | √ | 4,303.78 |
| | Paycheck | 06/20/2014 | 5079 | | 11000 · Third Coast-Payroll | | 2,460.50 |
| | Paycheck | 07/03/2014 | 5118 | | 11000 · Third Coast-Payroll | √ | 5,614.52 |
| | Paycheck | 07/20/2014 | 5154 | | 11000 · Third Coast-Payroll | | 2,460.50 |
| | Paycheck | 07/31/2014 | 5190 | | 11000 · Third Coast-Payroll | √ | 4,909.94 |
| | Paycheck | 08/20/2014 | 5224 | | 11000 · Third Coast-Payroll | √ | 2,460.50 |
| | Paycheck | 09/05/2014 | 5257 | | 11000 · Third Coast-Payroll | | 7,252.85 |
| | Paycheck | 09/20/2014 | 5284 | | 11000 · Third Coast-Payroll | | 2,460.50 |
| | Paycheck | 10/20/2014 | 5348 | | 11000 · Third Coast-Payroll | | 2,460.50 |
| | Paycheck | 11/05/2014 | 5379 | | 11000 · Third Coast-Payroll | | 2,460.50 |
| Total Rising, Susan | | | | | | | 71,495.06 |
| | | | | | | | |
| **TOTAL** | | | | | | | 279,704.64 |

**4:00 PM**
**12/10/14**
**Accrual Basis**

**Action Restoration, Inc.**
**Transactions by Account**
**As of November 30, 2013**

| | Type | Date | Num | Adj | Name | Memo | Class | Clr | Split | Debit |
|---|---|---|---|---|---|---|---|---|---|---|
| **31400 · Shareholder Distributions** | | | | | | | | | | |
| | Check | 12/16/2013 | Debit | | Stan and Susan Rising | Transfer to SASRE for Sandia | | | 10500 · Gulf Credit Union-Checking | 5,000.00 |
| | General Journal | 11/30/2014 | 141130_01 | | | Take RLOC to Distribution | | | 19200 · Stan & Susan Rising | 53,786.04 |
| Total 31400 · Shareholder Distributions | | | | | | | | | | 58,786.04 |
| **TOTAL** | | | | | | | | | | 58,786.04 |