B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

IN RE: **Action Restoration, Inc.**   Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| E-Therm Inc.<br>180 Canada Larga Rd.<br>Ventura, CA 93001 | | Lawsuit | Contingent<br>Unliquidated<br>Disputed | $3,500,000.00 |
| Third Coast Bank SSB<br>20202 Hwy. 59 North<br>Humble, TX 77338 | | Commercial Loan | | $1,535,922.83<br>Value: $827,700.00 |
| Garrett McKenzie-V<br>736 N Western Ave.<br>Lake Forest, IL 60045 | | Vendor | | $253,662.59 |
| Liner Grode Stein Yankelevitz<br>Sunshine R<br>1100 Glendon Avenue / 14th Floor<br>Los Angeles, CA 90024 | | Attorney Fees | | $163,903.49 |
| Bank of America Credit Card<br>PO Box 15796<br>Wilmington, DE 19886 | | Credit Card | | $123,426.70 |
| Rising, Susan<br>6524 Garnet Ave.<br>Port Arthur, TX 77640 | | Wages | | $68,603.40 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

IN RE:    **Action Restoration, Inc.**    Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pavecon, Ltd.<br>P. O. Box 535457<br>Grand Prairie, TX 75053-5457 | | Vendor | | $48,870.00 |
| Diaster Solutions International Inc.<br>P O Box 933648<br>Atlanta, GA 31193 | | Vendor | | $45,000.00 |
| Wells Fargo<br>420 Montgomery St.<br>San Francisco, CA 94104 | | Line of Credit | | $40,504.75 |
| Action Renovation Services, Inc.<br>5332 Twin City Hwy<br>Port Arthur, TX 77642 | | Vendor | | $30,168.25 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265 | | Credit Card | | $18,005.51 |
| Hertz Equipment Rental Corp.<br>P.O. Box 650280<br>Dallas, TX 75265 | | Vendor | | $17,961.12 |
| American Express Credit Card<br>PO Box 360001<br>Fort Lauderdale, FL 33336 | | Credit Card | | $11,967.11 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

IN RE: **Action Restoration, Inc.**　　　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>Austin, TX 78774 | | 941 Payroll Taxes | | $11,439.77 |
| HRSS<br>9494 SW Parkway<br>Houston, TX 77074 | | Vendor | | $11,250.00 |
| BKW Environmental Services<br>2330 Pasadena Blvd<br>Pasadena, TX 77502 | | Vendor | | $10,491.03 |
| Hebert, Aaron<br>6599 Garnet Ave.<br>Port Arthur, TX 77640 | | Wages | | $9,927.27 |
| Property Restoration, Inc.<br>6194 Thompson Rd., #B<br>Syracuse, NY 13206 | | vendor | | $8,740.00 |
| ARAMSCO<br>P.O. Box 8500<br>Philadelphia, PA 19178-3956 | | Vendor | | $8,045.17 |
| Sheffield Financial<br>PO Box 580229<br>Charlotte, NC 28258 | | Loan | | $5,818.90 |